# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, ) | |
| ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | |
| ) | |
| v. ) | Case No. 6:21CV00055 |
| ) | |
| LIBERTY UNIVERSITY, INC., ) | |
| ) | |
| ) | |
| Defendant/Counterclaim ) | |
| Plaintiff. ) | |

## LIBERTY UNIVERSITY'S MOTION FOR EXPEDITED DISCOVERY AND TO COMPEL DISCLOSURES REGARDING <u>PROTECTED DOCUMENTS REVIEWED BY LAMB'S COUNSEL</u>

On October 25, 2021, Plaintiff Walter Scott Lamb filed a Complaint against Liberty University, Inc.  On November 18, 2021, Lamb amended that Complaint.

The basis of Plaintiff's suit against Liberty is his October 6, 2021 termination, which Plaintiff alleges was motivated by retaliation under Title IX, and Liberty alleges was for reasons of mismanagement and insubordination.  What is clear, however, is that when he left Liberty on October 6, 2021, Lamb wrongfully retained sensitive and privileged Liberty documents.  These documents include Liberty attorney-client privileged documents and work-product protected materials in the form of emails, writings, electronically-stored items, recordings, and other types of information (the "Liberty Protected Materials").

For the reasons explained in Liberty's Memorandum in Support of this Motion, filed contemporaneously herewith, Liberty believes Lamb's counsel have also improperly accessed and reviewed the Liberty Protected Materials.

Accordingly, Liberty asks that the Court enter an Order:

(1) Requiring Lamb to respond to the Interrogatories attached as Exhibit E to Liberty's accompanying Memorandum within 14 days of the Court's ruling on this Motion; and

(2) Requiring Lamb's counsel (specifically including his *pro hac vice* counsel, Mr. Ian Northon) to respond to the Interrogatories attached as Exhibit F to Liberty's accompanying Memorandum within 14 days of the Court's ruling on this Motion.

WHEREFORE for the reasons explained in its accompanying Memorandum, Liberty respectfully requests that this Court grant its Motion for Expedited Discovery and to Compel Disclosures Regarding Protected Documents Reviewed by Lamb's Counsel.

**LIBERTY UNIVERSITY, INC.**
By Counsel

 /s/ Scott C. Oostdyk
Scott C. Oostdyk (VSB # 28512)
Heidi Siegmund (VSB # 89569)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-1061 (facsimile)
soostdyk@mcguirewoods.com
hsiegmund@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send a true and correct copy to all counsel of record.

/s/
Heidi E. Siegmund (VSB No. 89569)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-1061 (facsimile)
hsiegmund@mcguirewoods.com

*Counsel for Defendant and Counterclaim Plaintiff*
