# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Walter Scott Lamb**

vs.

**Liberty University, Inc.**

Action No:   6:21CV00055
Date:   December 16, 2021
Judge:   Norman K. Moon
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Andrew T. Bodoh
Ian A. Northon

Defendant Attorney(s)
Heidi E. Siegmund
Scott C. Oostdyk

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. W. Scott Lamb

DEFENDANT:

1. J. Christopher Racich, designated as an Expert in Forensic Evidence
2. John Gauger, CIO at LU
3. Steve Foster, Director of Employee Relations at LU
4. Robert Ritz, CFO of LU

PROCEEDINGS:
Parties present in-person for Evidentiary / Preliminary Injunction Hearing on Defendant and Counterclaim Plaintiff Liberty University, Inc.'s Motion for Temporary Restrainig Order, or in the Alternative, Preliminary Injunction (Dkt. 11). Witness testimony; Evidence entered.   Liberty University rests.   Plaintiff moves for the Court to deny Defendant's Motion.   Rebuttal witness testimony. Court stands in recess until tomorrow at 9:30 a.m.

Time in Court:   10:01 – 11:30; 11:41 – 1:01; 2:01 – 3:19; 3:34 – 4:46 (5 hours, 19 minutes)