# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Walter Scott Lamb**

vs.

**Liberty University, Inc.**

Action No:   6:21CV00055
Date:   December 17, 2021
Judge:   Norman K. Moon
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Andrew T. Bodoh
Ian A. Northon

Defendant Attorney(s)
Heidi E. Siegmund
Scott C. Oostdyk

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. W. Scott Lamb (cont'd)

DEFENDANT:

1.

PROCEEDINGS:
Parties present in-person for continuation of Evidentiary / Preliminary Injunction Hearing on Defendant and Counterclaim Plaintiff Liberty University, Inc.'s Motion for Temporary Restrainig Order, or in the Alternative, Preliminary Injunction (Dkt. 11). Testimony of Mr. Lamb continues. Arguments heard. Court states that it thinks the Injunction should be given and that an appropriate written opinion and order will issue. The Court directs the parties to work together over the weekened to come up with how to best handle this process in the most cost-effective way. Parties agree that they will try to work together on this process.

Time in Court:   9:34 – 10:51; 11:04 – 1:12   (3 hours, 25 minutes)