# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

WALTER SCOTT LAMB

V.

LIBERTY UNIVERSITY, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 6:21CV00055

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Norman K. Moon | Ian Northon & Andrew Bodoh | Scott Oostdyk & Heidi Siegmund |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/16/2021 - 12/17/2021 | Mary Butenschoen | Carmen Amos |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 12/16/2021 | Yes | Yes | Curriculum Vitae of J. Christopher Racich, Vestigant LLC, President (Racich) |
| | 2 | 12/16/2021 | Yes | Yes | Liberty University Christian Conservative Action Plan (Racich) |
| | 3 | 12/16/2021 | Yes | Yes | Liberty University Falkirk Center Budget (Racich) |
| | 4 | 12/16/2021 | Yes | Yes | C2AP Influencers (Racich) |
| | 5 | 12/16/2021 | Yes | Yes | Performance Report - March 28, 2021 to April 3, 2021 (Racich) |
| | 6 | 12/16/2021 | Yes | Yes | Performance Report - Week of April 4, 2021 (Racich) |
| | 7 | 12/16/2021 | Yes | Yes | Performance Report - Week of April 25, 2021 (Racich) |
| | 8 | 12/16/2021 | Yes | Yes | Performance Report - Week of May 2, 2021 (Racich) |
| | 9 | 12/16/2021 | Yes | Yes | The Falkirk Center for Faith & Liberty Handbook (Racich) |
| | 10 | 12/16/2021 | Yes | Yes | Draft Memo of Understanding (Racich) |
| | 11 | 12/16/2021 | Yes | Yes | Standing for Freedom Center - Initiatives and Programming (Racich) |
| | 12 | 12/16/2021 | Yes | Yes | Standing for Freedom Center - How Can We Best Utilize/Leverage Glenn Clary (Racich) |
| | 13 | 12/16/2021 | Yes | Yes | Confidential Memo dated 3/18/2019 from Mark Serrano (Racich) |
| | 14 | 12/16/2021 | Yes | Yes | Confidential Memo dated 5/22/2019 from Mark Serrano (Racich) |
| | 15 | 12/16/2021 | Yes | Yes | Confidential Memo dated 7/1/2019 from Mark Serrano (Racich) |
| | 16 | 12/16/2021 | Yes | Yes | Memo of Understanding re LU and Falkirk Center with tracked changes (Racich) |
| | 17 | 12/16/2021 | Yes | Yes | Liberty University Employee Handbook (Gauger) |
| | 18 | 12/16/2021 | Yes | Yes | New Employee Orientation Meeting Attendance Sign In Sheet of 1/2/2018 (Foster) |
| | 19 | 12/16/2021 | Yes | NO | Screenshots regarding Consumer Information - (STRUCK) |
| | 20 | 12/16/2021 | Yes | NO | Screenshots of Electronically Disseminated Information dated 6/29/2018 - (STRUCK) |
| | 21 | 12/17/2021 | Yes | Yes | Transcript of 10/27/2021 Interview of Scott Lamb by Cynthia Beasley (Lamb) |
| | 22 | 12/17/2021 | Yes | Yes | Transcript of 10/29/2021 Interview of Scott Lamb by Julie Roys/The Roys Report (Lamb) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WALTER SCOTT LAMB | | VS. | LIBERTY UNIVERSITY, INC. | | CASE NO. 6:21CV00055 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | 12/17/2021 | Yes | Yes | Confidential Employee Authorization dated 9/22/2020  (---) |

Page  2  of  2  Pages