

## Christian Conservative Action Plan

Bottom-Line Up-Front:

- Liberty University's mission and long-term viability as the premiere Christian education institution is at risk in the current political climate at both the Federal and State Level.
- Liberty University has not done enough to-date to fortify and prepare for the looming crisis.
- Liberty University will take a proactive and strategic leadership approach to building a broader coalition with likeminded leaders.

Problems:

- The foundations of free society are under assault, including natural rights, rule of law and the Christian faith.
- Current cultural revolution does not regard long-standing commitment to marriage, sexuality, gender, and sanctity of life.
- Liberty University has exposure/risk in its ability to freely exercise religious liberty in major areas: financial aid, accreditation, non-profit status, employment, athletics, and facilities.

Goals:

- Establish and implement a multi-pronged offensive plan of action that works to fortify Liberty University and its Coalition Partners in the larger Christian mission.
- Establish a partner Coalition with key stakeholders made up Christian institutions, denominations and parachurch organizations with mutual commitment of support.
- Establish a broader communication network and media strategy to effectively inform and galvanize the American public, stakeholders and surrogates to ongoing fight for religious freedom.
- Establish a timeline for implementation which demonstrations priorities and objectives being achieved.

Recommendations:

- Build and deploy broader partnership coalition to address defined problems and goals.
- Work with strategic partners and allies who have existing relationships at Federal and State Level.
- Develop a strategic plan for guiding legislative and judicial outcomes favorable to religious liberty and Christian institutions.


DEFENDANT'S EXHIBIT CA 2  12/16/21  6:21CV55