

# LIBERTY UNIVERSITY
# FALKIRK CENTER BUDGET

| NEED | COST | QUANTITY | TOTAL |
|---|---|---|---|
| Executive Director | $150,000 | 1 | $150,000 |
| Center Administrator | $65,000 | 1 | $65,000 |
| Influencer Administrator | $40,000 | 1 | $40,000 |
| Editing Administrator | $65,000 | 1 | $65,000 |
| Publicist & Media Relations Director | $120,000 | 1 | $120,000 |
| **LIBERTY UNIVERSITY EMPLOYEES TOTAL** | | | **$440,000** |
| Fellow Program Salaries | $75,000 | 6 | |
| Fellow Program Travel | $1,000 | 6 (@ 12 trips/year) | $72,000 |
| Fellow Program Hotel | $150 | 6 (@ 24 nights/year) | $21,600 |
| Fellow Program Film Production | $7,500 | 12 (monthly) | $90,000 |
| Fellow Program Film Travel | 1,000 | 6 (@10 trips/year) | $60,000 |
| Fellow Program Merchandise | $500 | 6 (@ 4 shipments/year) | $12,000 |
| Champion Program Travel | $1,200 | 3 (@ 4 trips/year) | $14,400 |
| Champion Program Hotel | $200 | 3 (@ 8 nights/ year) | $4,800 |
| Ambassador Program Merchandise | $179 | 200 (@ 4 shipments/year) | $143,200 |






| | | | |
|---|---|---|---|
| Ambassador Program Travel | $1,000 | 200 (@ 2 trips/year) | 400,000 |
| | | **INFLUENCER SUBTOTAL** | **$1,418,000** |

| NEED | COST | QUANTITY | TOTAL |
|---|---|---|---|
| Website Development | $35,000 | - | $35,000 |
| Website Management | $66,000 | - | $66,000 |
| Data Management | $34,000 | - | $34,000 |
| | **DIGITAL OPERATIONS SUBTOTAL** | | **$135,000** |
| Publication Software | $75,000 | - | $74,000 |
| Publication Technology | $70,000 | - | $70,000 |
| Publication Print | $2 | 100,000 (@ 4 mailings/year) | $800,000 |
| Publication Mail | $0.14 | 100,000 (@ 4 mailings/year) | $56,000 |
| | **PUBLICATION SUBTOTAL** | | **$1,000,000** |
| Events Hotel | $150 | 250 (@ 8 nights/year) | $300,000 |
| Events Flights | $1,000 | 250 (@ 2 per year) | $500,000 |
| Events Meals | $250 | 300 (@ 2 per year) | $150,000 |
| Events Printed Collateral | $20,000 | 2 | $40,000 |
| Events Display Collateral | $35,000 | 2 | $70,000 |



# LIBERTY UNIVERSITY

| | | | |
|---|---:|---:|---:|
| Events Misc. Handouts | $100 | 250 (@ 2 per year) | $50,000 |
| A/V (via university?) | $45,000 | 2 | $90,000 |
| Events Speakers | $10,000 | 10 | $100,000 |
| | | **EVENTS SUBTOTAL** | **$1,300,000** |
| | **PINNACLE, LLC MANAGEMENT FEE** | | **$600,000** |
| | **FALKIRK CENTER TOTAL** | | **$4,893,000** |

