# C²AP INFLUENCERS

## FAITH

| Organization | First Name | Last Name |
|---|---|---|
| Students for Life | Abby | Johnson |
| American activist, author, and former GA state | Alveda | King |
| Glory to Glory Ministries | Aubrey | Shines |
| Samaritan's Purse | Cissie | Graham Lynch |
| Turning Point | David | Jeremiah |
| Author/speaker | Eric | Metaxas |
| Billy Graham Evangelistic Association/Samaritan | Franklin | Graham |
| Assembly of God International | George | Wood |
| Assembly of God International | Doug | Clay |
| Harvest Christian Fellowship | Greg | Laurie |
| First Baptist Houston | Gregg | Matte |
|  | Hershel | Walker |
| Prestonwood Baptist Church | Jack | Graham |
| Life Outreach International | James | Robison |
| In the Market Radio | Janet | Parshall |
| National Religious Broadcasters Association | Craig | Parshall |
| Student Leadership University | Jay | Strack |
| Free Chapel | Jentezen | Franklin |
| Author, speaker, pastor | John | Maxwell |
| Thomas Road Baptist Church | Jonathan | Falwell |
| Christian Broadcaster | Joni | Lamb |
| Daystar Television Network | Marcus | Lamb |
|  | Mike | Huckabee |
| Evangelical advisory | Paula | White |
| Consultant and Lobbyist | Ralph | Reed |
| Christ the King Church | Ramiro | Pena |
| Rehobeth Baptist | Richard | Lee |
| Gateway Church | Robert | Morris |
| Southern Baptist Convention | Ronnie | Floyd |
| National Hispanic Christian Leadership Conference | Samuel | Rodriguez |
| Calvary of Albuquerque | Skip | Heitzig |
| American Association of Christian Counselors | Tim | Clinton |
| Christ Fellowship | Tom | Mullins |
| National Hispanic Christian Leadership | Tony | Suarez |
| U.S Commission International Religious Freedom | Johnnie | Moore |
| Paula White Ministries | Todd | Lamphere |
| Woerner Holdings | Lester | Woerner |
| Focus on the Family | Jim | Dobson |
| Word of Life | Roger | Peace |
| Lancaster Baptist | Paul | Chappell |
| South Greenwood Church | Terry | Bailey |
| i3 Churches | Shawn | Williams |

## POLITICAL

| Org | First Name | Last Name |
|---|---|---|
|  | Ben | Carson |
|  | Dave | Brat |
|  | Mark | Meadows |
|  | Michelle | Bachmann |
|  | Mike | Pompeo |
|  | Phil | Kline |
|  | Robert | Hurt |
|  | Sam | Brownback |
|  | Jerry | Boykin |
|  | Charlton | Kent |
|  | Allen | West |
|  | Bob | Good |
|  | Chris | Miller |
|  | Anthony | Tata |
|  | Ginni | Thomas |
|  | Newt | Gingrich |
| Voices and Vc | Christina | Bobb |
| One America | Chanel | Rion |
| DHS | Cortland | Sykes |
| Congressman | Tim | Huelskamp |
| DOE | Betsy | DeVos |

## BUSINESS / FINANCIAL

| Organization | First Name | Last Name |
|---|---|---|
| Guidestone | O.S. | Hawkins |
| Betenbough Homes | Rick | Betenbough |
| Chick-fil-A | Dan | Cathy |
| Heavenly Father Foundation | Dan & Stacy | Wilks |
| Hobby Lobby | Steve | Green |
| Kingdom Advisors | Ron | Blue |
| Maclellan Foundation | Hugh | Maclellan |
| Marcus Foundation | Bernie | Marcus |
| Marcus Foundation | Steve | Hantler |
| RAM Capital | Ray | Mira |
| Rawlings Foundation | George | Rawlings |
| Uline | Dick | Uihlein |
| NCF | Dan | Stroud |
| Generous Giving |  |  |
| RBT |  |  |
| Triaxia Partners | Pat | MacMillian |
| CCCU Boardmember | Sid | Jansma |
| Paypal | Rod | Martin |
| Schutt Sporting Goods | Julie | Nimmons |
| Spectrum Health | Dick | DeVos |

## LEGISLATIVE/POLICY, COMMS & CONSULTANTS

| Organization | First Name | Last Name |
|---|---|---|
| ADF | Greg | Baylor |
| CCCU | Shirley | Hoogstra |
| Christian Employers Alliance | Shannon | Royce |
| Concerned Women for America | Penny | Nance |
| Faith Wins | Chad | Connelly |
| Family Research | Tony | Perkins |
| First Liberty Institute | Kelly | Shackelford |
| Heritage | Bridgett | Wagner |
| IACE | Doug | Baker |
| Kerry Kupec Communications | Kerri | Kupec |
| Liberty Counsel | Matt | Staver |
| Liberty University | Scott | Lamb |
| NRB | Daniel | Darling |
| Schaerr Jaffe LLP | Gene | Schaerr |
| Strategic Response Group | Ken | Cuccinelli |
| The Freedom Center | Ryan | Helfenbein |
| Congressman | Bob | Goodlatte |
| National Center for Life and Liberty | David | Gibbs |

## EDUCATION

| Institution | First Name | Last Name |
|---|---|---|
| Brigham Young | Kevin | Worthen |
| Bryan College | Doug | Mann |
| California Baptist | Robert | Ellis |
| Charleston Southern | Dondi | Costin |
| Colorado Christian | Jeff | Hunt |
| Colorado Christian | Don | Sweeting |
| Faith Life | Bob | Pritchett |
| Indiana Wesleyan | David | Wright |
| Liberty University | Jerry | Prevo |
| MBTS | Jason | Allen |
| Notre Dame | John | Jenkins |
| Oral Roberts | Kathaleen | Reid-Martinez |
| Palm Beach Atlantic | Debra | Schwinn |
| Pepperdine | Jim | Gash |
| Pepperdine | Danny | DeWalt |
| Santa Clara | Kevin | O'Brine |

## Key

- Plans to Attend (green)
- Waiting on Decision (yellow)
- Need to Contact
- Not Attending
- Presidential Call

 DEFENDANT'S EXHIBIT 4  12/16/21  6:21CV55