# Performance Report
# March 28, 2021 - April 3, 2021



DEFENDANT'S EXHIBIT 5 6:21CV55



# User Reach By Media Format

### Videos



**17.8%**

Total percentage accounted for by 5 shared videos: 31k+ users reached

### Posts



**82.2%**

Total percentage accounted for by 7 shared posts: 143k+ users reached

**Data sourced from our top 4 performing pages for Freedom Center:**

Keep and Bear - 65k users
Rep Trey Gowdy for Speaker - 98k users
HomeDefenseGun - 459k users
United States Constitution - 1.2 million users

# This week's heavy hitters:

## 35k reached:
## Thomas Sowell Quote



## 33k reached:
## Isaiah 53 Passage



## 19.6k reached:
## Ryan Helfenbein Quote

# This Week's Email:

## Total emails sent: 881,863

### "Majority of Americans say cancel culture is a threat to freedom and are afraid to share their political opinions"



## Christ Is King.

## Church Is Essential.

## Freedom Is Everything.