# Performance Report
# Week of April 4th, 2021



Christ Is King. Church Is Essential. Freedom Is Everything.


DEFENDANT'S EXHIBIT
C/A 6   12/16/21
6:21CV55



# Freedom Center

Facebook reach for the week of 4/4/2021, provided by DeDonato Enterprises DBA Flag and Cross Network

● Posts
● Videos

## Over 206k Unique Facebook Users Reached In The Past Week!

# User Reach By Media Format

### Videos

**18.3%**

Total percentage accounted for by 6 shared videos: 37k+ users reached

### Posts

**81.7%**

Total percentage accounted for by 4 shared posts: 169k+ users reached

**Data sourced from our top 4 performing pages for Freedom Center:**

Keep and Bear - 65k users
Rep Trey Gowdy for Speaker - 98k users
HomeDefenseGun - 459k users
United States Constitution - 1.2 million users

# This week's heavy hitters:

## 73k reached: Ted Cruz Quote





## 53.9k reached: Mike Pompeo Quote

## 23.2k reached: Border Wall Post



# Christ Is King.

# Church Is Essential.

# Freedom Is Everything.