# Performance Report
# Week of April 25, 2021



Christ Is King. Church Is Essential. Freedom Is Everything.





# Freedom Center

Facebook reach for the week of 4/25/2021, provided by DeDonato Enterprises DBA Flag and Cross Network

● Posts
● Videos

**Over 733k** Unique Facebook Users Reached In The Past Week!

# User Reach By Media Format



**Videos**

18.9%

Total percentage accounted for by 9 shared videos: 138k+ users reached

**Posts**

81.1%

Total percentage accounted for by 11 shared posts: 595k+ users reached

Data sourced from our top 4 performing pages for Freedom Center:

Keep and Bear - 65k users
Rep Trey Gowdy for Speaker - 98k users
HomeDefenseGun - 459k users
United States Constitution - 1.2 million users

# This week's heavy hitters:

## 90k reached: Ryan Helfenbein Quote



## 85k reached: Abby Johnson Quote

## 80k reached: Mike Pompeo Quote



# Last Week's Email:

## Promotion sent:

"Homeschooling on the upswing — and predicted to keep rising post-pandemic"



Open Rate: 15.3%

Click Rate: 3.9%

## Christ Is King.

## Church Is Essential.

## Freedom Is Everything.