# Performance Report
# Week of May 2, 2021



Christ Is King. Church Is Essential. Freedom Is Everything.


DEFENDANT'S EXHIBIT 8  CA  12/16/21  6:21CV55



# Freedom Center

Facebook reach for the week of 5/2/2021, provided by DeDonato Enterprises DBA Flag and Cross Network

- Posts
- Videos

## Over 407k Unique Facebook Users Reached In The Past Week!

# User Reach By Media Format

**Videos**



24.2%

Total percentage accounted for by 7 shared videos: 98k+ users reached

**Posts**



75.8%

Total percentage accounted for by 9 shared posts: 309k+ users reached

**Data sourced from our top 4 performing pages for Freedom Center:**

Keep and Bear - 65k users
Rep Trey Gowdy for Speaker - 98k users
HomeDefenseGun - 459k users
United States Constitution - 1.2 million users

# This week's heavy hitters:

## 59k reached: Gia Chacon Quote





## 52k reached: Jonathan Falwell Quote

## 45k reached: Mike Pompeo Quote



## Christ Is King.

## Church Is Essential.

## Freedom Is Everything.