

## INITIATIVES AND PROGRAMMING

**QUESTION:** Are we 100% clear to roll out the new name now?

**BRING ON NEW "FELLOWS"** (or another similar title as appropriate):

- *Mike Pompeo* – in addition to the other things discussed yesterday in our meeting facilitated by Tim Clinton, Pompe is willing to work for the Center in a writing and speaking capacity. And we have offered to help him get a book pulled together that is currently in his mind, which may be of great benefit to our cause.

- *Mike Huckabee* – Mike really knows and loves the history of Liberty and Dr. Falwell. I'd like to court him to become a "Fellow" of the Center – serving us in many capacities: writing, promotion, live events, student interaction.

- *Abby Johnson* – an incredible voice for pro-life issues. You met her on the March for Life day at the Hancock Center.

- *Kerri Kupec* – we met with her yesterday. LULaw grad. Phenomenal communicator. Was Bill Barr's right hand. She can offer us so much value in D.C. networking. I recommend the Center hires her in a consulting relationship – month-to-month – mostly in service to Dr. Hick's plan.

- *Phill Kline* – L.U. Law professor. Former Attorney General of Kansas. He is on the frontline of so much investigation about HR1 (election integrity).



**POTENTIAL -- IN SERVICE TO THE HICKS PROPOSAL:**

- The Center would hire Ken Cuccinelli (former Attorney General for Virginia, most recently the Deputy Secretary of Homeland Security) for consultant and networking labor – strictly "behind the scenes" (would not be a public face for L.U.).

- For our fight against HR1 (election integrity) and HR5 (The Equality Act) and the ending of the Filibuster:  We need to outreach ASAP, via email and printed pieces, to our Liberty University lists – from the states that we determine are the most important, in regards to swinging the mind of Senators. Partnership with Tim Clinton on the Global Mental Health Network.

- In partnership with Tim Clinton's leadership and relationship with Secretary Mike Pompeo, we need to host an event in the next 90 days (or sooner) in a major city, bringing together the leading Christian and conservative people for a conversation that sets the agenda for what we are all up against with the current Administration.

**FOR YOUR CONSIDERATION**

- **PREVO BOOK:** I strongly recommend that you allow me to help get you into a book contract with a significant Christian publisher – by the middle of this summer, 2021. And then help get the book pulled together for publication by Summer or Fall of 2022. The President of Liberty University should feel free to avail himself of this platform to speak his heart and mind—and to capture that in book form. Book publishing is my bread and butter.

- **LU STUDENT SCHOLARSHIPPED INTERNS:**  The Center would like to sponsor twenty-five $1,000/semester scholarships for Liberty students to intern with the Center and help produce cutting-edge content geared toward reaching the next generation in their language and style.

- **JASON CASSIDY FUNDED DOCUMENTARY BY PHILL KLINE (HR1):** Our donors, Jason and Brandi Cassidy, have donated $40,000 for Professor Kline to produce a top-caliber documentary on election integrity. Our goal is for this to land on Netflix – or another top-shelf video distribution platform.

- **RESEARCH GRANTS TO LU FACULTY FOR DR. FALWELL PROJECTS:** The Center would like to fund research grants to Liberty University faculty who will produce original research or creative projects that will draw on the legacy of Dr. Falwell. We believe that doing so will unleash a fresh torrent of creative scholarship that will find new ways to take Dr. Falwell's legacy and repackage it in ways that will resonate with the next generation.

- **LIVE RADIO:** We have a $1 Million, brand new, state-of-the-art studio just around the corner from my offices – built for Todd Starnes, but vastly underutilized. If you will authorize it, I would like to join in as co-host with Ryan Helfenbein on a 30-minute, daily live radio program. To start, this would be broadcast on Stu Epperson, Jr's Truth Network stations – which are located in North Carolina and Virginia, the areas where we draw so many of our residential students. Stu Jr. and the Eppersons are long-time friends of this University and Dr. Falwell. Their goal would be to work towards nationwide syndication throughout all the Salem Media Group network of radio stations. If so, then Liberty University will have massive advertising across the nation, daily – and we will utilize our professors and smart folks as much as we can. I think this is an opportunity worth pursuing.

- **WORLDVIEW WORKSHOP:** We want to Host a 2-day "Worldview Workshop" at the Museum of the Bible in Washington D.C. this summer, pulling in 50 top student leaders from the University — teaching them both Christian worldview and also public engagement.

- **DAY TRIPS:** We'd like to plan on taking two separate "day trips" – (1) to the Museum of the Bible in D.C. and (2) to the Billy Graham Museum in Charlotte. We'd take 50 students per trip / 100 different students per semester. A fun activity for students but also potentially life-changing. Plus, it could help further strengthen our relationship with these sister organizations.

- **READ THROUGH THE BIBLE:** We'd like to plan and execute an outdoor, public "Read through the entire Bible" in 3 successive locations. This takes about 85 hours, a simple "tent" to stand under, and lots of volunteers. The first one would be on campus this Spring, using students and faculty/staff. Then, host one at the capital in Richmond, Virginia, this summer – led by pastors and laity from our coalition-building efforts. And then on the Mall in Washington, D.C. this Fall, led by our students and our pastor coalitions. When Christians in other states have done this, there has been excellent press coverage. And it honors the Bible in the public square.

- **SMALL CHURCH COALITION BUILDING (NATIONAL):** We would like to hire a national small/rural church coalition builder. We've got Travis Witt working hard on these efforts here in Virginia for 2021, but we'd like to nationalize the work and need someone dedicated to the task 24/7. Our goal: 20,000 churches in 3 years. "Small church" as defined as "less than 250" in attendance.

- **FUNDRAISER:** We would like to hire a full-time fundraiser for the Center, with these efforts not duplicating what our Development office is already doing. This person would go after "new money" – and the money would be for the University. This position would be budget positive.

- **DIRECT ENGAGEMENT WITH PARENTS:** We have discovered many opportunities for direct engagement with parents of current students – parents who are genuinely in support of the Christian and conservative worldview. We'd like to offer services that build them directly into our coalition. Tap into them and give them a pipeline for becoming engaged in the public square.

## REV. TRAVIS WITT'S UPCOMING VIRGINIA COALITION BUILDING (PROPOSED)

- Two pastor coalition meetings with Family Foundation: one in Harrisonburg and one in Charlottesville

- March 26-27 – Election Integrity Summit in Harrisonburg, VA

- Spring and Summer: As many as 4 additional cooperative events between the Center and the Family Foundation of Virginia

- April 10 - Falkirk and Leadership Institute (501c3) educational training for individuals considering seeking elected office. Held at Liberty

- June 26, 2021: Regional Pastors event in Fluvanna, VA

- August 28, 2021: The Center will partner with the Family Research Council to hold a Men's Meeting at Liberty University with Tony Perkins, General Jerry Boykin, and others. Asking that President Prevo consider being one of the keynote speakers.

## OTHER INITIATIVES (ACTIVE)

- **EQUITY FOR AFRICA:** The Center is the co-host and funding mechanism for Dave Brat's "Equity for Africa" conference in April.

- **FREEDOM TOUR:** Rev. Travis Witt, the Center's leader for building out our Virginia coalition, is hosting a "Freedom Tour" bus trip next week. This is an intimate group of key leaders/pastors, and the trip will serve to bond them together – across denominational and racial lines.

***POTENTIAL NEW HIRES*** — *THE FOLLOWING THREE POSITIONS ARE ABLE TO BE FUNDED BY THE MONEY FORMERLY SPENT ON A PERSON WE ELIMINATED AFTER PRESIDENT FALWELL'S RESIGNATION. THESE WOULD BE LU PAYROLL POSITIONS, NOT CONTRACT LABOR:*

- **ADMINISTRATIVE ASSISTANT:** I'd like your clearance to hire a full-time administrative assistant who would serve all three areas of my department: LUNews, The Champion newspaper, and the Center.

- **RESEARCH ASSISTANT / WRITER:** I'd like to hire a full-time research and writing assistant for the Center.

- **ANIMATION / DIGITAL GRAPHICS DESIGNER:** We'd like to hire a full-time need to hire a full-time