# CONFIDENTIAL

| | |
|---|---|
| DATE: | MARCH 18, 2019 |
| MEMORANDUM FOR: | DAVID BRAT<br>SCOTT LAMB |
| FROM: | MARK SERRANO |
| Subject: | *Branding and Streaming Media Concepts* |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Distribute

Recently, we've discussed concepts for promoting the Liberty University brand by leveraging key some advantages at our disposal. These include Dean Brat's relationships in Washington and beyond, the convenience and relatively limited cost of streaming media tools and software, and the latest developments at the University, such as the impending opening of the School of Business, and more.

The following are preliminary concepts to advance the discussion and help illustrate the extensive possibilities available for engaging new audiences online, attracting high profile validators of the LU mission, and providing content to the LU community, especially to promote a greater sense of belonging for your online student body.

**Interview Series**

We propose developing a regular interview series featuring Dean Brat as the host as he profiles notable influencers in business, policy, politics, and media as his guests. The interviews will be produced in a live-to-tape format with a motion graphic treatment lead-in. Production guides will be developed for each interview, including "intros," "outros," and questions to be read by Dean Brat from a teleprompter. Final productions will be posted and streamed on the various LU social media channels, the audio files from which can be posted to streaming radio sites as podcast episodes as well. Once established, consideration should be given to producing on-set interviews before a small, live studio audience of students as well.

A simple assessment of the LU production studio will be conducted to ensure that it can support this format of production for both on-set interviews with guests, and interviews where the guest joins from a remote studio or from his or her own location with a Skype-like internet connection.

To begin this series, we suggest the production of a pilot episode to serve as a proof of concept so that leaders in various functions at LU can see the potential for the series and its value for LU brand



promotion. With your response to our concepts here and further strategic discussions, the development of the pilot can commence promptly.

**Policy Institute**

Another approach to promoting the LU brand online and in the media is through the formation of an institute or center that addresses today's trends in policy, business, and politics. Larry Sabato of the University of Virginia has effectively built a brand through his Center for Politics, which attracts media attention based on the perception of the Center as a source for objective, academic analysis. We propose the formation of the Liberty Institute for Policy and Political Analysis to fulfill this need. With a modest infrastructure, the Institute will issue simple analytical reports that can be sourced from LU graduate programs and students serving as Institute Fellows, thus reducing the need for a large organization to develop content for study, analysis, and commentary.

Dean Brat will serve as the Director of the Liberty Institute, and will be booked for commentary on broadcast media outlets, promoting LU while delivering expert analysis on policy, business, and politics. Media appearances will then serve to provide more digital media content to promote and share online through the various LU social media channels. We look forward to further strategic discussions about this concept and the anticipated stages for its development and launch.