

LEADERSHIP • IMPACT • RESULTS

# CONFIDENTIAL

DATE: MAY 22, 2019

MEMORANDUM FOR: SCOTT LAMB

FROM: MARK SERRANO

CC: RYAN HELFENBEIN

Subject: *External Communications Enterprise Planning*

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Distribute

Last month we conducted a very productive planning session that resulted in a preliminary plan for the design and development of the new Liberty University External Communications office being established under your leadership. Our strategic planning and development process that day revealed the initial terms for our mission, the functions that must be fulfilled to support the University, initial thoughts on the name and identity of the department, a general timeline for further design and development of the enterprise, and leadership principles that will guide the management of the enterprise. The following is a brief summary of these findings.

**MISSION**
We discussed the role for the External Communications department in fulfilling the Liberty University mission and determined the following.
- We begin with the master objective of changing the world and proceed from there.
- Our chief function will be storytelling, including big and little stories presented for the world to see and hear.
- An important role will be to profile the good things happening at Liberty, and working to help the media catch us doing them.
- Our messaging will be geared towards reassuring the media and the general public of our core principles and that these do not pose a threat but represent an opportunity for students to learn in a uniquely positive and wholesome environment. We stand as a beacon of truth and a home for diverse viewpoints.
- As Liberty and President Falwell are increasingly under attack, it will also be important to assertively define ourselves instead of letting our opponents define us, and in many cases, re-define our brand to those who have formed the wrong opinions about the University.
- Our objectives will also address the needs of the broader Christian conservative movement, Liberty's unique role in it, and opportunities to redeem the culture by modeling out and promoting the Liberty University standard.
- We will always be committed to demonstrating a return on investment to the Liberty leadership, including working collaboratively with Enrollment Marketing to ensure that we support the University's growth plans.

19415 Deerfield Avenue, Suite 212, Lansdowne, VA 20176
Phone: 571.223.0042 • Fax: 571.223.0052 • www.proactivecommunications.com





## PRIMARY FUNCTIONS
Preliminary, the primary scope and functions of External Communications will include the following. This list will expand as strategic discussions continue, with both legacy and new responsibilities factored.

**Content creation** – Written and visual content will be produced with quality control in all messaging that has strategic purpose and value.

**Media relations** – Communicating proactively and reactively to the news media across all platforms, legacy and digital, will be a critical and regular responsibility of the team.

**Digital + streaming media** – Opportunities are boundless to deliver messages and themes to audiences across demographics and geographies that will promote the brand, attract prospective students, and create positive new narratives about Liberty.

**External relations** – We will serve as a liaison to major political figures and high profile influencers with whom we can share communications strategies and messaging to guide their third party advocacy for Liberty.

**Media center** – We will leverage opinion research, polling, as well as news and anecdotes from all of the departments and programs at Liberty to establish a world-class media center that will engage the media worldwide.

**Public policy** – Programs will address policies that affect Liberty University and Christian conservatives at the national level.

## DEPARTMENT IDENTITY
Further discussion is needed about the identity of the External Communications department. The first concepts include the following. The title and the brand, including the build out of the office, will be geared towards appealing to broad demographics, but will seek above all to communicate to our top constituency: current, prospective, and recent past students.

- *Connections Liberty*
- *Correspond Liberty*
- *Declare Liberty*
- *Deliver Liberty*
- *Enlighten Liberty*
- *Let's talk Liberty*
- *Liberty Connect*
- *Liberty Discourse*
- *Liberty External*
- *Liberty States*
- *LU External*
- *LU Interface*
- *LU Speaks*
- *Proclaim Liberty – where LU connects the world*

## TIMELINE
In the planning meeting, we discussed an initial timeline for the build of the department and the development of its brand and programs. The following is the top line schedule. It is important to note that while the plan is being implemented, media and communications operations will be ongoing.

**May 22 – June 30**
- Strategic planning (continued)
- Design and development
- Primary program plans
- Team roles and responsibilities determined
- Budget planning

**July 1 – August 15**
- Strategic planning (ongoing)
- Staffing filled
- Initial office renovations



- Team leadership training retreat, *Stone Ridge*

**August 16 – October 1**
- Department launch
- Staff hiring completed
- Final office renovations
- 2019 strategic plan drafting

**LEADERSHIP PRINCIPLES**
Several leadership principles were addressed in the planning meeting, including the following, which will be used for training the new team comprising the External Communications Department.

**Ownership** – We will emphasize the need to define roles and responsibilities and foster a willingness to take complete ownership of them as a department on behalf of the University and as professionals on the team.

**Solutions orientation** – we are in the solutions business and will approach every challenge and responsibility with this orientation.

**Treat everyone like a client** – The Liberty Way includes the first class treatment of others. Every encounter on every subject should include a mindset of treating all colleagues as if they are our most important client.

**Upward management** – This is the principle of effectively using a supervisor's time effectively to drive decision making. It should be applied to all colleagues up and down the command chain in order to execute on objectives proficiently.

**Elastic capacity** – We will build an enterprise that incorporates capacity that can expand and contract based on shifting needs and demands. This will be done with establishing good working relationships with other offices internally and collaborative vendors externally.

**Management vs. Leadership** – anyone can manage programs, but this team will lead at every level to fulfill a broad, comprehensive mandate to promote and enhance the brand of Liberty University.

**Servant leaders** – With humility, we serve all constituents, internal and external, leading but with humble respect for all.