Date: 1/2/18

# NEW EMPLOYEE ORIENTATION MEETING ATTENDANCE
## Please Sign In

(44) (47)

| NAME | | DEPARTMENT |
|---|---|---|
| Richard Forrest Ansell | ✓ | AOS |
| Cortney Beltz | ✓ | Institutional Research |
| DUSTIN FOSTER | ✓ | AERONAUTICS/AVIATION MAINTENANCE |
| Paul Miller | ✓ | Chemistry & Biology |
| Aaron Johnson | ✓ | Registrar |
| Elijah Romick | ✓ | Resident Admissions |
| Lisa M. Lucena | ✓ | LAW SCHOOL ADMISSIONS |
| Aaron Bongard | ✓ | LUPD |
| Jesse Reckley | ✓ | IT-DEV |
| Kiersten Dahlstrom | ✓ | Resident Admissions |
| Robert Fitzgerald | ✓ | Custodial |
| Mintesinot Zeleke | ✓ | LUO Admissions Counselor |
| Chelsea Moore | ✓ | LUOA admissions |
| Savannah Brooks | ✓ | Admissions (Resident) |
| Rachel Basye | ✓ | LUPD |
| Janes Roel | ✓ | LUPD |
| Terri Sanders | ✓ | Custodial |
| Ethan Taylor | ✓ | IT Development |
| Rachel Shallenberger | ✓ | Registrar |
| Winona Dowdy | ✓ | LUOnline |
| Emily martin | ✓ | Recreation Centers |
| Brenda Nault | ✓ | Registrar's Office |
| Darryll Dowell | ✓ | Chanceller |
| Addison Rahn | ✓ | Admissions |
| Andrew Ashby | ✓ | Registrar |
| Maggie Hendrix | ✓ | student advocate |
| Scott Lamb | ✓ | |
| Peter Brake | ✓ | LU online |
| Rachel Hatch | ✓ | LUO Admissions |
| TIMOTHY HODGE | ✓ | LUCOM |
| Joshua Hendricks | ✓ | IT Department - Web Development |
| 32 Samantha Bastone | ✓ | LU online |

DEFENDANT'S CA EXHIBIT 18 10/16/21 6:21CV55


**LIBERTY UNIVERSITY**
HUMAN RESOURCES

## New EMPLOYEE Orientation

**Welcome to Liberty University!**
We are excited that you are with us today to hear about the Liberty story and become a part of the Liberty family. We are discussing a variety of topics to assist you in acclimating to life as an employee. We ask that at the end of orientation, that you would please read and sign this acknowledgement and leave it with one of the HR staff.

- Statement of Mission and Purpose
- Tax paperwork
- LUPD Services and Regulations (i.e. parking)
- Dining, meal plans and Flames Cash
- Wellness and Fitness Opportunities
- Claim Your Liberty Account and Email
- Getting your Liberty ID and Card Services
- myLU (Where it is and what it's for?)
- HR iPay & Benefits site & the ADP Benefit App
- Pay Days and Pay Checks (first one is mailed)
- TimeSaver
- Employee Handbook (including: Inclement Weather, Dress Code, Grievance, Harassment & Discrimination Avoidance, Career Advancement)
- You Matter
- Benefits (including: paid holidays, vacation and personal/sick days)
    o You **must** elect your health and welfare benefits online within 45 days of hire
- <u>Automatic</u> Contribution Arrangement 403(b)(9) Retirement Plan
    o You will have 5% of pay automatically deducted from your paycheck and matched by Liberty (@ 5%) unless you actively elect not to do so.

I hereby acknowledge that I have heard the presentation containing the items listed above in the New Employee Orientation. The presentation has provided details concerning employment practices, policies, location of offices as well as how to enroll in our benefit programs.

_[signature]_                                    01/02/2018
**Signature**                                    **Date**

WALTER SCOTT LAMB
**Name (Printed)**