

## Planet **Depos**®
We Make It *Happen*™

# Transcript of News Interview

**Case:** Transcription Services

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**



DEFENDANT'S
EXHIBIT
21

1

2

3  Former Liberty University NO: Investigative firm

4  did not interview sexual assault accusers

5

6  WSET-TV ABC 13 News

7

8                          Lynchburg, Virginia

9                     Interviewer - Cynthia Beasley

10                    Interviewee - Scott Lamb

11                         October 27, 2021

12

13  https://wset.com/news/abc13-investigates/former

14  -liberty-university-vp-investigative-firm-did-not-

15  interview-sexual-assault-accusers-jane-doe-scott

16  -lamb-title-ix-lawsuit

17

18  Last Visited: November 24, 2021

19

20  Job No.: 415224

21  Pages: 1 - 61

22  Transcribed by: Christian Naaden

Transcript of News Interview

```
 1              P R O C E E D I N G S
 2         MS. BEASLEY:  Okay. So Scott, what was your
 3    role at Liberty University while you were there?
 4         MR. LAMB:  Yeah. I was the senior vice
 5    president of communications and public engagement. I
 6    had been hired in as a special projects to do literary
 7    work and then I quickly moved up into a position of
 8    communication and media liaison for the school.
 9         MS. BEASLEY:  And, I mean, I understand what
10    your position is but for people who are kind of outside
11    of press, communications, they don't. So kind of
12    explain what you do today.
13         MR. LAMB:  Well, three things. We weren't
14    involved in marketing or branding. That's a separate
15    division. But what we -- what I did was I oversaw the
16    news department so all the news that went out and the -
17    - and about five journalists that work for us.
18         And then I also oversaw the student newspaper
19    which operates during the school year, about 20 issues
20    a year. And then eventually they -- President Jerry
21    Falwell started what was known then as the Falkirk
22    Center. And that kind of fit under the public
```

Transcript of News Interview

3

1   engagement part and so that was put under the

2   department as well.

3           MS. BEASLEY:  And, you know, in your lawsuit

4   you kind of -- well, you told me before that things

5   started to kind of shift a little bit; what was your

6   time like when you were there and when did you realize

7   that things weren't exactly how you wanted them to be?

8           MR. LAMB:  Well, everything can be traced to

9   before Jerry Jr.'s resignation and afterward. And so

10  before, I -- I've only been there since 2018 so you can

11  imagine it's been a -- a quick learning curve to

12  discover things that weren't as they should be.

13          But by the end of 2018, I was aware that --

14  that things were not exactly legitimate, that things --

15  just unethical things, lack of discernment, lack of

16  discretion. Jerry Jr., from the very first month I was

17  there, he understood me to be a person who would tell

18  him the truth.

19          He would say that to this day. I always told

20  him the truth. In other words, I literally, as he

21  always would say, I don't kiss his butt. I don't know

22  if you can say that on air. But and he said that's why,

Transcript of News Interview

1    you know, you're valuable to me because everybody else

2    around here is ingrown and they -- they don't -- they

3    don't tell me the truth.

4          Okay. I -- I can't vouch for -- if that's true

5    or not for my other colleagues. I took them to be, you

6    know, very good and honest people. But that was my

7    value to him. And so when I was in the room and he

8    would -- there -- things would be discussed, I would

9    tell him, I don't think that's what you should do. And

10   I -- you know, I think you're wrong there.

11         That's inside. I don't go to the press with

12   that. And I would have if there was anything that I saw

13   that was criminal or of that nature, of certainly what

14   we now know. I never knew anything about the -- the

15   sexual immoralities that are alleged against him.

16         I didn't know anything about financial --

17   deep-rooted financial transactions and -- and offshore

18   accounts, all that kind of stuff that's thrown out in

19   the press. I don't know anything about that. I'm just

20   talking about the things related specifically to

21   Liberty University, things that I thought were --

22   lacked discretion for a university president, a

Transcript of News Interview

1    Christian Evangelical university president.

2          I came here thinking that the old-time gospel

3    hour spirit was still all over this place. I'm not a

4    Liberty University alum. I never had even been to

5    Liberty University or Lynchburg until I was hired.

6          So when I got here, I still thought maybe that

7    the boys were supposed to wear suits and/or sport coats

8    and jackets to class like they did in the '80s and

9    '90s. It's a different Liberty University. I quickly

10   learned that. That's fine. We're in a -- we're in a new

11   era.

12          But once start -- I started seeing things that

13   you couldn't look past, then I began to discuss those

14   things with other executive -- executives in

15   leadership. Everything came to a head in 2020,

16   obviously, with the -- the -- the -- the -- the things

17   that came to light with Jerry Falwell Jr.

18          MS. BEASLEY:  And you said you didn't know

19   about those things? Because there were allegations that

20   he was --

21          MR. LAMB:  Yeah.

22          MS. BEASLEY:  -- showing inappropriate photos

Transcript of News Interview

6

1      --

2                MR. LAMB:  Yeah.

3                MS. BEASLEY:  -- to people at Liberty

4      University.

5                MR. LAMB:  Yeah. So --

6                MS. BEASLEY:  You never heard of that?

7                MR. LAMB:  -- the s- -- the summer of 2020 is

8      when all those kinds of -- to me is when all those

9      things -- kind of things came to light.

10               MS. BEASLEY:  Right.

11               MR. LAMB:  And perhaps other colleagues knew

12     about those things. I didn't know about the things

13     related to him doing the -- that until the -- the --

14     the pieces started showing up.

15               MS. BEASLEY:  The stories.

16               MR. LAMB:  And the stories started showing up.

17     And so I actually asked those kind of questions, like,

18     what -- what kind of legitimacy is there? And -- and

19     the answer was always, you know, those are just hit

20     pieces. What do you expect? Those are liberal left hit

21     -- hit pieces.

22               I said, I don't know. I mean, like, can we

Transcript of News Interview

1    talk about that? And so I was trying to get him to talk

2    with me about those kinds of things and -- and, of

3    course, knowing that, you know, as he called me a Boy

4    Scout, you know, somebody that was more like his dad,

5    you know, somebody that was more like his mom, you

6    know, a real rule keeper.

7            He would joke with journalists when we'd be in

8    the room together that Scott's not going to like what

9    I'm telling you because he's kind of a fuddy-duddy. So

10   that's -- that's what he took me to be and that's what

11   I was.

12           So when I came asking him, you know, why --

13   why are we doing these things? Why are we saying these

14   -- why are people saying these things about you? Then

15   it's like, well. You know, they're just -- they're just

16   leftist media. You know, they're just corrupt.

17           MS. BEASLEY:  So he never really --

18           MR. LAMB:  No.

19           MS. BEASLEY:  -- admitted to any of those

20   things?

21           MR. LAMB:  No. No. Never admitted to it and

22   still to this day doesn't I don't think.

Transcript of News Interview

1          MS. BEASLEY:  Right. Right. And you kind of --

2     what you're saying is that you were on the tail end of

3     knowing these things. You didn't know about these

4     things --

5          MR. LAMB:  Yes. Yes.

6          MS. BEASLEY:  -- before.

7          MR. LAMB:  So there's -- there's a political

8     article that kind of broke open a little bit of the

9     stuff, you know, where he talked about his sex life and

10    things like that. And I -- I even went into him. I

11    said, is that -- is that true? I mean, did you walk

12    around talking about your genitals, you know?

13          And, no. No. I would never do that. Like,

14    okay. And I -- you know, records were asked him, did

15    you -- are there topless photos of your wife, you know,

16    that -- that are floating out there? And he goes, no.

17    Not that I know. He goes, maybe my phone got stolen. I

18    mean, a husband might take a, you know, good picture of

19    his wife or something like that.

20          And I said, so we don't have any reason to

21    think that there's -- you know, like, you're being

22    blackmailed or something? And -- and the answer was

Transcript of News Interview

1   always no, you know? And -- and of course it got into

2   the sordidness of all that.

3           And so then when it actually broke and then it

4   quickly escalated to him actually resigning. And then

5   upon his resigning -- actually, upon him being put on

6   leave, we were told by the Board of Trustees to have no

7   contact with -- with Jerry Falwell. So that ended my

8   ability to actually interact with him.

9           MS. BEASLEY:  So you haven't interacted with

10  him?

11          MR. LAMB:  Well, he called me like five months

12  ago to just -- I don't know. He -- he had something on

13  his mind for a couple minutes. And then he called me

14  last week and -- and I can't go into that. But called

15  me last week and he's still out there.

16          So then everything after that became my

17  relationship with Jerry Prevo who I took to be somebody

18  coming in not from the outside. Actually, I thought

19  that was better. He's got a lot of experience.

20  Certainly -- maybe he's been oblivious to these things

21  but certainly he's coming in as a -- as a knight in

22  shining armor to help us clean up the house. And so --

Transcript of News Interview

10

1          MS. BEASLEY:  And you thought the house needed
2     to be cleaned up?
3          MR. LAMB:  Oh. I certainly --
4          MS. BEASLEY:  [inaudible]
5          MR. LAMB:  -- thought the house needed to be
6     cleaned. I've been saying that internally. And my
7     critics will say, well why didn't you come out earlier?
8     Look. To come out earlier, like, to the press, to come
9     out earlier and say -- you know, again, if somebody --
10    if I had known about something criminal, like sexual,
11    you know, viol- -- violence that was was I was growing
12    into my awareness that had been covered up, but if it
13    was an active situation, yes. Mandatory reporting. You
14    know, I would have done that.
15          If I had known that right now things were
16    happening, you know, like, you know, i- -- in the
17    present moment. But we were in the summertime, you
18    know, before Jerry's resignation. There weren't even
19    students on campus.
20          And Prevo got here, President -- Acting
21    President Prevo got here. And they immediately called
22    for an independent investigation that was supposed to

Transcript of News Interview

1   look into everything. Well, there you go.

2          There's my -- there's my ability then to

3   report, not to the media, which would have gotten me

4   terminated immediately because you can't have the

5   insider talking to the media about, you know, revealing

6   details. You know, you might as well turn in your

7   resignation at that point.

8          But an independent investigation which was

9   supposedly going to get to the bottom of these things.

10  And my main concern was the sexual allegations. I mean,

11  I'm not -- I can't even balance my checkbook so I

12  certainly don't know how to get to the bottom of, you

13  know, sweetheart deals and real estate transactions.

14          I assumed somebody was going to do that. But

15  the -- the -- the sexual assault and what I alleged,

16  the -- or what I was hoping wasn't a cover-up. I -- I -

17  - so I was hoping that that wasn't the case.

18          You know, we report these things on the Clery

19  Act and -- and I -- I would assume that's a federal

20  violation to misrepresent yourself on that. And to --

21  to my knowledge, they haven't. But I began to beg- --

22  to have an understanding that the Clery Act is a letter

Transcript of News Interview

1    of the law thing.

2            So sexual assault that happens to a student

3    off-campus, I mean, you tell me; does it have to be

4    reporter under Clery or does it not? And, I mean, you

5    get 10 lawyers in the room, they're going to have

6    different opinions.

7            What happens if the -- the student -- two

8    students are -- are together and they're in, you know,

9    Kentucky on -- on a event and it happens then. Well,

10   were they on a bus owned by Liberty or were they not?

11           Guys -- and that's when I began to realize,

12   they're playing with the letter of the law, not the

13   spirit of law. I would say if you're in Kentucky on

14   some sort of a weekend thing for Liberty and one

15   student assaults another student, that should go under

16   the Clery Act. That's what I think. Does it? I -- I

17   don't know. So I begin hearing stories because I'm the

18   comms guy.

19           MS. BEASLEY:  So were you a part -- did you

20   hear those conversations directly?

21           MR. LAMB:  Yes. Yes. I very much so heard

22   those conversations directly about with our general

Transcript of News Interview

13

1    counsel for 45 minutes spoke off the record with a

2    journalist and about one of the -- one of the victims

3    and -- that was raped.

4           And -- and the whole nature of that

5    explanation that was given to the journalist was, well.

6    That wasn't actually Liberty University property.

7    Right. But she was grabbed on Liberty University

8    property.

9           MS. BEASLEY:  And dragged.

10          MR. LAMB:  And dragged.

11          MS. BEASLEY:  Mm-hmm.

12          MR. LAMB:  Now, if my daughter had been on

13   Liberty University property walking through a tunnel

14   and had been dragged off, which the perpetrators

15   wouldn't have even known if they were off-campus. It's

16   not like they were trying to protect the Clery Act.

17   They just wanted to into the -- the -- the woods.

18          I'd spend the rest of my life getting to the

19   bottom of that. I would not ever stop. And the fact

20   that it wasn't technically owned at that time by

21   Liberty University, because when you own property, you

22   sell it, rebuy it, sell it, rebuy it, you're developing

Transcript of News Interview

1    it. It's clearly Liberty University property now.

2    Nobody would have thought back then it wasn't.

3            MS. BEASLEY:  And when you were hearing these

4    conversations, what -- what were you saying? Were you

5    vocal at that point?

6            MR. LAMB:  Yes. I -- I said, are we playing

7    with technicalities here? I said because, you know, I

8    thought that we wanted to do the Rachael Denhollander

9    gymnastics, all of her exposing the way that she calls

10   for a third party.

11           Our boss [inaudible] who used to be at our law

12   school and he's got a -- a group that -- that actually

13   gets to the bottom of it. Or not concerned -- they

14   wouldn't be concerned about saving the dollars of the

15   endowment.

16           They wouldn't be concerned about saving the

17   reputation. They're just concerned to find out actually

18   what happened as much as humanly possible. I thought

19   that's what we were doing to get to the bottom of those

20   things so that, you know, in this 50th year of Jubilee,

21   we could actually say mistakes were made.

22           And the -- 2021 is the -- is the -- is my

Transcript of News Interview

1   frustration with the dawning realizing that I'm

2   internal. They're internal. We're having internal

3   conversations. We're all supposed to be on the same

4   team having internal conversations about getting to the

5   bottom of things.

6         I'm not a part of any coverup. I've been

7   telling the truth internally as long as I've been here.

8   But specifically about the Title IX. And I would allege

9   501(c)(3) violations. I -- I've been saying that

10   internally since I got put in the position of being the

11   media and comms guy. Before that, I was just, you know,

12   kind of working on some book projects and things like

13   that.

14         But -- but once I was in those conversations,

15   I had a moral obligation to -- to ask questions and to

16   get to the bottom of it. Otherwise, they make the comms

17   guy into a liar by giving it -- giving him information.

18         One example. I was told in response to a

19   political article that -- that I was supposed to tell

20   the world that the outside auditing company was and is

21   looking into all Title IX situations.

22         MS. BEASLEY:  They told you to --

Transcript of News Interview

16

1          MR. LAMB:  Yeah.

2          MS. BEASLEY:  -- put that out?

3          MR. LAMB:  This was scripted to me. And I

4    said, well, I -- I can't do that. And our general

5    counsel scripted that to me. And -- and on -- on the e-

6    mail was also the local lawyer who was working for

7    Baker Tilly.

8          And I said -- in my e-mail back, I said, I

9    can't do that. I said, I can't say that. I -- I'm not

10   the PR guy for Baker Tilly first of all. And second of

11   all, I'm hearing all over the place that they're not

12   looking to Title IX. The window is closed and that the

13   victims who said they want to be interviewed have not

14   been interviewed.

15         So I -- I don't lie about things so, you know,

16   I'm not going to say that. And -- and so it got, you

17   know -- it got, you know, okay. Okay. Whatever. As

18   early as February, March, I was on a trip with some

19   executives and I said, boy. I am really bothered by --

20   I think it was March, late March. I'm really bothered

21   by the fact that this investigation doesn't -- I don't

22   think that they're actually getting into the sexual --

Transcript of News Interview

1   the sexual situations.

2           And the response in front of three different

3   executives to me was, oh. You know, that's the problem

4   with this investigation. It's already gone on long

5   enough. They just need to shut that thing down. It's

6   just a waste of money. We just need to get on. God

7   wants us to move forward.

8           Now, what does that speak to the comms guy who

9   is getting e-mails and phone calls from people saying

10  that they haven't been contacted? Now, the comms guy

11  talks, you know, and listens. I want to know what

12  people are saying so I can accurately represent the

13  school.

14          And I've got people coming out of the -- you

15  know, coming quietly to me saying, I never was

16  contacted. I have stories to tell. I wasn't contacted.

17  And then I have executives saying, you know, the

18  problem is this investigation's gone on long enough.

19  This is in March.

20          MS. BEASLEY:  Mm-hmm.

21          MR. LAMB:  I mean, it hadn't gone on long

22  enough. It hadn't even started.

Transcript of News Interview

1          MS. BEASLEY:  Right. And -- and that statement

2    you were referring to, how they wanted to say that

3    there were, you know, investigators looking into these

4    women's claims --

5          MR. LAMB:  Yeah.

6          MS. BEASLEY:  -- to get to the bottom of it,

7    see what happened --

8          MR. LAMB:  Right.

9          MS. BEASLEY:  -- and see if they could fix

10   anything. That was in the statement that was put out;

11   correct?

12         MR. LAMB:  Yeah. I -- I believe it was. Now,

13   they can always go back and -- and change the -- their

14   little web- -- their little website to modify and tweak

15   it; you know? But --

16         MS. BEASLEY:  I -- I believe you sent out the

17   e-mailed statement.

18         MR. LAMB:  We did. We did. I was part of the

19   news team that put out that press statement that was

20   given to us which press statements are always given --

21   like that are always given to us by upstairs, you know,

22   with the legal counsel.

Transcript of News Interview

1       But they -- they had us put out the statement

2  that anybody reading it would have said, oh. They're --

3  they're open to hearing anything. And so somebody

4  thought, well. I had problems. I had situations.

5       It doesn't have anything to do with the real

6  estate. I was, you know, sexually accosted by a

7  professor or -- or, you know, a dean or a -- a coach or

8  something like that or -- or a student. I'm going to

9  tell my story. Well, they didn't -- to my knowledge as

10  of today, they haven't been contact -- they have not

11  been contacted by Baker Tilly.

12       MS. BEASLEY:  So despite you saying, we can't

13  say this. This is untrue. It was still put out?

14       MR. LAMB:  Right. I'm -- yeah. So what --

15  repeat that; what was that?

16       MS. BEASLEY:  So despite you saying that we

17  can't say this, this isn't true, they're not actually

18  trying to get to the bottom --

19       MR. LAMB:  Right.

20       MS. BEASLEY:  -- of the situation, that

21  statement was still put out?

22       MR. LAMB:  That's what I --

Transcript of News Interview

```
 1          MS. BEASLEY:   [inaudible]
 2          MR. LAMB:   That's exactly what I allege in my
 3   lawsuit, that that -- certainly since the time that the
 4   investigation team was hired, the auditing company was
 5   hired, Baker Tilly, and used local -- local law firm to
 6   do the boots on the ground interviewing, the perception
 7   has been -- and I've tried to get to the bottom of
 8   whether this perception was true.
 9          I tried to get to the bottom of it with Acting
10   President Prevo, with two or three executives, which
11   I'll leave nameless because I think they're trying to
12   walk with integrity in this, and our general counsel,
13   that are -- are they really looking into Title IX
14   accusations?
15          And the answer was sometimes ambiguous but
16   usually -- why does it have to be ambiguous to your
17   senior vice president of comms? Are they looking into
18   it or not? It's a pretty simple question, you know?
19          I mean, I'm not the New York Times in here
20   trying to snoop around. I'm not an undercover
21   investigation team. I'm not a mole. I'm just your comms
22   guy; can you tell me if they're looking into these
```

Transcript of News Interview

1   accusations or not? And it was always ambiguous. Well,

2   yeah. Maybe they are. Well, maybe there's another group

3   that's looking at -- is -- is there another group? You

4   always said that there's -- it was Baker Tilly.

5           Is there another group that's looking into

6   this? Have you hired Rachael Denhollander? Well, of

7   course not, but, you know -- you know, somebody like

8   that? And -- and it was always just -- just this

9   ambigu- -- ambiguity, you know?

10          MS. BEASLEY:  But so -- so that was a lie.

11          MR. LAMB:  Ambiguity leaving --

12          MS. BEASLEY:  That statement that was put out,

13  is what you're saying.

14          MR. LAMB:  Ambiguity. Even after I was fired,

15  I had -- I had a vice president call me up and -- and

16  ask me, what -- so what's your beef? And I said, well.

17  I -- I -- I have a moral conscience and I'm not going

18  to live the rest of my life not bearing witness. That's

19  why I didn't sign an -- an -- an NDA, a nondisclosure.

20          That's why my four sons now don't have a

21  collage scholar- -- tuition paid for. Because I'm not

22  going to spend the rest of my life looking in the

Transcript of News Interview

1  mirror knowing that I didn't bear witness to what I

2  saw. What was the purpose of me being here to see it

3  all?

4        What was the purpose of me not going to the

5  media a year ago and getting fired a year ago if not to

6  see more things, hear more things, save more receipts,

7  so to speak, and then bear witness? And that's what I'm

8  doing now. And -- and they cannot buy off my -- my

9  lips. My lips and my tongue will speak about these

10 things.

11       Here's the thing. Even after I was fired, I

12 had a vice president call me up, what's your beef? And

13 I said, well. That. You know, the -- the -- the Title

14 IX accusations. They have not been -- they have not

15 been looked into.

16       And he said, and I quote, well you don't --

17 you don't really believe most of those stories, do you?

18 I said, what stories? You know, the -- the -- in the --

19 in the lawsuit. Well, which ones don't you believe?

20 Well, I haven't read it. Well, why would you ask me if

21 I actually believe them when you haven't even read it?

22       MS. BEASLEY:  Mm-hmm.

Transcript of News Interview

23

1          MR. LAMB:  That's the kind of peer pressure
2     internally that I got. And -- and I'm not a victim of
3     this. I -- don't -- I'm -- I'm not asking to be painted
4     as the victim of -- of this. There are real victims out
5     there.
6          God brought me here to a place in a season in
7     order to see and hear things. I saw and I heard them.
8     Maybe I could have come forward a year earlier, you
9     know, gotten fired, and then I wouldn't have seen what
10    I've seen during the last year.
11         But I'm going to bring out the truth of what
12    I've seen in the three years and nine months that I've
13    been here. And -- and -- and that's -- that's what I'm
14    -- I'm going to do. I love Liberty University. I am not
15    against Liberty University.
16         Liberty University's 300,000 people -- alumni,
17    staff, students, doners -- is not the 30 or 40 people
18    that make up the board and executive leadership.
19    They're the ones who control the ship but they're -- I
20    would allege they are running the ship against the
21    mission of the -- of the school, against the Christian
22    mission of the school.

Transcript of News Interview

24

```
1                And honestly sometimes I think they don't even
2    know where they're running it into. But I would allege
3    they're running it into the rocks. I call on the -- in
4    this 50th year anniversary, I call on the alumni of
5    Liberty University to stand up and take control of the
6    ship.
7                You know, 300,000 certainly can exert more
8    pressure than the 30 or 40 who have the fiduciary
9    responsibility of the leadership but are acting, as I
10   alleged in my lawsuit, against the mission, against the
11   501(c)(3) mission in the school.
12               The -- the alumni need to stand up. I have had
13   so many people say privately to me now that they are
14   under NDA. Right. Well, they can't -- they can't sue 20
15   people at a time for breaking NDA. I'm pleading with
16   you, break the NDA. Break it en masse.
17               If you're under NDA and you know of things
18   that were done illegally, unethically, sexual assaults
19   that happened, break it. Don't live with -- and they
20   live with the guilty conscience. Just do it all the
21   same day.
22               You know, pick a day. [inaudible] together.
```

Transcript of News Interview

25

1   Pick a day and break them all together at the same

2   time. The house of cards would fall. That's -- that's

3   how important this is.

4           MS. BEASLEY:  And, I mean, as you address

5   alumni --

6           MR. LAMB:  Yeah.

7           MS. BEASLEY:  -- you know, you're -- you're

8   getting some pushback on this.

9           MR. LAMB:  Absolutely.

10          MS. BEASLEY:  Because it's kind of coming at a

11  time -- you're saying that you were seeing all these

12  morally corrupt things.

13          MR. LAMB:  Yeah.

14          MS. BEASLEY:  And you never said anything.

15          MR. LAMB:  Yeah.

16          MS. BEASLEY:  So you're saying it now --

17          MR. LAMB:  I said --

18          MS. BEASLEY:  -- after you've been fired.

19          MR. LAMB:  Yes. I said it internally.

20          MS. BEASLEY:  Some people would say that that

21  makes you an opportunist.

22          MR. LAMB:  That's --

Transcript of News Interview

26

1        MS. BEASLEY:  And you're trying to --

2        MR. LAMB:  That's a great question. Yeah.

3        MS. BEASLEY:  -- control your narrative here.

4        MR. LAMB:  Yeah. So there's two ways of

5    looking at it. Either I am coming out now because I was

6    fired and there's some sort of revenge. Or I was fired

7    because I was coming out internally, as befitting a

8    senior executive, coming out internally in meeting

9    after meeting. You know, 20 people in the room. It

10   doesn't matter. I'm going to say what I say.

11        I came out internally. Now, I didn't come out

12   to the media. I didn't come out. And had there been

13   criminal activity with people currently engaged in

14   criminal activity that I personally knew about, I would

15   have had mandatory reporting. I would have come out.

16        But what we're talking about is things that

17   have -- have gone on and -- and things that are

18   currently going on and things that aren't even like an

19   active criminal, like some gross nepotism. Well, that's

20   not actively somebody is being injured bodily or

21   something like that. So you don't mandatorily report

22   nepotism. I mean, it's kind of just out there.

Transcript of News Interview

1        So either I'm coming out because I'm an

2   opportunist, which is a narrative. And what I'd say to

3   that is I'm going to let my actions speak louder than

4   my words. I'm not even going to challenge that

5   narrative.

6        I'll just let my actions flow in -- in the

7   coming months. I have nothing to gain by this. There's

8   no financial gain that I could possibly have that --

9        MS. BEASLEY:  You are asking for punitive

10  damages in the lawsuit.

11        MR. LAMB:  Yes. Certainly. Yeah.

12        MS. BEASLEY:  So there is financial gain

13  potentially.

14        MR. LAMB:  Well, that's true. Yeah. Right.

15  Okay. Yeah. What one does with punitive damages after

16  he gets them I guess is -- is a decision to be made. I

17  -- so to the point of, am I an opportun- --

18  opportunist? I was internal.

19        At some point, a drug -- an undercover for

20  drug officer doesn't make a -- an arrest for a $10 bag

21  of cocaine. You know? He could. He's going after the

22  kingpin. If he -- if he makes the arrest, now his

Transcript of News Interview

28

1   cover's blown and what do you get? You get some street

2   guy that's, you know, not much.

3          I could have made a -- you know, could have

4   gone to the media when I heard Jerry call a student,

5   you know, a -- you know, a slur. Could have gone to the

6   media and I would have been fired; all right?

7          MS. BEASLEY:  And did that happen? And you

8   didn't go to the media?

9          MR. LAMB:  Well, would you go to the media

10  when your boss -- when he privately calls a student,

11  you know, something that he shouldn't have called his

12  student? Yes. Do you go to the media that day? Why --

13  why would you go to the media? I would have had to turn

14  in my resignation that day. What I --

15         MS. BEASLEY:  I guess it's --

16         MR. LAMB:  Instead, what I would say was, you

17  know, that's kind of inappropriate.

18         MS. BEASLEY:  I guess the question there,

19  though, is, you know, that -- that might point to what

20  some people might say is you being a part of the

21  problem and extending the problem by you not doing this

22  earlier and then --

Transcript of News Interview

```
 1              MR. LAMB:  Right.
 2              MS. BEASLEY:  -- getting yourself fired
 3    potentially and facing those consequences.
 4              MR. LAMB:  That's true.
 5              MS. BEASLEY:  So, I mean, what is your
 6    response to that? When someone says you were a cog in
 7    this wheel pushing this issue forward.
 8              MR. LAMB:  I'm a Christian and I believe that
 9    we will all stand and give an account of ourselves to
10    God. And I will -- I will one day stand and give an
11    account to God, whether I came out too late or too
12    early. You know, what's going to happen in the next six
13    months that I won't be there to see?
14              As it is, I really was taken out of my hands.
15    It came to a head. We had some serious conversations
16    about things that were going to be said on the stage at
17    Convo that I thought were lies. And I had to challenge
18    that. And I was right in my -- my assessment of that.
19    Even our external counsel said that I was right.
20              Had those things been said about the -- the
21    Teal Ribbon Campaign and the Title IX and what was
22    going on, it would have been a lie. It came to a head.
```

Transcript of News Interview

1    Came to a head a little bit quicker than I thought and

2    -- and then I was terminated three business days later.

3    So I don't --

4            MS. BEASLEY:  What -- what were those lies?

5    Just to elaborate on that.

6            MR. LAMB:  Yeah. So there was a script

7    produces by our general counsel and our external

8    counsel together, I suppose, but certainly our general

9    counsel, that was going to have President Prevo -- now,

10   he's his own man. He could say, well. I never would

11   have read that script, Mr. Lamb. That -- that's fine

12   but it was -- it was prepared for him to address the

13   Teal Ribbon Campaign.

14           And in it, among other things that were lacked

15   empathy and were patriarchal and just were insensitive,

16   one line said, I have hired a law firm to look into

17   these things and get to the bottom of it and -- and --

18   and tell us what we should do about it.

19           Which law firm would that be? Well, you're not

20   talking about Baker Tilly. We know that. Baker Tilly's

21   not addressing any of those things, as I would allege.

22   You're speaking because -- and that's -- this is who he

Transcript of News Interview

1    was speaking about, because the external counsel for

2    the lawsuit was on that e-mail.

3           They had approved that script. So he's

4    speaking about the external counsel. He's saying they —

5    — the — the script that was given to him to speak to

6    the — at Convo in front of our student body was that

7    he had hired an external law firm to look at that, look

8    into those things.

9           That law firm is not hired to look into those

10   things. That law firm is hired to litigate and mitigate

11   the risk —

12          [audio break]

13          MR. LAMB:   — our institution had from the

14   litigates, from the — the plaintiffs. In other words,

15   to save our money, to lessen the financial payout.

16          And I, as recently as August, asked one of our

17   deputy counsels at Liberty University, what's the

18   status of the — the lawsuit? How is it going? Not our

19   general counsel but senior counsel. And he — he said,

20   well, our strategy is basically to get as many of them

21   thrown out on technicalities.

22          MS. BEASLEY:  That's what that law firm was

Transcript of News Interview

32

```
 1   for --
 2            MR. LAMB:  I've never told anybody that
 3   before.
 4            MS. BEASLEY:  -- is what you said.
 5            MR. LAMB:  That's an exclusive WSET by the
 6   way.
 7            MS. BEASLEY:  That -- so you said that that --
 8            MR. LAMB:  That --
 9            MS. BEASLEY:  -- was the law firm's job, to
10   get these --
11            MR. LAMB:  Yes.
12            MS. BEASLEY:  -- these cases thrown out, not
13   to investigate and find if there --
14            MR. LAMB:  Well, what I'll say is --
15            MS. BEASLEY:  -- was really an issue.
16            MR. LAMB:  Oh. No.
17            MS. BEASLEY:  Is what you're alleging.
18            MR. LAMB:  Let me be very specific. I alleged
19   -- and I -- and the e-mail showed that the external law
20   firm weighed in after I made my -- my declaration to
21   our executive leadership. You can't have him say these
22   words. They're not even true. And the e- -- and the
```

Transcript of News Interview

1    external law firm backed that up.

2        They said, actually that's great analysis,

3    Scott. Let's clarify. We -- we -- we, the external law

4    firm, needs to clarify in case anybody doesn't

5    understand. We're not here to examine these cases and

6    see what happened, to see if anybody got harmed and by

7    whom and when. We are here to mitigate the risk to the

8    university in this -- in this lawsuit.

9        That's two different things. It's not what

10   they were going to have the president say on the stage

11   at Convo. And [inaudible] he didn't say it. You know,

12   he -- he -- and would he have? I don't know. But it was

13   a script given to him.

14       And that's when you just say, this is what I'm

15   here for? Now, I didn't think that that was a fire-able

16   offense. They called the meeting the following Monday

17   and it was a -- it was contentious. It quickly turned

18   in contention and I pulled out these -- what I -- my

19   allegations and -- and we had a -- a spirited

20   conversation about those things.

21       And the next day, I was offered severance with

22   the ability for my sons to keep their scholarships if I

Transcript of News Interview

1  never spoke about Liberty University. And I said no.

2  Not going to do that. And -- and so the next day, I was

3  terminated.

4      MS. BEASLEY:  And what did they say the reason

5  for your termination is? Because they say you were

6  fired with cause.

7      MR. LAMB:  Yeah. They're already saying right

8  apparently that I was f- -- I was brought into a

9  meeting to discuss job performance. I have documentary

10  evidence, including audio recordings, of the president

11  saying as recently as July that my team was doing a

12  stellar job. Keep it up. Everything is going wonderful.

13  You guys are doing an incredible job.

14      That's what the president of the university,

15  in a phone call from Anchorage, where he spent the

16  summer, told me, was that my team was doing a fantastic

17  job. I have it in -- in e-mail form. I have it in

18  audible form.

19      So I would allege that their statements that

20  they're spinning today, that -- that I was -- you know,

21  my team wasn't doing a good job, the one -- one thing

22  they charged us with was being careless with the memes

Transcript of News Interview

1    that the Standing for Freedom Center put out.  That was

2    brought up in the meeting.

3                MS. BEASLEY:  What was the issue with those

4    memes?

5                MR. LAMB:  That they were in the gray area.

6    Maybe even had crossed the line of being 501(c)(3)

7    violations. But most of them they said were in the gray

8    area. We were going to try to talk about that. We were

9    shouted down by the president.

10               I was shouted down by the president that he

11   didn't even want to hear -- you know because the -- the

12   auditing team, the internal auditing team actually

13   spoke about how those things were kind of gray area.

14   Some of them crossed the line. But the fact of the

15   matter is, as I will --

16               MS. BEASLEY:  The firm said that actually?

17               MR. LAMB:  Not the firm. This is just some

18   internal --

19               MS. BEASLEY:  Oh. I see. Okay.

20               MR. LAMB:  -- internal auditors from our --

21   from our own school.

22               MS. BEASLEY:  Okay.

Transcript of News Interview

1          MR. LAMB:  And just said, you guys need to be

2     more careful. That was their point. You need to be more

3     careful in -- in some of the things that the Standing

4     for Freedom put out. And which, you know, reports to

5     me.

6          MS. BEASLEY:  And when you say crossed the

7     line, do you mean crossed the legal line?

8          MR. LAMB:  I mean, what they said is, you

9     know, if you always have memes that have a quotation by

10    Mike Pompeo or, you know, something like that, then --

11    then you're going to -- which who -- who's a fellow for

12    our school. Then you're going to get people thinking

13    that we're just, you know, like helping the GOP or

14    something like that.

15         MS. BEASLEY:  Which would violate the

16    501(c)(3)

17         MR. LAMB:  I think so. I'm not a 501(c)(3)

18    expert but that -- that was their point. And I -- I --

19    I take it. I'm not -- we're not looking to do anything.

20    We've had other 501(c)(3) experts look into those

21    things.

22         The point though is, as recently as July 15th,

Transcript of News Interview

1    in a recorded phone call, as my allegations in my

2    lawsuit would show and as I could give proof of, the

3    president for 10 minutes told me that the main thing he

4    wants the center to focus on was getting our people

5    elected.

6            MS. BEASLEY:  Our people, meaning --?

7            MR. LAMB:  Our people. Our people.

8            MS. BEASLEY:  What did you take that to mean?

9            MR. LAMB:  Oh. He was very clear.

10   Conservatives are the right people. He said, we should

11   become the premier group that does what others -- and

12   he named one of them and that -- that -- that person's

13   group is a 501(c)(4).

14           And -- and I said, sir, you're talking about

15   campaigns and elections. We don't do campaigns and

16   elections. I said, you're talking about things -- and

17   he goes, oh, well, you could do it in a way. You know,

18   well we don't do that. And he said, well I'm the

19   president. If I have to take over the center, we'll do

20   it.

21           And I said, well. You don't mean 501 -- you

22   know, maybe we need to create a 501(c)(4) right? You

Transcript of News Interview

38

1    know? And he said, no. Just do these things through the

2    center. So that's what I'm alleging in my lawsuit is

3    that I was pushing back against the president, as

4    recently as July, for his thought that we were actually

5    going to do things which clearly, in my opinion -- I'm

6    not a lawyer.

7         But clearly in my opinion went beyond our --

8    the charter of the center, the staffing, the budget,

9    and -- and to me went beyond the 501(c)(3). So in the

10   meeting on that Monday, when I had the people saying,

11   well. This meme here, this -- this is kind of in -- in

12   the gray area, okay fine.

13        But would that be in the gray area for us to

14   actually help people like Glen Youngkin get elected

15   this fall? Well, yeah. Well, I was told -- and when --

16   last fall, when he first came on board, he ha- -- he

17   told me, well. The value -- he said it with a smile.

18   But he said --

19        MS. BEASLEY:  Prevo?

20        MR. LAMB:  Yeah. The value of the center will

21   be shown in November, my boys. The value of the center

22   will be shown in November. That was the election of

Transcript of News Interview

1   Trump or Biden. Yeah. He said it with a smile but, I

2   mean, there's some internal pressure, you know, like

3   the value of the center that -- that I oversee. How?

4   How will that be shown in November; right? Yeah.

5          MS. BEASLEY:  When technically 501(c)(3) wise

6   you're not --

7          MR. LAMB:  Yeah. We don't have anything to do

8   with that.

9          MS. BEASLEY:  Legally -- well, legally you

10  can't campaign; correct?

11         MR. LAMB:  Right.

12         MS. BEASLEY:  For --

13         MR. LAMB:  It -- it's not surprise that --

14  that Liberty University is on the conservative side of

15  things politically. But -- but there's a line of

16  501(c)(3). And if you want to do more than that, you

17  form a 501(c)(4). And we know that line and we have not

18  violated that line.

19         Even Politico, when they did a story on

20  501(c)(3) last year, they had legal experts look into

21  our memes up to that point. They said, yeah. Some of

22  them walk right up to the line. But even they didn't

Transcript of News Interview

1   say that we had actually crossed the line.

2          Look, we can differ on that. The point is what

3   the president told me should be the main emphasis of

4   the center of July in a recorded phone call actually

5   goes past the 501(c)(3). And I challenged him on that.

6   And I challenged him on that in the meeting that grew

7   contentious.

8          He denied it. He denied having ever said that.

9   He didn't know that I had the recording and -- and so

10  at -- the conversation escalated. He called me a liar,

11  that I was lying about those things. I have the proof

12  that I was not lying about those things. The next day I

13  was asked to turn in my resignation. The next day I was

14  fired.

15         MS. BEASLEY:  Mm-hmm. And, I mean, while we're

16  on that topic, were you aware of any legal wrongdoing

17  that was happening at the university ever? Or are -- is

18  it like what you said, it was always in that gray area?

19         MR. LAMB:  Well, unethical.

20         MS. BEASLEY:  Unethical.

21         MR. LAMB:  Against the -- against the mission

22  -- as I alleged, in the lawsuit, against the mission of

Transcript of News Interview

```
 1    this school. Illegal? I mean -- I mean, highly
 2    unethical. I'm not a lawyer. I don't actually know all
 3    the laws of the land on the things like, you know, the
 4    nepotism, misuse of funds.
 5         I don't know about all the -- the 501(c)(3)
 6    regulations about when you take the jet somewhere, you
 7    know, and -- and did they pay the payroll tax and those
 8    kinds of thing? I -- I don't -- I don't know. That's
 9    what I'm saying. I -- I -- I don't even know how to
10    balance my checkbook.
11         So we have brilliant people that -- that look
12    into those things. My assumption was, they're not going
13    to go to jail to cover up corruption; are they? And --
14    and I -- I think the answer to that is no. I -- I have
15    colleagues at the VP level, executives that are men and
16    women of great integrity.
17         There's just -- and the -- and they're
18    compensated well. And their -- their kids are on
19    tuition, you know? It's not actually a secret where the
20    bones and the bodies are buried. There's a -- there's a
21    high -- not -- not -- not executive level. But there's
22    a high staff member who, as early as 2012, had serious
```

Transcript of News Interview

1    and credible -- and credible sexual assault and sexual

2    harassment charges against him.

3            MS. BEASLEY:  And that's who's mentioned in

4    the lawsuit?

5            MR. LAMB:  And -- yes.

6            MS. BEASLEY:  It's Keith Anderson, correct,

7    who's mentioned in the lawsuit? Is that who you're

8    referring to? Mentioned in the Jane Doe lawsuit.

9            MR. LAMB:  I'll just say that there's a high-

10   level public facing leader at the university which it's

11   the -- everybody knows it is what I'm saying. I mean, I

12   know that's a phrase. Well, everybody knows it. It

13   sounds like gossip. Everybody knows it.

14           MS. BEASLEY:  So what you're saying is you

15   were hearing of rumblings that something could --

16           MR. LAMB:  I -- I heard --

17           MS. BEASLEY:  -- illegal could have been

18   happening, but you weren't confirmed if it was illegal

19   or not?

20           MR. LAMB:  Yeah.

21           MS. BEASLEY:  Do you think that was because it

22   wasn't investigated?

Transcript of News Interview

1    MR. LAMB:  Yes. That's what I would allege. It

2    wasn't investigated or they -- they -- there's simply a

3    desire to protect either the dollars or the reputation

4    of the school. And the reputation of the school

5    actually feeds the dollars. So I -- I think it's just a

6    case of show me the money, to be honest.

7    MS. BEASLEY:  Mm-hmm. And, you know, going off

8    of that, I've -- you've -- I've talked to one of the

9    Jane Does. She had a heck of a time trying to get her

10   own police reports, her own documents, to the extent

11   where she was requesting documents which could be

12   considered public record. You know, it's unclear if

13   LUPD falls under FOIA laws.

14   MR. LAMB:  Mm-hmm.

15   MS. BEASLEY:  They've told me that they

16   technically don't but they like to follow them. But, I

17   mean, what was your response when you found out that

18   this was happening?

19   MR. LAMB:  Yeah. So that's where things really

20   started to escalate for me. I had a journalist who --

21   that Jane Doe had reached out to or they were -- they

22   were working on the story. And that journalist I -- I

Transcript of News Interview

44

1    know previously. And -- and she said, well. I don't

2    think she's gotten all her records.

3         I said, well. Let me look into it. I didn't

4    know the Jane Doe. I didn't know her story. Didn't know

5    anything about it. I called into the room the people

6    that would be able to help me understand the facts of

7    that situation that happened to her.

8         MS. BEASLEY:  Mm-hmm.

9         MR. LAMB:  Most of that had been here when

10   that event happened. It is the most hostile, that --

11   that meeting, that first meeting I had, was -- since I

12   called it, it was the most hostile meeting that I've

13   ever had in my professional career.

14        From the minute I -- I got in the door, there

15   was a, why'd you call this meeting? Well, I'm trying to

16   get to the bottom -- why? What do you mean, get to the

17   bottom? Are you implying that it hasn't been gotten to

18   the bottom of?

19        No. I just want to know the situation. I have

20   a journalist that's asking me like 25 questions about

21   it. And it's -- apparently she doesn't even have -- she

22   doesn't think she has all of her documents. Well, she's

Transcript of News Interview

1   got all the ones she's asked for. Are there more

2   documents? Yes. But she didn't ask for those.

3          Is there some special sign or some special

4   code word to use or something? Well, she asked for

5   these documents. And I don't remember which way it

6   went, but she asked for these documents and not those

7   documents. Does she know about the existence of those

8   documents?

9          This is literally the conversation I'm having

10  with five senior executives and -- and LUPD. Does she

11  know about both of those documents? Well, no. She --

12  she just asked for these. But does she know about

13  these? I don't know. What would be the code language,

14  what would be the secret handshake, for her to ask for

15  those ones? Well, she would need to ask -- and -- and

16  they told me.

17         So I went that night and I told the

18  journalist, look. This is what she needs to ask for. So

19  then I got an e-mail and -- you know, and I and I guess

20  her general counsel got an e-mail using that special

21  handshake language to get those documents.

22         So then we had a second meeting and I said,

Transcript of News Interview

1   are you sure you got all the documents now? Well, yes.

2   But we had to redact them and we had to do this and

3   that. Like, okay. And I explained to them, I said,

4   listen. Whatever happened during her situation as a

5   student, that happened. And -- and -- and I -- I don't

6   know what that is. I mean, we -- you know, there's

7   something that happened there.

8           But right here, now, we don't have to do this

9   the wrong way. We can help this person get what she

10  needs. You know, something happened back then and some

11  of you all were actually there back then. I'm not

12  making an accusation. Well, it sounds like you're

13  making an accusation. I'm not making an accusation. I

14  just want to help this person get the documents she

15  needs to she can process and understand.

16          And so the -- the spirit in the -- in the

17  meeting was as though I was on the outside, you know,

18  trying to force the institution. I'm the senior vice

19  president of comms and I'm just trying to get this

20  person what she deserves.

21          So they said, well. Just have her come to LUPD

22  and she can fill out the -- no. No. She -- she's not

Transcript of News Interview

1  coming to LUPD. I said, you know, this is somebody

2  who's had a bad experience with LUPD she -- she

3  alleges, and -- and she's not coming to LUPD.

4         I said, we're going to meet up at the Hancock

5  Center. She asked for three copies of her form. We only

6  give out one copy of the form. All right. You can give

7  out three though. It's not against the law; right? You

8  know? Well, policy says we only give out one. But you

9  can make three copies, can't you?

10        Well, the day that they handed off the three

11 and I handed off the -- the one I had, which I did not

12 read. It's not my -- you know, I didn't feel like I

13 needed to violate the privacy to actually read. I had a

14 file from this pile and they had a file.

15        So they showed up with one copy. Still held to

16 their policy about one copy. I'm surprised they didn't

17 force her to come to LUPD. She and her roommate were

18 there and -- and I was just dumbstruck with what I had

19 just experience in the last two weeks.

20        And -- and I began to realize, Clery Act or no

21 Clery Act, I don't know -- I don't know who is to blame

22 here. I don't know who is actively trying to do things

Transcript of News Interview

1  or just bumbling into covering up things, as I would

2  allege, but this isn't right.

3          And I told them that. I said, the 2021 portion

4  of her story doesn't have to be painful to her. We can

5  help not -- it not be painful. I pleaded with them, can

6  we just do it right?

7          And I -- I said something to the effect of, if

8  this was your daughter, what would you do? And, what

9  are you accusing us of, Mr. Lamb? I'm not accusing you

10 of anything. Just do the right thing.

11         MS. BEASLEY:  And, you know, you're saying

12 that they're not forthcoming with documents. But do you

13 know if they ever crossed a line to --

14         MR. LAMB:  I wouldn't have an- --

15         MS. BEASLEY:  -- altering documents or --

16         MR. LAMB:  I wouldn't have any i- -- idea. I

17 wouldn't have any idea of whether they -- they altered

18 documents or not. I -- I -- I wouldn't even want to

19 allege that they are because, you know, some of these

20 people I know and they are really men and women of

21 integrity, as I understand it.

22         And I'm not -- I'm not -- I'm not accusing

Transcript of News Interview

1   them of lacking integrity. I think institutionally,

2   under executive leadership at the CEO level, working

3   its way down to the HR department who directly reported

4   to -- I shouldn't say the department. The head of the

5   HR department who reported to the president and -- and

6   who for a period of, I don't know, eight, 10, 12 years,

7   the LUPD reported directly to -- to her.

8          MS. BEASLEY:  Mm-hmm.

9          MR. LAMB:  I alleged that -- in my lawsuit,

10  that there -- that there -- there -- there was not

11  forthcomingness about these things. In 2021, there

12  wasn't forthcoming. I don't know what happened in 2005

13  and 2015 and all the other years.

14         But in 2021, it has not been forthcoming, I

15  would allege. It wasn't forthcoming to me. I'll just

16  put it that way. And -- and to my knowledge, they

17  haven't talked to any of the victims.

18         MS. BEASLEY:  Baker Tilly?

19         MR. LAMB:  Baker Tilly, the institution. I --

20  I --

21         MS. BEASLEY:  Institution being Liberty?

22         MR. LAMB:  The institution.

Transcript of News Interview

```
 1              MS. BEASLEY:  Like LUPD.

 2              MR. LAMB:  The general counsel.

 3              MS. BEASLEY:  Mm-hmm.

 4              MR. LAMB:  There -- there's no -- there's --

 5   because to talk to them is to begin to open up the

 6   possibility that we -- that the institution did things

 7   wrong in these -- in these situations. And -- and if

 8   you do that then all of a sudden, you know, there's

 9   going to be payouts and -- and settlements and

10   institutional reputation will take a hit.

11              These are all things I alleged. I'm sure I'll

12   get hit with a defamation lawsuit by -- by the -- the

13   counsel. Liberty University has three -- $2.3 billion

14   in the bank. They can afford the best lawyers in the --

15   in the land.

16              I'm just one person. I don't have a staff. I

17   don't have -- I do have -- I have legal counsel, which

18   I'm paying out of pocket, and I'm currently unemployed.

19   If anybody needs their grass cut in the summer, I'm

20   taking -- I'm taking other jobs. Line them up at this

21   point.

22              I've got six kids to feed, four of them who
```

Transcript of News Interview

1   now need tuition. You know, it is what it is on that

2   front. Don't feel sorry for me. I wake up -- I sleep

3   well and I wake up with a clear conscience and that's -

4   - that's priceless.

5          MS. BEASLEY:  Mm-hmm. And, you know, I think -

6   - and as a journalist, you know I have to ask the tough

7   questions which is --

8          MR. LAMB:  That's fine.

9          MS. BEASLEY:  -- what I've been doing.

10         MR. LAMB:  I don't mind. I can [inaudible]

11         MS. BEASLEY:  But I do want to give you a

12   chance to, you know, talk about yourself. You say

13   you're a pastor. What did you do in those three years

14   that you think --

15         MR. LAMB:  Well, I -- I don't actively --

16         MS. BEASLEY:  -- represented that?

17         MR. LAMB:  I'm not actively pastor. I was an

18   ordained

19         MS. BEASLEY:  But you were.

20         MR. LAMB:  Ordained pastor.

21         MS. BEASLEY:  right.

22         MR. LAMB:  Bivocational pastor.

Transcript of News Interview

1        MS. BEASLEY:  Mm-hmm. So, I mean, what did you

2  do in the past three years? What do you do now to push

3  that forward?

4        MR. LAMB:  Well, now I'm on the outside so

5  what I'm doing now is -- is filed a federal lawsuit

6  which essentially states my position and now we're

7  going to go into court. There will be a process of

8  discovery.

9        And so the allegations that I've shown, once

10  we get into the process of discovery, will -- you know,

11  a court of law and a jury will decide whether -- not

12  just whether they retaliate against me, but what were

13  you whistleblowing about?

14        You know, you said you were whistleblowing.

15  What were you whistleblowing about?  And so hopefully

16  that will, you know, through the lawsuit -- I'll let

17  the lawsuit and -- and the -- and -- and the -- the

18  court day, you know, open that up, will expose things

19  that couldn't be exposed otherwise.

20        MS. BEASLEY:  What do you think Liberty

21  University is going to say about you and whether that

22  be leadership --

Transcript of News Interview

1          MR. LAMB:  Yeah.

2          MS. BEASLEY:  -- as well as people who were

3    employees there who you might have worked with,

4    interacted with; what -- what do you think they'll say

5    about you?

6          MR. LAMB:  Well, on the executive level, I

7    would think that they would say that -- that I was a

8    man who always spoke up in the meetings. In a -- in a -

9    - in a meeting of silence, a lot of silence, I always

10   spoke up. I always challenged the person at the head of

11   the table when I thought there was something wrong.

12          I didn't just sing the praises. [inaudible] do

13   that. I was known as that. You know, my executive-level

14   colleagues knew me for that. Now, I do ask, what kind

15   of person -- what's the personality of a person who's

16   willing to challenge Jerry Falwell Sr. and now Jerry

17   Prevo face to face? What's that personality type like?

18          If you -- if you write a novel and you're

19   doing a character sketch, the kind of person who

20   challenges face to face, who shouts into the phone

21   against Jerry Falwell Jr. when he's just tweeted

22   something and you pick up the phone and you call him on

Transcript of News Interview

1    a Saturday night and -- and -- and challenge him

2    directly to the point that he -- he accuses you of not

3    being a man and then takes the tweet down; okay?

4         What kind of personality does that? I had

5    three other executives who would text me and say,

6    you've got to get Jerry to do this. You've got to get

7    Jerry to do that. You've known Jerry for 20 years. Why

8    don't you tell him?

9         MS. BEASLEY:  Mm-hmm.

10        MR. LAMB:  Well, they didn't. What kind of

11   personality is it? Is it kind of bristly kind of

12   person? Sure. Is it a kind of person that's -- maybe in

13   a different context could -- could be considered, you

14   know, tough or bristly, you know? Yeah.

15        MS. BEASLEY:  Well, that was my next question.

16        MR. LAMB:  Yeah. Sure.

17        MS. BEASLEY:  Because some former current

18   employees --

19        MR. LAMB:  I get that.

20        MS. BEASLEY:  -- have called you a bully.

21        MR. LAMB:  Yeah.

22        MS. BEASLEY:  Specifically they say --

Transcript of News Interview

1          MR. LAMB:  Sure.

2          MS. BEASLEY:  -- the term bully.

3          MR. LAMB:  Yeah.

4          MS. BEASLEY:  They say that you used

5     intimidation on them and to the point where some people

6     say that they, again, felt threatened --

7          MR. LAMB:  Sure.

8          MS. BEASLEY:  -- or bullied.

9          MR. LAMB:  Yeah.

10         MS. BEASLEY:  So what do you --

11         MR. LAMB:  What I'd say to that is -- is --

12         MS. BEASLEY:  -- think about that now that

13    you're kind of --

14         MR. LAMB:  Yeah.

15         MS. BEASLEY:  -- in this other position where

16    you might be feeling that way?

17         MR. LAMB:  What I'd say is that most of my --

18    most of my -- most of my career at Liberty University

19    was spent talking to the executive levels and -- and my

20    boss. To the extent that I interacted with people

21    underneath me, I -- I tried, you know, my best to be,

22    you know, non-bristly, non-bully.

Transcript of News Interview

1       You know -- you know, God makes us the way we

2    are. I think that if I've been bristly with people,

3    then, you know, I -- I don't ex- -- excuse myself for

4    that on that level at all. You know, and I -- I -- I

5    would even own up to it.

6       I tried my best to have the -- the people that

7    worked, you know, a few rungs below me just report to

8    the people that were -- were directly over them. You

9    know, I -- I don't fancy myself to be a happy clappy

10   sort of fellow but I always spoke the truth to Jerry

11   Falwell Jr. and Jerry Prevo.

12      And that was my reputation at Liberty

13   University. Doesn't mean that Jerry Falwell Jr.

14   listened to my counsel. Doesn't mean that Jerry Prevo

15   did. I've been in many, many shouting matches with

16   Jerry Falwell Jr.

17      He never fired me though and that says more

18   about him. You know, for whatever else faults he had,

19   he wanted to have at least one person who spoke the

20   truth to him. And that's what I -- that's what I am in

21   my personality.

22      MS. BEASLEY:  And that's another thing. You've

Transcript of News Interview

1   said multiple times that you never lied during your
2   time at Liberty University; do you still stand by that?
3           MR. LAMB:  Yes.
4           MS. BEASLEY:  D- -- did you ever lie on behalf
5   of the university?
6           MR. LAMB:  No. I did not ever lie on behalf of
7   the university. There were times that the press
8   releases came down for me from above and I said, is
9   this fully accurate? And -- and the answer was yes. And
10  the press releases that go out and my name is on it.
11          I would challenge some of the wording at
12  times, like, I don't think this is the right tone.
13  Sometimes, I overruled the tone and -- and got to
14  change the words. Sometimes I didn't, especially as it
15  related to lawsuits.
16          So to the best of my ability to understand the
17  truth on that, on any particular day when a press
18  release went out, because I would always say, I'm --
19  I'm not going to have you all make me a liar about
20  anything. And so that was my -- my ground of operation
21  as the -- the press, the liaison with the press.
22          MS. BEASLEY:  Well, I think we covered most of

Transcript of News Interview

1    it. And I don't know if you have any other e-mails,

2    recordings that could kind of back up some of the

3    things that you're saying.

4              MR. LAMB:  Yes. I -- I do. I need to preserve

5    those for my -- my -- my lawsuit.

6              MS. BEASLEY:  So you can't hand those over to

7    us now? Because that could be --

8              MR. LAMB:  Yeah.

9              MS. BEASLEY:  It could be helpful when you're

10   saying this --

11             MR. LAMB:  My legal coun- --

12             MS. BEASLEY:  -- you have --

13             MR. LAMB:  Yeah. My legal counsel says I need

14   to be very careful at this point. We need to -- to

15   preserve things for the actual lawsuit.

16             MS. BEASLEY:  So any concrete proof of what

17   you're saying is going to have to wait until it comes

18   out in court?

19             MR. LAMB:  I -- I -- I've already spoken with

20   other media outlets and the things that they -- some of

21   those things have been put in their hands. So.

22             MS. BEASLEY:  Mm-hmm. Was there anything else

Transcript of News Interview

1   that you want to add?

2          MR. LAMB:  No. I'm -- I'm glad to have this

3   opportunity. I know that there's a lot of financial --

4   there's a lot of finances at -- at stake. Liberty

5   University takes in $1 billion in federal student loans

6   each year.

7          It's not like the federal government can't

8   stop that. So there's a lot at -- at risk for Liberty

9   University. The local economy benefits from having

10  Liberty University here to the tune of $1.3 billion,

11  $1.5 billion.

12         Were Liberty University to suffer, you know,

13  financially, it would affect the local economy.

14  Innocent people who have jobs and -- and businesses

15  totally unrelated to Liberty University. You know,

16  coffee shops [inaudible] I -- I -- I may not be a

17  popular man for -- for causing financial repercussions

18  by the actions I take.

19         But I always come back down to if it was your

20  daughter or your granddaughter, what would you do if

21  you were in this position? And I think that overrules

22  the concern about the endowment and the finances at

Transcript of News Interview

1    Liberty University. And these are the things I've

2    alleged in my lawsuit and -- and we'll -- we'll go

3    forth from there.

4            MS. BEASLEY: Mm-hmm. Well, I think we covered

5    most of it unless you want to add anything else.

6            MR. LAMB: No. That's it.

7            MS. BEASLEY: Okay. Thank you, Scott.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of News Interview

61

```
 1            CERTIFICATE OF TRANSCRIBER

 2       I, Chris Naaden, a transcriber, hereby declare

 3   under penalty of perjury that to the best of my ability

 4   from the audio recordings and supporting information;

 5   and that I am neither counsel for, related to, nor

 6   employed by any of the parties to this case and have no

 7   interest, financial or otherwise, in its outcome, the

 8   above 60 pages contain a full, true and correct

 9   transcription of the tape-recording that I received

10   regarding the event listed on the caption on page 1.

11

12       I further declare that I have no interest in

13   the event of the action.

14

15   _____

16       November 24, 2021

17       Chris Naaden

18

19   (415224, News interview of Scott Lamb)

20

21

22
```

Transcript of News Interview

**A**

abc
1:6
abc-investigates
1:13
ability
9:8, 11:2,
33:22, 57:16,
61:3
able
44:6
about
2:17, 2:19,
4:14, 4:16,
4:19, 4:20,
5:19, 6:12, 7:1,
7:2, 7:14, 8:3,
8:9, 8:12,
10:10, 11:5,
12:22, 13:2,
14:14, 14:16,
15:4, 15:8,
16:15, 22:9,
26:14, 26:16,
29:16, 29:20,
30:18, 30:20,
31:1, 31:4,
33:20, 34:1,
35:8, 35:13,
37:14, 37:16,
40:11, 40:12,
41:5, 41:6,
44:5, 44:20,
45:7, 45:11,
45:12, 47:16,
49:11, 51:12,
52:13, 52:15,
52:21, 53:5,
55:12, 56:18,
57:19, 59:22
above
57:8, 61:8
absolutely
25:9
accosted
19:6
account
29:9, 29:11

accounts
4:18
accurate
57:9
accurately
17:12
accusation
46:12, 46:13
accusations
20:14, 21:1,
22:14
accusers
1:4
accuses
54:2
accusing
48:9, 48:22
act
11:19, 11:22,
12:16, 13:16,
47:20, 47:21
acting
10:20, 20:9,
24:9
action
61:13
actions
27:3, 27:6,
59:18
active
10:13, 26:19
actively
26:20, 47:22,
51:15, 51:17
activity
26:13, 26:14
actual
58:15
actually
6:17, 9:3, 9:4,
9:5, 9:8, 9:18,
13:6, 14:12,
14:17, 14:21,
16:22, 19:17,
22:21, 33:2,
35:12, 35:16,
38:4, 38:14,
40:1, 40:4,

41:2, 41:19,
43:5, 46:11,
47:13
add
59:1, 60:5
address
25:4, 30:12
addressing
30:21
admitted
7:19, 7:21
affect
59:13
afford
50:14
after
9:16, 21:14,
22:11, 25:18,
26:9, 27:15,
27:21, 32:20
afterward
3:9
again
10:9, 55:6
against
4:15, 23:15,
23:20, 23:21,
24:10, 38:3,
40:21, 40:22,
42:2, 47:7,
52:12, 53:21
ago
9:12, 22:5
air
3:22
all
2:16, 4:18,
5:3, 6:8, 9:2,
14:9, 15:3,
15:21, 16:10,
16:11, 22:3,
24:20, 25:1,
25:11, 28:6,
29:9, 41:2,
41:5, 44:2,
44:22, 45:1,
46:1, 46:11,
47:6, 49:13,

50:8, 50:11,
56:4, 57:19
allegations
5:19, 11:10,
33:19, 37:1,
52:9
allege
15:8, 20:2,
23:20, 24:2,
30:21, 34:19,
43:1, 48:2,
48:19, 49:15
alleged
4:15, 11:15,
24:10, 32:18,
40:22, 49:9,
50:11, 60:2
alleges
47:3
alleging
32:17, 38:2
already
17:4, 34:7,
58:19
also
2:18, 16:6
altered
48:17
altering
48:15
alum
5:4
alumni
23:16, 24:4,
24:12, 25:5
always
3:19, 3:21,
6:19, 9:1,
18:13, 18:20,
18:21, 21:1,
21:4, 21:8,
36:9, 40:18,
53:8, 53:9,
53:10, 56:10,
57:18, 59:19
ambigu
21:9
ambiguity
21:9, 21:11,

Transcript of News Interview

21:14
**ambiguous**
20:15, 20:16,
21:1
**among**
30:14
**analysis**
33:2
**anchorage**
34:15
**anderson**
42:6
**anniversary**
24:4
**another**
12:15, 21:2,
21:3, 21:5,
56:22
**answer**
6:19, 8:22,
20:15, 41:14,
57:9
**any**
7:19, 8:20,
15:6, 30:21,
40:16, 48:16,
48:17, 49:17,
57:17, 58:1,
58:16, 61:6
**anybody**
19:2, 32:2,
33:4, 33:6,
50:19
**anything**
4:12, 4:14,
4:16, 4:19,
18:10, 19:3,
19:5, 25:14,
36:19, 39:7,
44:5, 48:10,
57:20, 58:22,
60:5
**apparently**
34:8, 44:21
**approved**
31:3
**area**
35:5, 35:8,

35:13, 38:12,
38:13, 40:18
**aren't**
26:18
**armor**
9:22
**around**
4:2, 8:12,
20:20
**arrest**
27:20, 27:22
**article**
8:8, 15:19
**asked**
6:17, 8:14,
31:16, 40:13,
45:1, 45:4,
45:6, 45:12,
47:5
**asking**
7:12, 23:3,
27:9, 44:20
**assault**
1:4, 11:15,
12:2, 42:1
**assaults**
12:15, 24:18
**assessment**
29:18
**assume**
11:19
**assumed**
11:14
**assumption**
41:12
**audible**
34:18
**audio**
31:12, 34:10,
61:4
**auditing**
15:20, 20:4,
35:12
**auditors**
35:20
**august**
31:16
**aware**
3:13, 40:16

**awareness**
10:12

**B**

**back**
14:2, 16:8,
18:13, 38:3,
46:10, 46:11,
58:2, 59:19
**backed**
33:1
**bad**
47:2
**bag**
27:20
**baker**
16:7, 16:10,
19:11, 20:5,
21:4, 30:20,
49:18, 49:19
**balance**
11:11, 41:10
**bank**
50:14
**basically**
31:20
**bear**
22:1, 22:7
**bearing**
21:18
**became**
9:16
**because**
4:1, 5:19, 7:9,
11:4, 12:17,
13:21, 14:7,
20:11, 21:21,
25:10, 26:5,
26:7, 27:1,
30:22, 31:1,
34:5, 35:11,
42:21, 48:19,
50:5, 54:17,
57:18, 58:7
**become**
37:11
**beef**
21:16, 22:12

**been**
2:6, 3:10,
3:11, 5:4, 9:20,
10:6, 10:12,
13:12, 13:14,
15:6, 15:7,
15:9, 16:14,
17:10, 19:10,
19:11, 20:7,
22:14, 22:15,
23:13, 25:18,
26:12, 28:6,
29:20, 29:22,
42:17, 44:9,
44:17, 49:14,
51:9, 56:2,
56:15, 58:21
**befitting**
26:7
**before**
3:4, 3:9, 3:10,
8:6, 10:18,
15:11, 32:3
**beg**
11:21
**began**
5:13, 11:21,
12:11, 47:20
**begin**
12:17, 50:5
**behalf**
57:4, 57:6
**being**
8:21, 9:5,
15:10, 22:2,
26:20, 28:20,
34:22, 35:6,
49:21, 54:3
**believe**
18:12, 18:16,
22:17, 22:19,
22:21, 29:8
**below**
56:7
**benefits**
59:9
**best**
50:14, 55:21,

Transcript of News Interview

56:6, 57:16,
61:3
**better**
9:19
**beyond**
38:7, 38:9
**biden**
39:1
**billion**
50:13, 59:5,
59:10, 59:11
**bit**
3:5, 8:8, 30:1
**bivocational**
51:22
**blackmailed**
8:22
**blame**
47:21
**blown**
28:1
**board**
9:6, 23:18,
38:16
**bodies**
41:20
**bodily**
26:20
**body**
31:6
**bones**
41:20
**book**
15:12
**boots**
20:6
**boss**
14:11, 28:10,
55:20
**both**
45:11
**bothered**
16:19, 16:20
**bottom**
11:9, 11:12,
13:19, 14:13,
14:19, 15:5,
15:16, 18:6,

19:18, 20:7,
20:9, 30:17,
44:16, 44:17,
44:18
**boy**
7:3, 16:19
**boys**
5:7, 38:21
**branding**
2:14
**break**
24:16, 24:19,
25:1, 31:12
**breaking**
24:15
**brilliant**
41:11
**bring**
23:11
**bristly**
54:11, 54:14,
56:2
**broke**
8:8, 9:3
**brought**
23:6, 34:8,
35:2
**budget**
38:8
**bullied**
55:8
**bully**
54:20, 55:2
**bumbling**
48:1
**buried**
41:20
**bus**
12:10
**business**
30:2
**businesses**
59:14
**butt**
3:21
**buy**
22:8

**C**

**c) (3**
15:9, 24:11,

35:6, 36:16,
36:17, 36:20,
38:9, 39:5,
39:16, 39:20,
40:5, 41:5
**c) (4**
37:13, 37:22,
39:17
**call**
21:15, 22:12,
24:3, 24:4,
28:4, 34:15,
37:1, 40:4,
44:15, 53:22
**called**
7:3, 9:11,
9:13, 9:14,
10:21, 28:11,
33:16, 40:10,
44:5, 44:12,
54:20
**calls**
14:9, 17:9,
28:10
**came**
5:2, 5:15,
5:17, 6:9, 7:12,
26:11, 29:11,
29:15, 29:22,
30:1, 38:16,
57:8
**campaign**
29:21, 30:13,
39:10
**campaigns**
37:15
**campus**
10:19
**can't**
4:4, 9:14,
11:4, 11:11,
16:4, 16:9,
19:12, 19:17,
24:14, 32:21,
39:10, 47:9,
58:6, 59:7
**cannot**
22:8

**caption**
61:10
**cards**
25:2
**career**
44:13, 55:18
**careful**
36:2, 36:3,
58:14
**careless**
34:22
**case**
11:17, 33:4,
43:6, 61:6
**cases**
32:12, 33:5
**cause**
34:6
**causing**
59:17
**center**
2:22, 35:1,
37:4, 37:19,
38:2, 38:8,
38:20, 38:21,
39:3, 40:4, 47:5
**ceo**
49:2
**certainly**
4:13, 9:20,
9:21, 10:3,
11:12, 20:3,
24:7, 27:11,
30:8
**certificate**
61:1
**challenge**
27:4, 29:17,
53:16, 54:1,
57:11
**challenged**
40:5, 40:6,
53:10
**challenges**
53:20
**chance**
51:12
**change**
18:13, 57:14

Transcript of News Interview

| | | | |
|---|---|---|---|
| character 53:19 | cog 29:6 | 51:3 consequences 29:3 | could 14:21, 18:9, 23:8, 27:8, |
| charged 34:22 | collage 21:21 | conservative 39:14 | 27:21, 28:3, 28:5, 30:10, |
| charges 42:2 | colleagues 4:5, 6:11, | conservatives 37:10 | 37:2, 37:17, 42:15, 42:17, |
| charter 38:8 | 41:15, 53:14 | considered 43:12, 54:13 | 43:11, 54:13, 58:2, 58:7, 58:9 |
| checkbook 11:11, 41:10 | com 1:13 | contact 9:7, 19:10 | couldn't 5:13, 52:19 |
| chris 61:2, 61:17 | come 10:7, 10:8, 23:8, 26:11, | contacted 17:10, 17:16, | coun 58:11 |
| christian 1:22, 5:1, | 26:12, 26:15, 46:21, 47:17, | 19:11 contain | counsel 13:1, 16:5, |
| 23:21, 29:8 | 59:19 | 61:8 | 18:22, 20:12, 29:19, 30:7, |
| claims 18:4 | comes 58:17 | contention 33:18 | 30:8, 30:9, 31:1, 31:4, |
| clappy 56:9 | coming 9:18, 9:21, | contentious 33:17, 40:7 | 31:19, 45:20, 50:2, 50:13, |
| clarify 33:3, 33:4 | 17:14, 17:15, 25:10, 26:5, | context 54:13 | 50:17, 56:14, 58:13, 61:5 |
| class 5:8 | 26:7, 26:8, 27:1, 27:7, | control 23:19, 24:5, | counsels 31:17 |
| clean 9:22 | 47:1, 47:3 comms | 26:3 conversation | couple 9:13 |
| cleaned 10:2, 10:6 | 12:18, 15:11, 15:16, 17:8, | 33:20, 40:10, 45:9 | course 7:3, 9:1, 21:7 |
| clear 37:9, 51:3 | 17:10, 20:17, 20:21, 46:19 | conversations 12:20, 12:22, | court 52:7, 52:11, |
| clearly 14:1, 38:5, | communication 2:8 | 14:4, 15:3, 15:4, 15:14, | 52:18, 58:18 cover |
| 38:7 | communications 2:5, 2:11 | 29:15 convo | 41:13 cover's |
| clery 11:18, 11:22, | company 15:20, 20:4 | 29:17, 31:6, 33:11 | 28:1 cover-up |
| 12:4, 12:16, 13:16, 47:20, | compensated 41:18 | copies 47:5, 47:9 | 11:16 covered |
| 47:21 | concern 11:10, 59:22 | copy 47:6, 47:15, | 10:12, 57:22, 60:4 |
| closed 16:12 | concerned 14:13, 14:14, | 47:16 correct | covering 48:1 |
| coach 19:7 | 14:16, 14:17 | 18:11, 39:10, 42:6, 61:8 | coverup 15:6 |
| coats 5:7 | concrete 58:16 | corrupt 7:16, 25:12 | create 37:22 |
| cocaine 27:21 | confirmed 42:18 | corruption 41:13 | credible 42:1 |
| code 45:4, 45:13 | conscience 21:17, 24:20, | | |
| coffee 59:16 | | | |

Transcript of News Interview

**criminal**
4:13, 10:10,
26:13, 26:14,
26:19
**critics**
10:7
**crossed**
35:6, 35:14,
36:6, 36:7,
40:1, 48:13
**current**
54:17
**currently**
26:13, 26:18,
50:18
**curve**
3:11
**cut**
50:19
**cynthia**
1:9

**D**

**d**
57:4
**dad**
7:4
**damages**
27:10, 27:15
**daughter**
13:12, 48:8,
59:20
**dawning**
15:1
**day**
3:19, 7:22,
24:21, 24:22,
25:1, 28:12,
28:14, 29:10,
33:21, 34:2,
40:12, 40:13,
47:10, 52:18,
57:17
**days**
30:2
**deals**
11:13
**dean**
19:7

**decide**
52:11
**decision**
27:16
**declaration**
32:20
**declare**
61:2, 61:12
**deep-rooted**
4:17
**defamation**
50:12
**denhollander**
14:8, 21:6
**denied**
40:8
**department**
2:16, 3:2,
49:3, 49:4, 49:5
**deputy**
31:17
**deserves**
46:20
**desire**
43:3
**despite**
19:12, 19:16
**details**
11:6
**developing**
13:22
**differ**
40:2
**different**
5:9, 12:6,
17:2, 33:9,
54:13
**directly**
12:20, 12:22,
49:3, 49:7,
54:2, 56:8
**discernment**
3:15
**discover**
3:12
**discovery**
52:8, 52:10
**discretion**
3:16, 4:22

**discuss**
5:13, 34:9
**discussed**
4:8
**division**
2:15
**documentary**
34:9
**documents**
43:10, 43:11,
44:22, 45:2,
45:5, 45:6,
45:7, 45:8,
45:11, 45:21,
46:1, 46:14,
48:12, 48:15,
48:18
**doe**
42:8, 43:21,
44:4
**doing**
6:13, 7:13,
14:19, 22:8,
28:21, 34:11,
34:13, 34:16,
34:21, 51:9,
52:5, 53:19
**dollars**
14:14, 43:3,
43:5
**done**
10:14, 24:18
**doners**
23:17
**door**
44:14
**down**
17:5, 35:9,
35:10, 49:3,
54:3, 57:8,
59:19
**dragged**
13:9, 13:10,
13:14
**drug**
27:19, 27:20
**dumbstruck**
47:18

**during**
2:19, 23:10,
46:4, 57:1

**E**

**e**
16:5, 32:22
**e-mail**
16:8, 31:2,
32:19, 34:17,
45:19, 45:20
**e-mailed**
18:17
**e-mails**
17:9, 58:1
**each**
59:6
**earlier**
10:7, 10:8,
10:9, 23:8,
28:22
**early**
16:18, 29:12,
41:22
**economy**
59:9, 59:13
**effect**
48:7
**eight**
49:6
**either**
26:5, 27:1,
43:3
**elaborate**
30:5
**elected**
37:5, 38:14
**election**
38:22
**elections**
37:15, 37:16
**else**
4:1, 56:18,
58:22, 60:5
**empathy**
30:15
**emphasis**
40:3

Transcript of News Interview

67

| | | | |
|---|---|---|---|
| employed | eventually | 47:19 | 9:7, 53:16, |
| 61:6 | 2:20 | expert | 53:21, 56:11, |
| employees | ever | 36:18 | 56:13, 56:16 |
| 53:3, 54:18 | 13:19, 40:8, | experts | fancy |
| en | 40:17, 44:13, | 36:20, 39:20 | 56:9 |
| 24:16 | 48:13, 57:4, | explain | fantastic |
| end | 57:6 | 2:12 | 34:16 |
| 3:13, 8:2 | everybody | explained | faults |
| ended | 4:1, 42:11, | 46:3 | 56:18 |
| 9:7 | 42:12, 42:13 | explanation | february |
| endowment | everything | 13:5 | 16:18 |
| 14:15, 59:22 | 3:8, 5:15, | expose | federal |
| engaged | 9:16, 11:1, | 52:18 | 11:19, 52:5, |
| 26:13 | 34:12 | exposed | 59:5, 59:7 |
| engagement | evidence | 52:19 | feed |
| 2:5, 3:1 | 34:10 | exposing | 50:22 |
| enough | ex | 14:9 | feeds |
| 17:5, 17:18, | 56:3 | extending | 43:5 |
| 17:22 | exactly | 28:21 | feel |
| era | 3:7, 3:14, 20:2 | extent | 47:12, 51:2 |
| 5:11 | examine | 43:10, 55:20 | feeling |
| escalate | 33:5 | external | 55:16 |
| 43:20 | example | 29:19, 30:7, | fellow |
| escalated | 15:18 | 31:1, 31:4, | 36:11, 56:10 |
| 9:4, 40:10 | exclusive | 31:7, 32:19, | felt |
| especially | 32:5 | 33:1, 33:3 | 55:6 |
| 57:14 | excuse | **F** | few |
| essentially | 56:3 | f | 56:7 |
| 52:6 | executive | 34:8 | fiduciary |
| estate | 5:14, 23:18, | face | 24:8 |
| 11:13, 19:6 | 26:8, 32:21, | 53:17, 53:20 | file |
| evangelical | 41:21, 49:2, | facing | 47:14 |
| 5:1 | 53:6, 55:19 | 29:3, 42:10 | filed |
| even | executive-level | fact | 52:5 |
| 5:4, 8:10, | 53:13 | 13:19, 16:21, | fill |
| 10:18, 11:11, | executives | 35:14 | 46:22 |
| 13:15, 17:22, | 5:14, 16:19, | facts | finances |
| 21:14, 22:11, | 17:3, 17:17, | 44:6 | 59:4, 59:22 |
| 22:21, 24:1, | 20:10, 41:15, | falkirk | financial |
| 26:18, 27:4, | 45:10, 54:5 | 2:21 | 4:16, 4:17, |
| 29:19, 32:22, | exert | fall | 27:8, 27:12, |
| 35:6, 35:11, | 24:7 | 25:2, 38:15, | 31:15, 59:3, |
| 39:19, 39:22, | existence | 38:16 | 59:17, 61:7 |
| 41:9, 44:21, | 45:7 | falls | financially |
| 48:18, 56:5 | expect | 43:13 | 59:13 |
| event | 6:20 | falwell | find |
| 12:9, 44:10, | experience | 2:21, 5:17, | 14:17, 32:13 |
| 61:10, 61:13 | 9:19, 47:2, | | fine |
| | | | 5:10, 30:11, |

Transcript of News Interview

| | | | |
|---|---|---|---|
| 38:12, 51:8 | former | 16:22, 17:9, | 47:4, 50:9, |
| **fire-able** | 1:3, 1:13, | 22:5, 25:8, | 52:7, 52:21, |
| 33:15 | 54:17 | 29:2, 37:4 | 57:19, 58:17 |
| **fired** | **forth** | **give** | **gone** |
| 21:14, 22:5, | 60:3 | 29:9, 29:10, | 17:4, 17:18, |
| 22:11, 23:9, | **forthcoming** | 37:2, 47:6, | 17:21, 26:17, |
| 25:18, 26:6, | 48:12, 49:12, | 47:8, 51:11 | 28:4, 28:5 |
| 28:6, 29:2, | 49:14, 49:15 | **given** | **good** |
| 34:6, 40:14, | **forthcomingness** | 13:5, 18:20, | 4:6, 8:18, |
| 56:17 | 49:11 | 18:21, 31:5, | 34:21 |
| **firm** | **forward** | 33:13 | **gop** |
| 1:3, 20:5, | 17:7, 23:8, | **giving** | 36:13 |
| 30:16, 30:19, | 29:7, 52:3 | 15:17 | **gospel** |
| 31:7, 31:9, | **found** | **glad** | 5:2 |
| 31:10, 31:22, | 43:17 | 59:2 | **gossip** |
| 32:20, 33:1, | **four** | **glen** | 42:13 |
| 33:4, 35:16, | 21:20, 50:22 | 38:14 | **gotten** |
| 35:17 | **freedom** | **go** | 11:3, 23:9, |
| **firm's** | 35:1, 36:4 | 4:11, 9:14, | 44:2, 44:17 |
| 32:9 | **front** | 11:1, 12:15, | **government** |
| **first** | 17:2, 31:6, | 18:13, 28:8, | 59:7 |
| 3:16, 16:10, | 51:2 | 28:9, 28:12, | **grabbed** |
| 38:16, 44:11 | **frustration** | 28:13, 41:13, | 13:7 |
| **fit** | 15:1 | 52:7, 57:10, | **granddaughter** |
| 2:22 | **fuddy-duddy** | 60:2 | 59:20 |
| **five** | 7:9 | **god** | **grass** |
| 2:17, 9:11, | **full** | 17:6, 23:6, | 50:19 |
| 45:10 | 61:8 | 29:10, 29:11, | **gray** |
| **fix** | **fully** | 56:1 | 35:5, 35:7, |
| 18:9 | 57:9 | **goes** | 35:13, 38:12, |
| **floating** | **funds** | 8:16, 8:17, | 38:13, 40:18 |
| 8:16 | 41:4 | 37:17, 40:5 | **great** |
| **flow** | **further** | **going** | 26:2, 33:2, |
| 27:6 | 61:12 | 7:8, 11:9, | 41:16 |
| **focus** | | 11:14, 12:5, | **grew** |
| 37:4 | **G** | 16:16, 19:8, | 40:6 |
| **foia** | **gain** | 21:17, 21:22, | **gross** |
| 43:13 | 27:7, 27:8, | 22:4, 23:11, | 26:19 |
| **follow** | 27:12 | 23:14, 26:10, | **ground** |
| 43:16 | **general** | 26:18, 27:3, | 20:6, 57:20 |
| **following** | 12:22, 16:4, | 27:4, 27:21, | **group** |
| 33:16 | 20:12, 30:7, | 29:12, 29:16, | 14:12, 21:2, |
| **force** | 30:8, 31:19, | 29:22, 30:9, | 21:3, 21:5, |
| 46:18, 47:17 | 45:20, 50:2 | 31:18, 33:10, | 37:11, 37:13 |
| **form** | **genitals** | 34:2, 34:12, | **growing** |
| 34:17, 34:18, | 8:12 | 35:8, 36:11, | 10:11 |
| 39:17, 47:5, | **getting** | 36:12, 38:5, | **guess** |
| 47:6 | 13:18, 15:4, | 41:12, 43:7, | 27:16, 28:15, |

Transcript of News Interview

69

| | | | |
|---|---|---|---|
| 28:18, 45:19 | head | 20:5, 21:6, | inappropriate |
| **guilty** | 5:15, 29:15, | 30:16, 31:7, | 5:22, 28:17 |
| 24:20 | 29:22, 30:1, | 31:9, 31:10 | **including** |
| **guy** | 49:4, 53:10 | **hit** | 34:10 |
| 12:18, 15:11, | **hear** | 6:19, 6:20, | **incredible** |
| 15:17, 16:10, | 12:20, 22:6, | 6:21, 50:10, | 34:13 |
| 17:8, 17:10, | 23:7, 35:11 | 50:12 | **independent** |
| 20:22, 28:2 | **heard** | **honest** | 10:22, 11:8 |
| **guys** | 6:6, 12:21, | 4:6, 43:6 | **information** |
| 12:11, 34:13, | 23:7, 28:4, | **honestly** | 15:17, 61:4 |
| 36:1 | 42:16 | 24:1 | **ingrown** |
| **gymnastics** | **hearing** | **hopefully** | 4:2 |
| 14:9 | 12:17, 14:3, | 52:15 | **injured** |
| **H** | 16:11, 19:3, | **hoping** | 26:20 |
| **ha** | 42:15 | 11:16, 11:17 | **innocent** |
| 38:16 | **heck** | **hostile** | 59:14 |
| **hancock** | 43:9 | 44:10, 44:12 | **insensitive** |
| 47:4 | **held** | **hour** | 30:15 |
| **hand** | 47:15 | 5:3 | **inside** |
| 58:6 | **help** | **house** | 4:11 |
| **handed** | 9:22, 38:14, | 9:22, 10:1, | **insider** |
| 47:10, 47:11 | 44:6, 46:9, | 10:5, 25:2 | 11:5 |
| **hands** | 46:14, 48:5 | **hr** | **instead** |
| 29:14, 58:21 | **helpful** | 49:3, 49:5 | 28:16 |
| **handshake** | 58:9 | **https** | **institution** |
| 45:14, 45:21 | **helping** | 1:13 | 31:13, 46:18, |
| **happen** | 36:13 | **humanly** | 49:19, 49:21, |
| 28:7, 29:12 | **here** | 14:18 | 49:22, 50:6 |
| **happened** | 4:2, 5:2, 5:6, | **husband** | **institutional** |
| 14:18, 18:7, | 10:20, 10:21, | 8:18 | 50:10 |
| 24:19, 33:6, | 14:7, 15:7, | **I** | **institutionally** |
| 44:7, 44:10, | 20:19, 22:2, | **idea** | 49:1 |
| 46:4, 46:5, | 23:6, 23:13, | 48:16, 48:17 | **integrity** |
| 46:7, 46:10, | 26:3, 33:5, | **illegal** | 20:12, 41:16, |
| 49:12 | 33:7, 33:15, | 41:1, 42:17, | 48:21, 49:1 |
| **happening** | 38:11, 44:9, | 42:18 | **interact** |
| 10:16, 40:17, | 46:8, 47:22, | **illegally** | 9:8 |
| 42:18, 43:18 | 59:10 | 24:18 | **interacted** |
| **happens** | **here's** | **imagine** | 9:9, 53:4, |
| 12:2, 12:7, | 22:11 | 3:11 | 55:20 |
| 12:9 | **hereby** | **immediately** | **interest** |
| **happy** | 61:2 | 10:21, 11:4 | 61:7, 61:12 |
| 56:9 | **high** | **immoralities** | **internal** |
| **harassment** | 41:21, 41:22, | 4:15 | 15:2, 15:4, |
| 42:2 | 42:9 | **implying** | 27:18, 35:12, |
| **harmed** | **highly** | 44:17 | 35:18, 35:20, |
| 33:6 | 41:1 | **important** | 39:2 |
| | **hired** | 25:3 | **internally** |
| | 2:6, 5:5, 20:4, | | 10:6, 15:7, |

Transcript of News Interview

| | | | |
|---|---|---|---|
| 15:10, 23:2, 25:19, 26:7, 26:8, 26:11 | **jail** 41:13 | **keeper** 7:6 | **lacked** 4:22, 30:14 |
| **interview** 1:4, 61:19 | **jane** 42:8, 43:9, 43:21, 44:4 | **keith** 42:6 | **lacking** 49:1 |
| **interview-sexual--assault-accuser-s-jane-doe-scott** 1:15 | **jerry** 2:20, 3:9, 3:16, 5:17, 9:7, 9:17, 28:4, 53:16, 53:21, 54:6, 54:7, 56:10, 56:11, 56:13, 56:14, 56:16 | **kentucky** 12:9, 12:13 | **lamb-title-ix-la-wsuit** 1:16 |
| **interviewed** 16:13, 16:14 | | **kids** 41:18, 50:22 | **land** 41:3, 50:15 |
| **interviewee** 1:10 | | **kind** 2:10, 2:11, 2:22, 3:4, 3:5, 4:18, 6:9, 6:17, 6:18, 7:9, 8:1, 8:8, 15:12, 23:1, 25:10, 26:22, 28:17, 35:13, 38:11, 54:4, 54:10, 54:11, 54:12, 55:13, 58:2 | **language** 45:13, 45:21 |
| **interviewer** 1:9 | | | **last** 1:18, 9:14, 9:15, 23:10, 38:16, 39:20, 47:19 |
| **interviewing** 20:6 | **jerry's** 10:18 | | **late** 16:20, 29:11 |
| **intimidation** 55:5 | **jet** 41:6 | | **later** 30:2 |
| **investigate** 32:13 | **job** 1:20, 32:9, 34:9, 34:12, 34:13, 34:17, 34:21 | **kinds** 6:8, 7:2, 41:8 | **law** 12:1, 12:12, 12:13, 14:11, 20:5, 30:16, 30:19, 31:7, 31:9, 31:10, 31:22, 32:9, 32:19, 33:1, 33:3, 47:7, 52:11 |
| **investigated** 42:22, 43:2 | | **kingpin** 27:22 | |
| **investigation** 10:22, 11:8, 16:21, 17:4, 20:4, 20:21 | **jobs** 50:20, 59:14 | **kiss** 3:21 | |
| **investigation's** 17:18 | **joke** 7:7 | **knew** 4:14, 6:11, 26:14, 53:14 | |
| **investigative** 1:3 | **journalist** 13:2, 13:5, 43:20, 43:22, 44:20, 45:18, 51:6 | **knight** 9:21 | |
| **investigators** 18:3 | | **knowing** 7:3, 8:3, 22:1 | **laws** 41:3, 43:13 |
| **involved** 2:14 | **journalists** 2:17, 7:7 | **knowledge** 11:21, 19:9, 49:16 | **lawsuit** 3:3, 20:3, 22:19, 24:10, 27:10, 31:2, 31:18, 33:8, 37:2, 38:2, 40:22, 42:4, 42:7, 42:8, 49:9, 50:12, 52:5, 52:16, 52:17, 58:5, 58:15, 60:2 |
| **issue** 29:7, 32:15, 35:3 | **jr** 3:9, 3:16, 5:17, 53:21, 56:11, 56:13, 56:16 | **known** 2:21, 10:10, 10:15, 13:15, 53:13, 54:7 | |
| **issues** 2:19 | **jubilee** 14:20 | **knows** 42:11, 42:12, 42:13 | |
| **ix** 15:8, 15:21, 16:12, 20:13, 22:14, 29:21 | **july** 34:11, 36:22, 38:4, 40:4 | | |
| | **jury** 52:11 | | |
| **J** | | **L** | **lawsuits** 57:15 |
| **jackets** 5:8 | **K** | **lack** 3:15 | **lawyer** 16:6, 38:6, |
| | **keep** 33:22, 34:12 | | |

Transcript of News Interview

71

| | | | |
|---|---|---|---|
| 41:2 | liar | listed | 59:3, 59:4, 59:8 |
| lawyers | 15:17, 40:10, | 61:10 | louder |
| 12:5, 50:14 | 57:19 | listen | 27:3 |
| leader | liberal | 46:4 | love |
| 42:10 | 6:20 | listened | 23:14 |
| leadership | liberty | 56:14 | lupd |
| 5:15, 23:18, | 1:3, 2:3, 4:21, | listens | 43:13, 45:10, |
| 24:9, 32:21, | 5:4, 5:5, 5:9, | 17:11 | 46:21, 47:1, |
| 49:2, 52:22 | 6:3, 12:10, | literally | 47:2, 47:3, |
| learned | 12:14, 13:6, | 3:20, 45:9 | 47:17, 49:7, |
| 5:10 | 13:7, 13:13, | literary | 50:1 |
| learning | 13:21, 14:1, | 2:6 | lying |
| 3:11 | 23:14, 23:15, | litigate | 40:11, 40:12 |
| least | 23:16, 24:5, | 31:10 | lynchburg |
| 56:19 | 31:17, 34:1, | litigates | 1:8, 5:5 |
| leave | 39:14, 49:21, | 31:14 | **M** |
| 9:6, 20:11 | 50:13, 52:20, | little | made |
| leaving | 55:18, 56:12, | 3:5, 8:8, | 14:21, 27:16, |
| 21:11 | 57:2, 59:4, | 18:14, 30:1 | 28:3, 32:20 |
| left | 59:8, 59:10, | live | mail |
| 6:20 | 59:12, 59:15, | 21:18, 24:19, | 16:6 |
| leftist | 60:1 | 24:20 | main |
| 7:16 | liberty-universi- | loans | 11:10, 37:3, |
| legal | ty-vp-investigat- | 59:5 | 40:3 |
| 18:22, 36:7, | ive-firm-did-not | local | make |
| 39:20, 40:16, | 1:14 | 16:6, 20:5, | 15:16, 23:18, |
| 50:17, 58:11, | lie | 59:9, 59:13 | 27:20, 47:9, |
| 58:13 | 16:15, 21:10, | long | 57:19 |
| legally | 29:22, 57:4, | 15:7, 17:4, | makes |
| 39:9 | 57:6 | 17:18, 17:21 | 25:21, 27:22, |
| legitimacy | lied | look | 56:1 |
| 6:18 | 57:1 | 5:13, 10:8, | making |
| legitimate | lies | 11:1, 30:16, | 46:12, 46:13 |
| 3:14 | 29:17, 30:4 | 31:7, 31:9, | man |
| lessen | life | 36:20, 39:20, | 30:10, 53:8, |
| 31:15 | 8:9, 13:18, | 40:2, 41:11, | 54:3, 59:17 |
| let's | 21:18, 21:22 | 44:3, 45:18 | mandatorily |
| 33:3 | light | looked | 26:21 |
| letter | 5:17, 6:9 | 22:15 | mandatory |
| 11:22, 12:12 | line | looking | 10:13, 26:15 |
| level | 30:16, 35:6, | 15:21, 16:12, | many |
| 41:15, 41:21, | 35:14, 36:7, | 18:3, 20:13, | 24:13, 31:20, |
| 42:10, 49:2, | 39:15, 39:17, | 20:17, 20:22, | 56:15 |
| 53:6, 56:4 | 39:18, 39:22, | 21:3, 21:5, | march |
| levels | 40:1, 48:13, | 21:22, 26:5, | 16:18, 16:20, |
| 55:19 | 50:20 | 36:19 | 17:19 |
| liaison | lips | lot | marketing |
| 2:8, 57:21 | 22:9 | 9:19, 53:9, | 2:14 |

Transcript of News Interview

| | | | |
|---|---|---|---|
| masse | meme | mom | nameless |
| 24:16 | 38:11 | 7:5 | 20:11 |
| matches | memes | moment | narrative |
| 56:15 | 34:22, 35:4, | 10:17 | 26:3, 27:2, |
| matter | 36:9, 39:21 | monday | 27:5 |
| 26:10, 35:15 | men | 33:16, 38:10 | nature |
| maybe | 41:15, 48:20 | money | 4:13, 13:4 |
| 5:6, 8:17, | mentioned | 17:6, 31:15, | nda |
| 9:20, 21:2, | 42:3, 42:7, | 43:6 | 21:19, 24:14, |
| 23:8, 35:6, | 42:8 | month | 24:15, 24:16, |
| 37:22, 54:12 | might | 3:16 | 24:17 |
| mean | 8:18, 11:6, | months | need |
| 2:9, 6:22, | 28:19, 28:20, | 9:11, 23:12, | 17:5, 17:6, |
| 8:11, 8:18, | 53:3, 55:16 | 27:7, 29:13 | 24:12, 36:1, |
| 11:10, 12:3, | mike | moral | 36:2, 37:22, |
| 12:4, 17:21, | 36:10 | 15:15, 21:17 | 45:15, 51:1, |
| 20:19, 25:4, | mind | morally | 58:4, 58:13, |
| 26:22, 29:5, | 9:13, 51:10 | 25:12 | 58:14 |
| 36:7, 36:8, | minute | more | needed |
| 37:8, 37:21, | 44:14 | 7:4, 7:5, 22:6, | 10:1, 10:5, |
| 39:2, 40:15, | minutes | 24:7, 36:2, | 47:13 |
| 41:1, 42:11, | 9:13, 13:1, | 39:16, 45:1, | needs |
| 43:17, 44:16, | 37:3 | 56:17 | 33:4, 45:18, |
| 46:6, 52:1, | mirror | most | 46:10, 46:15, |
| 56:13, 56:14 | 22:1 | 22:17, 35:7, | 50:19 |
| meaning | misrepresent | 44:9, 44:10, | neither |
| 37:6 | 11:20 | 44:12, 55:17, | 61:5 |
| media | mission | 55:18, 57:22, | nepotism |
| 2:8, 7:16, | 23:21, 23:22, | 60:5 | 26:19, 26:22, |
| 11:3, 11:5, | 24:10, 24:11, | move | 41:4 |
| 15:11, 22:5, | 40:21, 40:22 | 17:7 | never |
| 26:12, 28:4, | mistakes | moved | 4:14, 5:4, 6:6, |
| 28:6, 28:8, | 14:21 | 2:7 | 7:17, 7:21, |
| 28:9, 28:12, | misuse | much | 8:13, 17:15, |
| 28:13, 58:20 | 41:4 | 12:21, 14:18, | 25:14, 30:10, |
| meet | mitigate | 28:2 | 32:2, 34:1, |
| 47:4 | 31:10, 33:7 | multiple | 56:17, 57:1 |
| meeting | mm-hmm | 57:1 | new |
| 26:8, 26:9, | 13:11, 17:20, | myself | 5:10, 20:19 |
| 33:16, 34:9, | 22:22, 40:15, | 56:3, 56:9 | news |
| 35:2, 38:10, | 43:7, 43:14, | N | 1:6, 1:13, |
| 40:6, 44:11, | 44:8, 49:8, | | 2:16, 18:19, |
| 44:12, 44:15, | 50:3, 51:5, | naaden | 61:19 |
| 45:22, 46:17, | 52:1, 54:9, | 1:22, 61:2, | newspaper |
| 53:9 | 58:22, 60:4 | 61:17 | 2:18 |
| meetings | modify | name | next |
| 53:8 | 18:14 | 57:10 | 29:12, 33:21, |
| member | mole | named | 34:2, 40:12, |
| 41:22 | 20:21 | 37:12 | |

Transcript of News Interview

| | | | |
|---|---|---|---|
| 40:13, 54:15 | 16:17, 27:15, | 5:14, 6:11, | overruled |
| **night** | 35:19, 35:22, | 30:14, 31:14, | 57:13 |
| 45:17, 54:1 | 38:12, 46:3, | 36:20, 49:13, | **overrules** |
| **nine** | 54:3, 60:7 | 50:20, 54:5, | 59:21 |
| 23:12 | **old-time** | 55:15, 58:1, | **oversaw** |
| **nobody** | 5:2 | 58:20 | 2:15, 2:18 |
| 14:2 | **once** | **others** | **oversee** |
| **non-bristly** | 5:12, 15:14, | 37:11 | 39:3 |
| 55:22 | 52:9 | **otherwise** | **own** |
| **non-bully** | **one** | 15:16, 52:19, | 13:21, 30:10, |
| 55:22 | 12:14, 13:2, | 61:7 | 35:21, 43:10, |
| **nondisclosure** | 15:18, 27:15, | **ourselves** | 56:5 |
| 21:19 | 29:10, 30:16, | 29:9 | **owned** |
| **nothing** | 31:16, 34:21, | **out** | 12:10, 13:20 |
| 27:7 | 37:12, 43:8, | 2:16, 4:18, | **P** |
| **novel** | 47:6, 47:8, | 8:16, 9:15, | **page** |
| 53:18 | 47:11, 47:15, | 10:7, 10:8, | 61:10 |
| **november** | 47:16, 50:16, | 10:9, 14:17, | **pages** |
| 1:18, 38:21, | 56:19 | 16:2, 17:14, | 1:21, 61:8 |
| 38:22, 39:4, | **ones** | 18:10, 18:16, | **paid** |
| 61:16 | 22:19, 23:19, | 18:19, 19:1, | 21:21 |
| **O** | 45:1, 45:15 | 19:13, 19:21, | **painful** |
| **obligation** | **only** | 21:12, 23:4, | 48:4, 48:5 |
| 15:15 | 3:10, 47:5, | 23:11, 26:5, | **painted** |
| **oblivious** | 47:8 | 26:7, 26:8, | 23:3 |
| 9:20 | **open** | 26:11, 26:12, | **part** |
| **obviously** | 8:8, 19:3, | 26:15, 26:22, | 3:1, 12:19, |
| 5:16 | 50:5, 52:18 | 27:1, 29:11, | 15:6, 18:18, |
| **october** | **operates** | 29:14, 31:21, | 28:20 |
| 1:11 | 2:19 | 32:12, 33:18, | **particular** |
| **off-campus** | **operation** | 35:1, 36:4, | 57:17 |
| 12:3, 13:15 | 57:20 | 43:17, 43:21, | **parties** |
| **offense** | **opinion** | 46:22, 47:6, | 61:6 |
| 33:16 | 38:5, 38:7 | 47:7, 47:8, | **party** |
| **offered** | **opinions** | 50:18, 57:10, | 14:10 |
| 33:21 | 12:6 | 57:18, 58:18 | **past** |
| **officer** | **opportun** | **outcome** | 5:13, 40:5, |
| 27:20 | 27:17 | 61:7 | 52:2 |
| **offshore** | **opportunist** | **outlets** | **pastor** |
| 4:17 | 25:21, 27:2, | 58:20 | 51:13, 51:17, |
| **oh** | 27:18 | **outside** | 51:20, 51:22 |
| 10:3, 17:3, | **opportunity** | 2:10, 9:18, | **patriarchal** |
| 19:2, 32:16, | 59:3 | 15:20, 46:17, | 30:15 |
| 35:19, 37:9, | **ordained** | 52:4 | **pay** |
| 37:17 | 51:18, 51:20 | **over** | 41:7 |
| **okay** | **order** | 5:3, 16:11, | **paying** |
| 2:2, 4:4, 8:14, | 23:7 | 37:19, 56:8, | 50:18 |
| | **other** | 58:6 | |
| | 3:20, 4:5, | | |

Transcript of News Interview

| | | | |
|---|---|---|---|
| **payout** 31:15 | 54:4, 54:11, 56:21 | **political** 8:7, 15:19 | **press** 2:11, 4:11, |
| **payouts** 50:9 | **personally** 26:14 | **politically** 39:15 | 4:19, 10:8, 18:19, 18:20, |
| **payroll** 41:7 | **phone** 8:17, 17:9, | **politico** 39:19 | 57:7, 57:10, 57:17, 57:21 |
| **peer** 23:1 | 34:15, 37:1, 40:4, 53:20, | **pompeo** 36:10 | **pressure** 23:1, 24:8, |
| **penalty** 61:3 | 53:22 | **popular** 59:17 | 39:2 |
| **people** 2:10, 4:6, 6:3, | **photos** 5:22, 8:15 | **portion** 48:3 | **pretty** 20:18 |
| 7:14, 17:9, 17:12, 17:14, | **phrase** 42:12 | **position** 2:7, 2:10, | **previously** 44:1 |
| 23:16, 23:17, 24:13, 24:15, | **pick** 24:22, 25:1, | 15:10, 52:6, 55:15, 59:21 | **prevo** 9:17, 10:20, |
| 25:20, 26:9, 26:13, 28:20, | 53:22 | **possibility** 50:6 | 10:21, 20:10, 30:9, 38:19, |
| 36:12, 37:4, 37:6, 37:7, | **picture** 8:18 | **possible** 14:18 | 53:17, 56:11, 56:14 |
| 37:10, 38:10, 38:14, 41:11, | **pieces** 6:14, 6:20, | **possibly** 27:8 | **priceless** 51:4 |
| 44:5, 48:20, 53:2, 55:5, | 6:21 | **potentially** 27:13, 29:3 | **privacy** 47:13 |
| 55:20, 56:2, 56:6, 56:8, | **pile** 47:14 | **pr** 16:10 | **privately** 24:13, 28:10 |
| 59:14 | **place** 5:3, 16:11, | **praises** 53:12 | **problem** 17:3, 17:18, |
| **perception** 20:6, 20:8 | 23:6 | **premier** 37:11 | 28:21 |
| **performance** 34:9 | **plaintiffs** 31:14 | **prepared** 30:12 | **problems** 19:4 |
| **perhaps** 6:11 | **playing** 12:12, 14:6 | **present** 10:17 | **process** 46:15, 52:7, |
| **period** 49:6 | **pleaded** 48:5 | **preserve** 58:4, 58:15 | 52:10 |
| **perjury** 61:3 | **pleading** 24:15 | **president** 2:5, 2:20, | **produces** 30:7 |
| **perpetrators** 13:14 | **pocket** 50:18 | 4:22, 5:1, 10:20, 10:21, | **professional** 44:13 |
| **person** 3:17, 46:9, | **point** 11:7, 14:5, | 20:10, 20:17, 21:15, 22:12, | **professor** 19:7 |
| 46:14, 46:20, 50:16, 53:10, | 27:17, 27:19, 28:19, 36:2, | 30:9, 33:10, 34:10, 34:14, | **projects** 2:6, 15:12 |
| 53:15, 53:19, 54:12, 56:19 | 36:18, 36:22, 39:21, 40:2, | 35:9, 35:10, 37:3, 37:19, | **proof** 37:2, 40:11, |
| **person's** 37:12 | 50:21, 54:2, 55:5, 58:14 | 38:3, 40:3, 46:19, 49:5 | 58:16 |
| **personality** 53:15, 53:17, | **police** 43:10 | | **property** 13:6, 13:8, |
| | **policy** 47:8, 47:16 | | 13:13, 13:21, 14:1 |

Transcript of News Interview

| | | | |
|---|---|---|---|
| **protect** 13:16, 43:3 | **raped** 13:3 | **referring** 18:2, 42:8 | **response** 15:18, 17:2, 29:6, 43:17 |
| **public** 2:5, 2:22, 42:10, 43:12 | **reached** 43:21 | **regarding** 61:10 | **responsibility** 24:9 |
| **pulled** 33:18 | **read** 22:20, 22:21, 30:11, 47:12, 47:13 | **regulations** 41:6 | **rest** 13:18, 21:18, 21:22 |
| **punitive** 27:9, 27:15 | **reading** 19:2 | **related** 4:20, 6:13, 57:15, 61:5 | **retaliate** 52:12 |
| **purpose** 22:2, 22:4 | **real** 7:6, 11:13, 19:5, 23:4 | **relationship** 9:17 | **revealing** 11:5 |
| **push** 52:2 | **realize** 3:6, 12:11, 47:20 | **release** 57:18 | **revenge** 26:6 |
| **pushback** 25:8 | **realizing** 15:1 | **releases** 57:8, 57:10 | **ribbon** 29:21, 30:13 |
| **pushing** 29:7, 38:3 | **really** 7:17, 16:19, 16:20, 20:13, 22:17, 29:14, 32:15, 43:19, 48:20 | **remember** 45:5 | **right** 6:10, 8:1, 10:15, 13:7, 18:1, 18:8, 19:14, 19:19, 24:14, 27:14, 28:6, 29:1, 29:18, 29:19, 34:7, 37:10, 37:22, 39:4, 39:11, 39:22, 46:8, 47:6, 47:7, 48:2, 48:6, 48:10, 51:21, 57:12 |
| **put** 3:1, 9:5, 15:10, 16:2, 18:10, 18:19, 19:1, 19:13, 19:21, 21:12, 35:1, 36:4, 49:16, 58:21 | | **repeat** 19:15 | |
| | | **repercussions** 59:17 | |
| **Q** | **reason** 8:20, 34:4 | **report** 11:3, 11:18, 26:21, 56:7 | |
| **question** 20:18, 26:2, 28:18, 54:15 | **rebuy** 13:22 | **reported** 49:3, 49:5, 49:7 | |
| **questions** 6:17, 15:15, 44:20, 51:7 | **receipts** 22:6 | **reporter** 12:4 | **risk** 31:11, 33:7, 59:8 |
| **quick** 3:11 | **received** 61:9 | **reporting** 10:13, 26:15 | **rocks** 24:3 |
| **quicker** 30:1 | **recently** 31:16, 34:11, 36:22, 38:4 | **reports** 36:4, 43:10 | **role** 2:3 |
| **quickly** 2:7, 5:9, 9:4, 33:17 | **record** 13:1, 43:12 | **represent** 17:12 | **room** 4:7, 7:8, 12:5, 26:9, 44:5 |
| **quietly** 17:15 | **recorded** 37:1, 40:4 | **represented** 51:16 | **roommate** 47:17 |
| **quotation** 36:9 | **recording** 40:9 | **reputation** 14:17, 43:3, 43:4, 50:10, 56:12 | **rule** 7:6 |
| **quote** 22:16 | **recordings** 34:10, 58:2, 61:4 | **requesting** 43:11 | **rumblings** 42:15 |
| **R** | **records** 8:14, 44:2 | **resignation** 3:9, 10:18, 11:7, 28:14, 40:13 | **rungs** 56:7 |
| **rachael** 14:8, 21:6 | **redact** 46:2 | **resigning** 9:4, 9:5 | |

Transcript of News Interview

| | | | |
|---|---|---|---|
| running | 23:7 | 24:11, 35:21, | sex |
| 23:20, 24:2, | say | 36:12, 41:1, | 8:9 |
| 24:3 | 3:19, 3:21, | 43:4 | sexual |
| **S** | 3:22, 10:7, | scott | 1:4, 4:15, |
| s | 10:9, 12:13, | 1:10, 2:2, | 10:10, 11:10, |
| 3:9, 5:8, 5:9, | 14:21, 16:9, | 33:3, 60:7, | 11:15, 12:2, |
| 6:7 | 16:16, 18:2, | 61:19 | 16:22, 17:1, |
| said | 19:13, 19:17, | scott's | 24:18, 42:1 |
| 3:22, 5:18, | 24:13, 25:20, | 7:8 | sexually |
| 6:22, 8:11, | 26:10, 27:2, | scout | 19:6 |
| 8:20, 14:6, | 28:16, 28:20, | 7:4 | shift |
| 14:7, 16:4, | 30:10, 32:14, | script | 3:5 |
| 16:8, 16:9, | 32:21, 33:10, | 30:6, 30:11, | shining |
| 16:13, 16:19, | 33:11, 33:14, | 31:3, 31:5, | 9:22 |
| 19:2, 21:4, | 34:4, 34:5, | 33:13 | ship |
| 21:16, 22:13, | 36:6, 40:1, | scripted | 23:19, 23:20, |
| 22:16, 22:18, | 42:9, 49:4, | 16:3, 16:5 | 24:6 |
| 25:14, 25:17, | 51:12, 52:21, | season | shops |
| 25:19, 29:16, | 53:4, 53:7, | 23:6 | 59:16 |
| 29:19, 29:20, | 54:5, 54:22, | second | should |
| 30:16, 31:19, | 55:4, 55:6, | 16:10, 45:22 | 3:12, 4:9, |
| 32:4, 32:7, | 55:11, 55:17, | secret | 12:15, 30:18, |
| 33:2, 34:1, | 57:18 | 41:19, 45:14 | 37:10, 40:3 |
| 35:7, 35:16, | saying | see | shouldn't |
| 36:1, 36:8, | 7:13, 7:14, | 18:7, 18:9, | 28:11, 49:4 |
| 37:10, 37:14, | 8:2, 10:6, 14:4, | 22:2, 22:6, | shouted |
| 37:16, 37:18, | 15:9, 17:9, | 23:7, 29:13, | 35:9, 35:10 |
| 37:21, 38:1, | 17:12, 17:15, | 33:6, 35:19 | shouting |
| 38:17, 38:18, | 17:17, 19:12, | seeing | 56:15 |
| 39:1, 39:21, | 19:16, 21:13, | 5:12, 25:11 | shouts |
| 40:8, 40:18, | 25:11, 25:16, | seen | 53:20 |
| 44:1, 44:3, | 31:4, 34:7, | 23:9, 23:10, | show |
| 45:22, 46:3, | 34:11, 38:10, | 23:12 | 37:2, 43:6 |
| 46:21, 47:1, | 41:9, 42:11, | sell | showed |
| 47:4, 48:3, | 42:14, 48:11, | 13:22 | 32:19, 47:15 |
| 48:7, 52:14, | 58:3, 58:10, | senior | showing |
| 57:1, 57:8 | 58:17 | 2:4, 20:17, | 5:22, 6:14, |
| same | says | 26:8, 31:19, | 6:16 |
| 15:3, 24:21, | 29:6, 47:8, | 45:10, 46:18 | shown |
| 25:1 | 56:17, 58:13 | sent | 38:21, 38:22, |
| saturday | scholar | 18:16 | 39:4, 52:9 |
| 54:1 | 21:21 | separate | shut |
| save | scholarships | 2:14 | 17:5 |
| 22:6, 31:15 | 33:22 | serious | side |
| saving | school | 29:15, 41:22 | 39:14 |
| 14:14, 14:16 | 2:8, 2:19, | settlements | sign |
| saw | 14:12, 17:13, | 50:9 | 21:19, 45:3 |
| 4:12, 22:2, | 23:21, 23:22, | severance | signature-d2yvl |
| | | 33:21 | 61:14 |

Transcript of News Interview

| | | | |
|---|---|---|---|
| **silence** 53:9 | 19:3, 21:7, 26:20, 47:1 | **spirit** 5:3, 12:13, 46:16 | **stellar** 34:12 |
| **simple** 20:18 | **someone** 29:6 | **spirited** 33:19 | **still** 5:3, 5:6, 7:22, 9:15, 19:13, |
| **simply** 43:2 | **something** 8:19, 8:22, | **spoke** 13:1, 34:1, | 19:21, 47:15, 57:2 |
| **since** 3:10, 15:10, 20:3, 44:11 | 9:12, 10:10, 19:8, 26:21, 28:11, 36:10, | 35:13, 53:8, 53:10, 56:10, 56:19 | **stolen** 8:17 |
| **sing** 53:12 | 36:14, 42:15, 45:4, 46:7, | **spoken** 58:19 | **stop** 13:19, 59:8 |
| **sir** 37:14 | 46:10, 48:7, 53:11, 53:22 | **sport** 5:7 | **stories** 6:15, 6:16, 12:17, 17:16, |
| **situation** 10:13, 19:20, 44:7, 44:19, | **sometimes** 20:15, 24:1, 57:13, 57:14 | **sr** 53:16 | 22:17, 22:18 |
| 46:4 | **somewhere** 41:6 | **staff** 23:17, 41:22, 50:16 | **story** 19:9, 39:19, 43:22, 44:4, |
| **situations** 15:21, 17:1, 19:4, 50:7 | **sons** 21:20, 33:22 | **staffing** 38:8 | 48:4 |
| **six** 29:12, 50:22 | **sordidness** 9:2 | **stage** 29:16, 33:10 | **strategy** 31:20 |
| **sketch** 53:19 | **sorry** 51:2 | **stake** 59:4 | **street** 28:1 |
| **sleep** 51:2 | **sort** 12:14, 26:6, | **stand** 24:5, 24:12, | **student** 2:18, 12:2, 12:7, 12:15, |
| **slur** 28:5 | 56:10 | 29:9, 29:10, 57:2 | 19:8, 28:4, 28:10, 28:12, |
| **smile** 38:17, 39:1 | **sounds** 42:13, 46:12 | **standing** 35:1, 36:3 | 31:6, 46:5, 59:5 |
| **snoop** 20:20 | **speak** 17:8, 22:7, | **start** 5:12 | **students** 10:19, 12:8, 23:17 |
| **some** 12:14, 15:12, | 22:9, 27:3, 31:5 | **started** 2:21, 3:5, | **stuff** 4:18, 8:9 |
| 16:18, 25:8, 25:20, 26:6, | **speaking** 30:22, 31:1, 31:4 | 5:12, 6:14, 6:16, 17:22, | **sudden** 50:8 |
| 26:19, 27:19, 28:1, 28:20, | **special** 2:6, 45:3, | 43:20 | **sue** 24:14 |
| 29:15, 35:14, 35:17, 36:3, | 45:20 | **statement** 18:1, 18:10, | **suffer** 59:12 |
| 39:2, 39:21, 45:3, 46:10, | **specific** 32:18 | 18:17, 18:19, 19:1, 19:21, | **suits** 5:7 |
| 48:19, 54:17, 55:5, 57:11, | **specifically** 4:20, 15:8, | 21:12 | **summer** 6:7, 34:16, |
| 58:2, 58:20 | 54:22 | **statements** 18:20, 34:19 | 50:19 |
| **somebody** 7:4, 7:5, 9:17, | **spend** 13:18, 21:22 | **states** 52:6 | **summertime** 10:17 |
| 10:9, 11:14, | **spent** 34:15, 55:19 | **status** 31:18 | **supporting** 61:4 |
| | **spinning** 34:20 | | |

Transcript of News Interview

78

| | | | |
|---|---|---|---|
| suppose | tax | 5:19, 6:9, 6:12, | 9:18, 10:1, |
| 30:8 | 41:7 | 7:2, 7:13, 7:14, | 10:5, 14:2, |
| supposed | teal | 7:20, 8:3, 8:4, | 14:8, 14:18, |
| 5:7, 10:22, | 29:21, 30:13 | 8:10, 9:20, | 19:4, 29:17, |
| 15:3, 15:19 | team | 10:15, 11:9, | 30:1, 38:4, |
| supposedly | 15:4, 18:19, | 11:18, 14:20, | 53:11 |
| 11:9 | 20:4, 20:21, | 15:5, 15:12, | threatened |
| sure | 34:11, 34:16, | 16:15, 22:6, | 55:6 |
| 46:1, 50:11, | 34:21, 35:12 | 22:10, 23:7, | three |
| 54:12, 54:16, | technicalities | 24:17, 25:12, | 2:13, 17:2, |
| 55:1, 55:7 | 14:7, 31:21 | 26:16, 26:17, | 20:10, 23:12, |
| surprise | technically | 26:18, 29:16, | 30:2, 47:5, |
| 39:13 | 13:20, 39:5, | 29:20, 30:14, | 47:7, 47:9, |
| surprised | 43:16 | 30:17, 30:21, | 47:10, 50:13, |
| 47:16 | tell | 31:8, 31:10, | 51:13, 52:2, |
| sweetheart | 3:17, 4:3, 4:9, | 33:9, 33:20, | 54:5 |
| 11:13 | 12:3, 15:19, | 35:13, 36:3, | through |
| **T** | 17:16, 19:9, | 36:21, 37:16, | 13:13, 38:1, |
| table | 20:22, 30:18, | 38:1, 38:5, | 52:16 |
| 53:11 | 54:8 | 39:15, 40:11, | thrown |
| tail | telling | 40:12, 41:3, | 4:18, 31:21, |
| 8:2 | 7:9, 15:7 | 41:12, 43:19, | 32:12 |
| take | term | 47:22, 48:1, | tilly |
| 8:18, 24:5, | 55:2 | 49:11, 50:6, | 16:7, 16:10, |
| 36:19, 37:8, | terminated | 50:11, 52:18, | 19:11, 20:5, |
| 37:19, 41:6, | 11:4, 30:2, | 58:3, 58:15, | 21:4, 30:20, |
| 50:10, 59:18 | 34:3 | 58:20, 58:21, | 49:18, 49:19 |
| taken | termination | 60:1 | tilly's |
| 29:14 | 34:5 | think | 30:20 |
| takes | text | 4:9, 4:10, | time |
| 54:3, 59:5 | 54:5 | 7:22, 8:21, | 3:6, 13:20, |
| taking | th | 12:16, 16:20, | 20:3, 24:15, |
| 50:20 | 14:20, 24:4, | 16:22, 20:11, | 25:2, 25:11, |
| talk | 36:22 | 24:1, 33:15, | 43:9, 57:2 |
| 7:1, 35:8, | thank | 36:17, 41:14, | times |
| 50:5, 51:12 | 60:7 | 42:21, 43:5, | 20:19, 57:1, |
| talked | thing | 44:2, 44:22, | 57:7, 57:12 |
| 8:9, 43:8, | 12:1, 12:14, | 49:1, 51:5, | title |
| 49:17 | 17:5, 22:11, | 51:14, 52:20, | 15:8, 15:21, |
| talking | 34:21, 37:3, | 53:4, 53:7, | 16:12, 20:13, |
| 4:20, 8:12, | 41:8, 48:10, | 55:12, 56:2, | 22:13, 29:21 |
| 11:5, 26:16, | 56:22 | 57:12, 57:22, | today |
| 30:20, 37:14, | things | 59:21, 60:4 | 2:12, 19:10, |
| 37:16, 55:19 | 2:13, 3:4, 3:7, | thinking | 34:20 |
| talks | 3:12, 3:14, | 5:2, 36:12 | together |
| 17:11 | 3:15, 4:8, 4:20, | third | 7:8, 12:8, |
| tape-recording | 4:21, 5:12, | 14:10 | 24:22, 25:1, |
| 61:9 | 5:14, 5:16, | thought | 30:8 |
| | | 4:21, 5:6, | |

Transcript of News Interview

told
3:4, 3:19, 9:6,
15:18, 15:22,
32:2, 34:16,
37:3, 38:15,
38:17, 40:3,
43:15, 45:16,
45:17, 48:3
tone
57:12, 57:13
tongue
22:9
took
4:5, 7:10, 9:17
topic
40:16
topless
8:15
totally
59:15
tough
51:6, 54:14
traced
3:8
transactions
4:17, 11:13
transcribed
1:22
transcriber
61:1, 61:2
transcription
61:9
tried
20:7, 20:9,
55:21, 56:6
trip
16:18
true
4:4, 8:11,
19:17, 20:8,
27:14, 29:4,
32:22, 61:8
trump
39:1
trustees
9:6
truth
3:18, 3:20,

4:3, 15:7,
23:11, 56:10,
56:20, 57:17
try
35:8
trying
7:1, 13:16,
19:18, 20:11,
20:20, 26:1,
43:9, 44:15,
46:18, 46:19,
47:22
tuition
21:21, 41:19,
51:1
tune
59:10
tunnel
13:13
turn
11:6, 28:13,
40:13
turned
33:17
tweak
18:14
tweet
54:3
tweeted
53:21
two
12:7, 20:10,
26:4, 33:9,
47:19
type
53:17

### U

unclear
43:12
under
2:22, 3:1,
12:4, 12:15,
24:14, 24:17,
43:13, 49:2,
61:3
undercover
20:20, 27:19

underneath
55:21
understand
2:9, 33:5,
44:6, 46:15,
48:21, 57:16
understanding
11:22
understood
3:17
unemployed
50:18
unethical
3:15, 40:19,
40:20, 41:2
unethically
24:18
university
1:3, 2:3, 4:21,
4:22, 5:1, 5:4,
5:5, 5:9, 6:4,
13:6, 13:7,
13:13, 13:21,
14:1, 23:14,
23:15, 24:5,
31:17, 33:8,
34:1, 34:14,
39:14, 40:17,
42:10, 50:13,
52:21, 55:18,
56:13, 57:2,
57:5, 57:7,
59:5, 59:9,
59:10, 59:12,
59:15, 60:1
university's
23:16
unless
60:5
unrelated
59:15
until
5:5, 6:13,
58:17
untrue
19:13
upstairs
18:21

use
45:4
using
45:20
usually
20:16

### V

valuable
4:1
value
4:7, 38:17,
38:20, 38:21,
39:3
vice
2:4, 20:17,
21:15, 22:12,
46:18
victim
23:2, 23:4
victims
13:2, 16:13,
23:4, 49:17
viol
10:11
violate
36:15, 47:13
violated
39:18
violation
11:20
violations
15:9, 35:7
violence
10:11
virginia
1:8
visited
1:18
vocal
14:5
vouch
4:4
vp
41:15

### W

wait
58:17

Transcript of News Interview

80

| | | | |
|---|---|---|---|
| **wake** 51:2, 51:3 | **weeks** 47:19 | **word** 45:4 | 43:19, 53:1, 54:14, 54:16, 54:21, 55:3, 55:9, 55:14, 58:8, 58:13 |
| **walk** 8:11, 20:12, 39:22 | **weighed** 32:20 | **wording** 57:11 | |
| **walking** 13:13 | **went** 2:16, 8:10, 38:7, 38:9, 45:6, 45:17, 57:18 | **words** 3:20, 27:4, 31:14, 32:22, 57:14 | **year** 2:19, 2:20, 14:20, 22:5, 23:8, 23:10, 24:4, 39:20, 59:6 |
| **want** 16:13, 17:11, 35:11, 39:16, 44:19, 46:14, 48:18, 51:11, 59:1, 60:5 | **weren't** 2:13, 3:7, 3:12, 10:18, 42:18 | **work** 2:7, 2:17 | |
| **wanted** 3:7, 13:17, 14:8, 18:2, 56:19 | **whatever** 16:17, 46:4, 56:18 | **worked** 53:3, 56:7 | **years** 23:12, 49:6, 49:13, 51:13, 52:2, 54:7 |
| | | **working** 15:12, 16:6, 43:22, 49:2 | |
| **wants** 17:7, 37:4 | **wheel** 29:7 | **world** 15:20 | **york** 20:19 |
| **waste** 17:6 | **whether** 20:8, 29:11, 48:17, 52:11, 52:12, 52:21 | **wouldn't** 13:15, 14:14, 14:16, 23:9, 48:14, 48:16, 48:17, 48:18 | **youngkin** 38:14 |
| **way** 14:9, 32:6, 37:17, 45:5, 46:9, 49:3, 49:16, 55:16, 56:1 | **whistleblowing** 52:13, 52:14, 52:15 | | **yourself** 11:20, 29:2, 51:12 |
| | | **write** 53:18 | **$** |
| **ways** 26:4 | **whole** 13:4 | **wrong** 4:10, 46:9, 50:7, 53:11 | **$1** 59:5 |
| **we'll** 37:19, 60:2 | **why'd** 44:15 | **wrongdoing** 40:16 | **$1.3** 59:10 |
| **we're** 5:10, 15:2, 15:3, 26:16, 33:5, 36:13, 36:19, 40:15, 47:4, 52:6 | **wife** 8:15, 8:19 | **wset** 1:13, 32:5 | **$1.5** 59:11 |
| | **willing** 53:16 | **wset-tv** 1:6 | **$10** 27:20 |
| | **window** 16:12 | **Y** | **$2.3** 50:13 |
| **we've** 36:20 | **wise** 39:5 | **yeah** 2:4, 5:21, 6:2, 6:5, 16:1, 18:5, 18:12, 19:14, 21:2, 25:6, 25:13, 25:15, 26:2, 26:4, 27:11, 27:14, 27:15, 30:6, 34:7, 38:15, 38:20, 39:1, 39:4, 39:7, 39:21, 42:20, | **1** |
| **wear** 5:7 | **witness** 21:18, 22:1, 22:7 | | **10** 12:5, 37:3, 49:6 |
| **web** 18:14 | **women** 41:16, 48:20 | | **12** 49:6 |
| **website** 18:14 | **women's** 18:4 | | **13** 1:6, 1:13 |
| **week** 9:14, 9:15 | **wonderful** 34:12 | | **15** 36:22 |
| **weekend** 12:14 | **woods** 13:17 | | **2** |
| | | | **20** 2:19, 24:14, |

Transcript of News Interview

81

```
26:9, 54:7          40:5, 41:5
2005                        6
49:12               60
2012                61:8
41:22               61
2015                1:21
49:13                       8
2018                80
3:10, 3:13          5:8
2020                        9
5:15, 6:7           90
2021                5:9
1:11, 1:18,
14:22, 48:3,
49:11, 49:14,
61:16
24
1:18, 61:16
25
44:20
27
1:11
         3
30
23:17, 24:8
300,000
23:16, 24:7
         4
40
23:17, 24:8
415224
1:20, 61:19
45
13:1
         5
50
14:20, 24:4
501
15:9, 24:11,
35:6, 36:16,
36:17, 36:20,
37:13, 37:21,
37:22, 38:9,
39:5, 39:16,
39:17, 39:20,
```