CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/22/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| WALTER SCOTT LAMB, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 6:21-cv-00055 |
| LIBERTY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Defendant Liberty University, Inc. ("Liberty") filed Motion for Extension of Time to File Initial Expert Disclosures. Dkt. 57. Finding it proper to do so, and good cause shown, the motion is **GRANTED in part** and **DENIED in part**. Liberty shall have thirty days from the date of this Order to file initial expert disclosures.

It is so **ORDERED**.

Entered: February 21, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge