CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/10/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| WALTER SCOTT LAMB, *Plaintiff,* | CASE NO. 6:21-cv-00055 |
| v. | <u>ORDER</u> |
| LIBERTY UNIVERSITY, INC., *Defendant.* | JUDGE NORMAN K. MOON |

Defendant Liberty University's motion to dismiss, Dkt. 27, is **GRANTED** in accordance with the Memorandum Opinion accompanying this Order.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send this order to all counsel of record.

Entered this  10th  day of March 2022.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE