## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

WALTER SCOTT LAMB,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 6:21-cv-00055
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀)
⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Hon. Norman K. Moon
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
LIBERTY UNIVERSITY, INC.,⠀⠀⠀⠀)
a Virginia corporation,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀)

## PLAINTIFF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Comes now the Plaintiff, Walter Scott Lamb, by counsel, and moves this Court for leave to file a second amended complaint, attached to the accompanying brief, for the reasons stated in the accompanying brief.

Dated: March 22, 2022

THOMAS H. ROBERTS & ASSOCIATES, P.C.
By: /s/ Andrew T. Bodoh, Esq.
Thomas H. Roberts, Esq. (VSB 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-783-2000
Fax: 804-783-2105

Ian A. Northon, Esq.
Michigan—P65082
Pennsylvania—207733
Florida—101544
Admitted Only Pro Hac Vice
E. Meaghan Clayton
Admitted Only Pro Hac Vice
Michigan Bar No. P85409
Rhoades McKee PC

55 Campau Ave., N.W., Ste. 300
Grand Rapids, MI 49503
Telephone: (616) 233-5125
ian@rhoadescmkee.com
jjolliffe@rhoadesmckee.com
mclayton@rhoadesmckee.com
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing document using the CM/ECF system, which will provide electronic notice and copies of such filing(s) to counsel of record.

THOMAS H. ROBERTS & ASSOCIATES, P.C.
By: /s/ Andrew T. Bodoh, Esq.
Thomas H. Roberts, Esq. (VSB 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-783-2000 / Fax: 804-783-2105
ATTORNEYS FOR PLAINTIFF