# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Walter Scott Lamb**

vs.

**Liberty University, Inc.**

Action No:   6:21CV00055
Date:   April 22, 2022
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Ian A. Northon

Defendant Attorney(s)
Heidi E. Siegmund
Scott C. Oostdyk

**PROCEEDINGS:**
Parties present via Zoom video-conference for Status Conference regarding Dkt. 80 Oral Order. Arguments heard.

Time in Court:   9:00 – 9:34 a.m.   (34 minutes)