# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, ) | |
| ) | Case No. 6:21-cv-00055 |
| Plaintiff/Counterclaim Defendant, ) | |
| v. ) | Hon. Norman K. Moon |
| ) | |
| LIBERTY UNIVERSITY, INC., ) | |
| a Virginia corporation, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## NOTICE

Please note that the Plaintiff's Motion for Leave To File a Second Amended Complaint (ECF Doc. ¶ 71) is ripe for determination, in the opinion of the Plaintiff, having been fully briefed.

The Plaintiff waives any hearing, and his counsel has attempted to confer, in good faith, by email on May 5, 2022, to determine if the Defendant desires a hearing. The Defendant's counsel communicated on May 13, 2022, that it is preparing a motion concerning spoliation issues and "That potential spoliation issue has impact on the pending pleadings amendment motion, as good faith is a factor."

THOMAS H. ROBERTS & ASSOCIATES, P.C.
By: /s/ Andrew T. Bodoh, Esq.
Thomas H. Roberts, Esq. (VSB 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-783-2000
Fax: 804-783-2105

Ian A. Northon, Esq.
Michigan—P65082

        Pennsylvania—207733
        Florida—101544
        Admitted Only Pro Hac Vice
        E. Meaghan Clayton
        Admitted Only Pro Hac Vice
        Michigan Bar No. P85409
        Rhoades McKee PC
        55 Campau Ave., N.W., Ste. 300
        Grand Rapids, MI 49503
        Telephone: (616) 233-5125
        ian@rhoadescmkee.com
        jjolliffe@rhoadesmckee.com
        mclayton@rhoadesmckee.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2022, I electronically filed the foregoing document using the CM/ECF system, which will provide electronic notice and copies of such filing(s) to counsel of record.

        THOMAS H. ROBERTS & ASSOCIATES, P.C.
        By: /s/ Andrew T. Bodoh, Esq.
        Thomas H. Roberts, Esq. (VSB 26014)
        tom.roberts@robertslaw.org
        Andrew T. Bodoh, Esq. (VSB 80143)
        andrew.bodoh@robertslaw.org
        105 South 1st Street
        Richmond, Virginia 23219
        Tel: 804-783-2000 / Fax: 804-783-2105
        ATTORNEYS FOR PLAINTIFF