CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

6/6/2022

JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| WALTER SCOTT LAMB, ) | |
| ) | Case No. 6:21-cv-00055 |
| Plaintiff/Counterclaim Defendant, ) | |
| v. ) | Hon. Norman K. Moon |
| ) | |
| LIBERTY UNIVERSITY, INC., ) | |
| a Virginia corporation, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## ORDER

This matter comes before the Court on the notice of the substitution of Counsel for Walter Scott Lamb. The Clerk will note the substitution of Ian A. Northon, Esq. of Northon Law, PLLC, admitted pro hac vice in the above referenced matter, as counsel of record by and through Attorney Northon's new law firm Northon Law, PLLC. E. Meaghan Clayton and the law firm of Rhoades McKee P.C. are withdrawn as counsel of record with no further responsibilities in this matter.

Entered:  6 / 6/ 2022

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE