IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, )<br>    Plaintiff/Counterclaim Defendant, )<br>v. )<br>)<br>LIBERTY UNIVERSITY, INC., )<br>a Virginia corporation, )<br>    Defendant/Counterclaim Plaintiff. ) | Case No. 6:21-cv-00055<br>Hon. Norman K. Moon |

## LAMB'S MOTION TO COMPEL AND OVERRULE OBJECTIONS

Comes now Walter Scott Lamb, by counsel, and pursuant to Federal Rule of Civil Procedure 37, moves this Court to compel responses and overrule objections pertaining to Lamb's Requests for Production 6, 7, 10, 11, 14, 19, and 24, and Interrogatory 18, and all such further relief as may be appropriate, including attorney fees pursuant to Federal Rule of Civil Procedure 37, for the reasons stated in the accompanying brief.

The undersigned counsel certifies that counsel has attempted to confer to resolve this dispute without court action.

                                            Respectfully submitted,
                                            WALTER SCOTT LAMB

                                            THOMAS H. ROBERTS & ASSOCIATES, P.C.
                                            By: /s/ Andrew T. Bodoh, Esq._____
                                            Thomas H. Roberts, Esq. (VSB 26014)
                                            tom.roberts@robertslaw.org
                                            Andrew T. Bodoh, Esq. (VSB 80143)
                                            andrew.bodoh@robertslaw.org
                                            105 South 1st Street
                                            Richmond, Virginia 23219
                                            Tel: 804-783-2000
                                            Fax: 804-783-2105

                                            Ian A. Northon, Esq.
                                            *Admitted Only Pro Hac Vice*
                                            Michigan—P65082
                                            Pennsylvania—207733

1

        Florida—101544
        Northon Law, PLLC
        4850 Tamiami Trail N, Ste 301
        Naples, FL 34103
        ian@northonlaw.com
        service@northonlaw.com
        (239) 784-7940

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, I presented the foregoing document(s) to the Clerk of the Court for filing and uploading to the CM/ECF system, which will provide electronic notice and copies of such filing(s) to counsel of record.

        THOMAS H. ROBERTS & ASSOCIATES, P.C.
        By: /s/ Andrew T. Bodoh, Esq.
        Thomas H. Roberts, Esq. (VSB 26014)
        tom.roberts@robertslaw.org
        Andrew T. Bodoh, Esq. (VSB 80143)
        andrew.bodoh@robertslaw.org
        105 South 1st Street
        Richmond, Virginia 23219
        Tel: 804-783-2000 / Fax: 804-783-2105
        ATTORNEYS FOR PLAINTIFF