# EXHIBIT C

# FAQ

## ⌄ Is Liberty University or its employees involved in running this platform?

No. This platform is hosted by an independent third-party, on encrypted servers. No Liberty University employees are, or will be, receiving or screening any of the information received through this platform.

## ⌄ Why has this confidential reporting platform been established?

This platform has been established as a part of the independent investigation announced by the Board of Trustees of Liberty University on August 31, 2020. The outside Investigative Team engaged by the University has established this platform as a confidential means to facilitate the reporting of misconduct in the business operations of the University and/or concerns around the decisions or actions by current or former members of the University's Leadership, which includes current or former members of the University's Executives, Senior Leadership or the Board of Trustees or its committees.

## ⌄ Is there a deadline for reporting through this platform?

Yes. In order for the investigation to be properly scoped and completed in a timely manner, this platform will be available for submitting reports over a sixty (60) day period (ending December 20, 2020). The Investigative Team encourages anyone with a report to not delay in submitting it through the platform.

## ⌄ Does this platform replace or substitute for existing University complaint processes?

No. Since this platform is independent of Liberty University, it is not a substitute for, or an alternative way, for students or employees to report complaints or allegations of misconduct where the University has an established complaint process or procedure Thus, this platform is not to be used to report the following: (i) student complaints and appeals regarding grades or other student-related academic issues, (ii) student requests for refunds, (iii) allegations of unlawful discrimination or harassment in employment; (iv) requests for accommodation or medical exceptions, (v) health and safety complaints (vi) NCAA violations, or (vii) Title IX concerns and violations.

## ⌄ What should I report?

Any information that suggests that the University, or one or more current or former members of University Leadership, engaged in conduct, or made decisions in their interactions with, or on behalf of, the University that were, or may have been, illegal, unethical from a business perspective, or improper in the context of the operation of a non-profit organization, including without limitation, conflicts of interest, self-dealing, kickbacks, embezzlement, misappropriation, problems with data protection or IT security, tax reporting, taking unauthorized actions, usurping business opportunities, misuse of University funds/assets, or any other activity that appears improper, unethical or illegal.

⌄ Does making a report through this platform violate any obligation I may have to maintain confidentiality about University operations or employees?

No. While there may be individuals who have legal obligations not to disparage the University or its employees, and/or to protect confidential information of the University, its operations or its employees, the Acting President of Liberty University has made it clear that all current and former employees are authorized to submit information to the Investigative Team through this platform and to otherwise cooperate with the investigation, and doing so will not result in a claim of violation of any non-disclosure, confidentiality or non-disparagement obligations that otherwise exist.

⌄ Should I identify myself in the report?

You are encouraged to reveal your identity while reporting, as being able to contact you directly may potentially facilitate and accelerate the investigation and allow for a comprehensive follow-up.

Should you elect to report anonymously, we will still ask that you select from one of three categories that best describes your status as a way to provide the Investigative Team with context.

Virginia law and University policy prohibits retaliation against whistle-blowers, and those protections extend to individuals who submit reports through this platform, and/or cooperate with this Investigation.

⌄ Is it possible to submit an anonymous report through this platform?

Yes. You may select to make your report anonymously.

⌄ How is my identity protected if I opt to report anonymously?

You may indicate the desire to remain anonymous when filling out the Reporter page. To guarantee your anonymity, the encrypted data is transmitted via the secure and independent server operated by a third-party vendor, EQS Group.

⌄ My report will say that a co-worker or supervisor is doing something wrong. Will that person find out that I am the source of the report, if I choose to reveal my identity?

This depends to some degree upon the specifics of your allegation. If you are reporting an incident that was observed by several people, or where documents or physical evidence exist (even if you don't have the evidence yourself), the independent investigating team may be able to fully investigate the matter without revealing that you were the reporter. If your identity has to be revealed, the Investigative Team will work with the University's Office of Legal Affairs and Human Resources Office to ensure that you will not retaliated against, or treated unfairly, for having raised a good faith concern.

⌄ What happens after a report?

All reports received through this platform will be reviewed by members of the Investigative Team. This independent Investigation Team will make the decision on how to best address the reported information. They may contact you via the reporting platform in case of questions or if additional information is needed. If requested, your anonymity will be protected.

In cases of concrete reports of potentially illegal, unethical, or improper business conduct, members of the Investigative Team will initiate an investigation. You will be informed when the investigation of your report is concluded. The investigation can take several months. For reasons of data privacy, you will not be told the outcome and result of the investigation.

⌄ What happens if the content of my report turns out to be incorrect afterwards?

Not every report will result in a finding of improper, unethical or illegal behavior. What is important is that you had good faith reasons to believe that the information in the report you submitted was true at the time when you filed your report and that you did not file the report with fraudulent intent. It is not expected that you search for evidence yourself, or personally investigate the matter. It is the role of the Investigative Team to investigate the information provided. If you have evidence readily available, of course, the Investigative Team welcomes it.

Both Virginia law and University policy prohibit retaliating against anyone who, in good faith, makes a report through this platform, as well as anyone who cooperates with any subsequent investigation.

⌄ Why do I need an Inbox?

At the end of the reporting process, you will receive an automatically generated reference code and set a password for yourself. Using this login data, you can later log into your secure Inbox on this reporting system.

The Inbox permits you to enter into a direct dialogue with the responsible member of the Investigative Team while protecting your anonymity. The option to have a dialogue is very important, as further information might be required to resolve key questions necessary to satisfactorily complete the investigation of your reported incident.

⌄ When can I expect an answer?

Please allow ten (10) working days for an initial response.

Close