# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, ) | |
|     Plaintiff/Counterclaim Defendant, ) | Case No. 6:21-cv-00055 |
| v. ) | Hon. Norman K. Moon |
| ) | |
| LIBERTY UNIVERSITY, INC., ) | |
| a Virginia corporation, ) | |
|     Defendant/Counterclaim Plaintiff. ) | |

## LAMB'S MOTION TO COMPEL PRODUCTION
## CONCERNING CONVOCATION SPEECH MATERIALS

Comes now Walter Scott Lamb, by counsel, pursuant to Federal Rule of Civil Procedure 37, and files motion to compel responses and overrule privilege objections pertaining to Lamb's Requests for Production 14 (ECF Doc. 96-1), concerning convocation speech materials.

For the reasons stated in the accompanying brief, Lamb respectfully requests the Court to overrule these objections and require Liberty to produce the materials requested in Lamb's Requests for Production 14, and all such further relief as may be appropriate, including attorney fees pursuant to Federal Rule of Civil Procedure 37.

The undersigned counsel certifies that counsel has attempted to confer to resolve this dispute without court action.

    Respectfully submitted,
    WALTER SCOTT LAMB

    THOMAS H. ROBERTS & ASSOCIATES, P.C.
    By: /s/ Andrew T. Bodoh, Esq.
    Thomas H. Roberts, Esq. (VSB 26014)
    tom.roberts@robertslaw.org
    Andrew T. Bodoh, Esq. (VSB 80143)
    andrew.bodoh@robertslaw.org
    105 South 1st Street
    Richmond, Virginia 23219
    Tel: 804-783-2000
    Fax: 804-783-2105

Ian A. Northon, Esq.
*Admitted Only Pro Hac Vice*
Michigan—P65082
Pennsylvania—207733
Florida—101544
Northon Law, PLLC
4850 Tamiami Trail N, Ste 301
Naples, FL 34103
ian@northonlaw.com
service@northonlaw.com
(239) 784-7940

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, I presented the foregoing document(s) to the Clerk of the Court for filing and uploading to the CM/ECF system, which will provide electronic notice and copies of such filing(s) to counsel of record.

THOMAS H. ROBERTS & ASSOCIATES, P.C.
By: /s/ Andrew T. Bodoh, Esq.
Thomas H. Roberts, Esq. (VSB 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-783-2000 / Fax: 804-783-2105
ATTORNEYS FOR PLAINTIFF