# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

|  |  |
|---|---|
| **Walter Scott Lamb** | Action No:   6:21CV00055 |
|  | Date:   July 27, 2022 |
| **vs.** | Judge:   Norman K. Moon |
|  | Court Reporter:   Lisa Blair |
| **Liberty University, Inc.** | Deputy Clerk:   Arlene Little / Carmen Amos |

Plaintiff Attorney(s)

Ian A. Northon
Thomas H. Roberts

Defendant Attorney(s)

Heidi E. Siegmund
Scott C. Oostdyk

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.   J. Christopher Racich, Expert

2.   Walter Scott Lamb

PROCEEDINGS:
Parties present in-person for Evidentiary Hearing on Defendant and Counterclaim Plaintiff Liberty University, Inc.'s Motion for Sanctions (Dkt. 84).

Arguments heard; evidence entered.

Court adjourned at 5:04 and will resume at 9:30 a.m. tomorrow morning.

Time in Court:   9:33am–10:59am; 11:09am-12:30pm; 12:33pm-12:59pm; 3:30pm-5:04pm = 4 hrs, 38 mins.