# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Walter Scott Lamb**

vs.

**Liberty University, Inc.**

Action No:   6:21CV00055
Date:   July 28, 2022
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Ian A. Northon
Thomas H. Roberts

Defendant Attorney(s)
Heidi E. Siegmund
Scott C. Oostdyk

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1. Laura Wallace

DEFENDANT:
1.

PROCEEDINGS:
Parties present in-person for continuation of Evidentiary Hearing on Defendant and Counterclaim Plaintiff Liberty University, Inc.'s Motion for Sanctions (Dkt. 84).

Further arguments and testimony heard. Opinion and Order forthcoming.

Time in Court:   9:30 – 11:12 a.m.   (1 hour, 42 minutes)