CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/14/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **WALTER SCOTT LAMB,** | ) |
| | ) |
| **Counterclaim Defendant,** | ) |
| | ) |
| v. | ) Civil Action No.: 6:21-cv-00055 |
| | ) |
| **LIBERTY UNIVERSITY, INC.,** | ) |
| | ) |
| **Counterclaim Plaintiff.** | ) |
| | ) |

<u>ORDER</u>

Finding it proper to do so, and good cause shown, the joint motion to continue the trial date is GRANTED. Dkt. 111. The trial date and pre-trial discovery deadlines will be set at the motions to compel hearing on September 29, 2022.

It is so ORDERED.

Entered:  September 14, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge