# EXHIBIT G



October 24, 2022

Heidi E. Siegmund
McGuireWoods LLP
500 E. Pratt St., Ste. 1000
Baltimore, MD 21202
Phone:
Email:

VIA EMAIL

Re: Subpoena to Produce Documents, Information, or Objects dated October 6, 2022, Subject wscottlamb@gmail.com

Dear Counsel:

In response to your subpoena dated October 6, 2022 seeking information related to the above-referenced user, Evernote Corporation ("Evernote") has made a full and complete search of its records and produces the user information as described below. Records may have been redacted in order to produce only the information requested by the legal process and only the information permitted by U.S. law to be disclosed in response to the legal process.

- A printout from the Evernote User Administration Tool showing the username, email address, incoming email address for the Evernote service, account creation date of the subject account, and whether the user is a Premium user.
- For Premium Users only: Name, billing address, and payment information, to the extent available.
- A spreadsheet showing the IP addresses and associated timestamps of any activity in the Evernote service account for the requested time period.
- A spreadsheet showing the account activity logs responsive to the legal process for the requested time period.

Please be advised that under the Stored Communications Act, Evernote is prohibited from disclosing the contents of user accounts in response to civil process, except pursuant to an



account holder's explicit consent. See 18 U.S.C. § 2702(a). See also *Theofel v. Farey-Jones*, 359 F.3d 1066 (9th Cir. 2004); *O'Grady v. Superior Court*, 139 Cal. App. 4th 1423 (2006). Consistent with these rulings, the contents of a user's Evernote service account – contents which are often transferred via email and therefore considered electronic communications – cannot be disclosed in response to your subpoena. If you believe you can obtain user content for such disclosure, please contact us at complianceteam@evernote.com for instructions on how such consent may be obtained.

Sincerely,
Evernote Compliance Team