andrew.bodoh@robertslaw.org

| | |
|---|---|
| **From:** | Betts, E. Windsor <EBetts@mcguirewoods.com> |
| **Sent:** | Thursday, November 17, 2022 8:04 PM |
| **To:** | andrew.bodoh@robertslaw.org; tom.roberts@robertslaw.org; ian@northonlaw.com |
| **Cc:** | Oostdyk, Scott C.; Siegmund, Heidi E.; Church, Cory M. |
| **Subject:** | Lamb v. Liberty - Document Production |

Counsel:

Within the next 30 minutes you will receive an email from McGuireWoods Sharefile from which you will be able to download documents with the following bates range: **LU003749 to LU005734**.

We do have some audio files to produce, but would like to discuss a confidentiality agreement to cover Personally Identifiable Information as the audio files are not as easily "redacted" and would likely require an outside vendor to make such "redactions." Additionally, a privilege log will be produced to you by December 15.

If you have any issues downloading the documents, please let me know.

Thank you,

Windsor


**E. Windsor Betts**
Senior Paralegal
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 7153
M: +1 804 754 6086
F:  +1 804 775 1061
ebetts@mcguirewoods.com
VCard | www.mcguirewoods.com



---

This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

Exhibit B