**andrew.bodoh@robertslaw.org**

| | |
|---|---|
| **From:** | Christopher Racich <racich@vestigant.com> |
| **Sent:** | Friday, June 3, 2022 2:47 PM |
| **To:** | E. Meaghan Clayton; andrew.bodoh@robertslaw.org; Ian Northon; Robin Takens; Jessica Jolliffe; Heidi E. Siegmund; Scott C. Oostdyk |
| **Cc:** | Nicole Stoneman |
| **Subject:** | Protocol Production |

I will be providing links to counsel for both sides for data that was responsive to the terms of the Protocol in separate emails. The production will consist of the following:

Data from Lamb01 - Mr. Lamb's iPhone 13 Pro Max
Data from Lamb02 - Mr. Lamb's Laptop
Data from Lamb03 - Mr. Lamb's External Hard Drive
Data from Lamb04 - Mr. Lamb's Evernote collection

If data was solely responsive to one keyword search set (i.e. Liberty's or Lamb's), there will be CSV file with the metadata for the objects that were responsive, and if available, an AD1 container (created by Exterro's Forensic Imager) that contains the required forensic version of the data. Those AD1 files can be reviewed with FTK Imager (https://www.exterro.com/ftk-imager#:~:text=FTK%C2%AE%20Imager%20is%20a,(FTK%C2%AE)%20is%20warranted) or any standard forensic software. If data was responsive to both Liberty and Lamb search terms, a CSV named "Combined" is included that shows the metadata for the files that had hits for both set of terms, but the data itself is not being provided to either counsel.

A link and password will be sent shortly to each respective counsel.

Best,

Christopher


_____
J. Christopher Racich, Esq.
President
Vestigant, LLC
8230 Old Courthouse Road, Suite 320
Vienna, VA 22182
703.236.0019
202.905.2170 (d)
703.967.4248 (c)
703.635.2263 (f)
racich@vestigant.com
www.vestigant.com
"If it exists, it can be found" ™


Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that arrangements can be made for proper delivery, and then please delete the message from your inbox.

Exhibit E