# EXHIBIT A

## Church, Cory M.

| | |
|---|---|
| **From:** | ecfnoticing@vawd.uscourts.gov |
| **Sent:** | Tuesday, April 25, 2023 2:06 PM |
| **To:** | vawd_ecf_nef@vawd.uscourts.gov |
| **Subject:** | Activity in Case 6:21-cv-00055-NKM-JCH Lamb v. Liberty University, Inc. Order Referring Case for Mediation |
| **Attachments:** | ATT00001.txt; ATT00002.htm |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

## Notice of Electronic Filing

The following transaction was entered on 4/25/2023 at 2:05 PM EDT and filed on 4/25/2023

**Case Name:** Lamb v. Liberty University, Inc.
**Case Number:** 6:21-cv-00055-NKM-JCH
**Filer:**
**Document Number:** 155(No document attached)

**Docket Text:**
**ORAL ORDER: Pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 16(a)(5), this matter is hereby REFERRED either after the close of discovery or upon agreement by Lamb, whichever shall occur first, for mediation before United States Magistrate Judge Joel Hoppe, and for any proceedings related thereto that Judge Hoppe deems appropriate. Upon either the close of discovery or agreement by Lamb, whichever shall occur first, the parties are ORDERED to appear before Judge Hoppe and are directed to contact his chambers to schedule a conference, to the extent they have not already done so. Entered by Senior Judge Norman K. Moon on 4/25/2023.** *This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.***(al)**

**6:21-cv-00055-NKM-JCH Notice has been electronically mailed to:**

Scott Charles Oostdyk    soostdyk@mcguirewoods.com, cchurch@mcguirewoods.com, ebetts@mcguirewoods.com

Thomas Hunt Roberts    tom.roberts@robertslaw.org

Andrew Thomas Bodoh    andrew.bodoh@robertslaw.org

Heidi Elizabeth Siegmund    hsiegmund@mcguirewoods.com, ebetts@mcguirewoods.com, shiggins@mcguirewoods.com

Ian A. Northon    ian@northonlaw.com, jjolliffe@rhoadesmckee.com

**6:21-cv-00055-NKM-JCH Notice has been delivered by other means to:**