File Provided in Native Format

Lamb Rule 41
Exhibit 5

CONFIDENTIAL                                                                                                    LU007155