# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, )<br>    Counterclaim Defendant )<br>  v. )<br>     )<br>LIBERTY UNIVERSITY, INC., )<br>a Virginia corporation, )<br>    Counterclaim Plaintiff. ) | Case No. 6:21-cv-00055<br>Hon. Norman K. Moon |

**SEALED EXHIBIT FOR LAMB'S MEMORANDUM IN RESPONSE TO LIBERTY UNIVERSITY'S MOTION TO DISMISS**

Exhibit 9 – LU-7207