**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| WALTER SCOTT LAMB,  )  <br>    Counterclaim Defendant  )  <br>   v.  )  <br>   )  <br> LIBERTY UNIVERSITY, INC.,  )  <br> a Virginia corporation,  )  <br>    Counterclaim Plaintiff.  )  | Case No. 6:21-cv-00055 <br> Hon. Norman K. Moon |

**SEALED EXHIBIT FOR LAMB'S MEMORANDUM IN RESPONSE TO LIBERTY UNIVERSITY'S MOTION TO DISMISS**

Exhibit 11 – LU-4087 to -4088, -4177 to -4178, -5880 to -5889, -6039 to -6040, -6042, -6044 to -6060, -6073 to -6074, -6087 to -6090, -6103 to -6106, -6142 to -6143, -6148 to -6149, -6474 to -6476, -6478 to -6480, -6483 to -6487, -6507 to -6511