# Rape Victim Says Liberty University Deceived & Betrayed Her

📄 **julieroys.com**/rape-victim-says-liberty-university-deceived-betrayed-her

June 3, 2021

By Julie Roys

- June 3, 2021
- 5:40 pm CDT
- 9 Comments



It seemed an odd place for a counseling session. On the outside, it looked like a real estate office. On the inside, the place was dingy, with old maroon carpeting and wood paneled walls.

Yet this was the address Liberty University reportedly gave a student in the fall of 2005—about seven months after she says she was brutally raped on campus by three men. And the "counseling" session she had there didn't bring healing. The student, who asked to be identified simply as "Kathy," said it instead worsened her trauma.

But this "counseling" session, coupled with everything else the victim experienced 16 years ago, led to an important realization. Liberty University was not advocating for her, Kathy said. Instead, she said it was scheming to keep her quiet.

Today, Kathy says the pattern has not changed.

Lamb Rule 41
Exhibit 13(a)₁/₁₅

SL000967

In this report, we tell not only about Kathy's harrowing "counseling" experience 16 years ago, but also about her recent meeting with Jonathan Falwell, Liberty's new campus pastor and a longtime trustee.

Give a gift of $25 or more to The Roys Report this month, and you will receive a copy of "In Our Lives First: Meditations for Counselors" by Dr. Diane Langberg. To donate, click here.

In that meeting, both Kathy and a witness say Falwell promised Kathy that she'd have "a seat at the table" at Liberty's independent investigation into past abuse and misconduct. But that promise—like so many from Liberty in the past—proved false, Kathy says, and has only deepened her sense of betrayal.

## The 'Counseling' Session

According to emails from 2005 obtained by *The Roys Report*, Kathy repeatedly asked administrators for counseling following her reported rape on April 13, 2005.

In an October 31, 2005, email to Dave Young, who at the time was Liberty's executive vice president, Kathy complained that Liberty's dean of women kept referring Kathy to "on-campus sources, specifically psychology faculty." Kathy wrote that she instead wanted to meet with someone "off campus," who was "more specialized" and not "affiliated with the school."

The location Liberty sent Kathy to on November 14, 2005, definitely was off campus. As it turns out, it was the office of a trucking company owned by the alleged "counselor."

But the woman who met Kathy at the office, whom Kathy said simply identified herself as "Carol," was not a licensed counselor. As Kathy said she found out months later, the woman was Carol Godwin. Godwin is the wife of Liberty's then-COO and Executive Vice President Ron Godwin.

Kathy's former roommate, who also spoke with *The Roys Report*, said she drove Kathy to the appointment and confirmed that the woman who met them for the "counseling" was Carol Godwin.

Kathy said her "counseling session" with Godwin was awful.

Kathy said Godwin interrogated her with questions like: Why didn't anyone hear your attack? Why didn't you scream? Why did you walk back to your dorm so late, when it was after curfew?

SL000968



Ron and Carol Godwin (Source: Facebook)

Kathy and her roommate now believe the entire session was simply a fact-finding mission on the part of the university. They say Godwin never followed up with a phone call or suggested another session.

Yet soon afterwards, Kathy's roommate said they got a call from Ron Godwin, telling them they needed to meet with him in his office. At that meeting, Godwin reportedly quashed the women's months-long campaign for safety improvements to the campus, stating "Liberty is the safest campus on the East Coast, and if you don't like it, you can transfer."

Kathy's roommate said the meeting with Ron Godwin was "a turning point"—the day both she and Kathy realized, "Oh yeah, these people are not here to help us."

Soon afterwards, Kathy's roommate approached the advocacy group, Security  On Campus. This prompted an investigation by the Department of Education, which eventually fined Liberty $120,000 for not reporting Kathy's crime as required by the Jeanne Clery Act.

*The Roys Report* called Carol Godwin about a month ago for comment about the 2005 incident. When asked if she counseled Kathy or knew about her rape, Godwin responded that she "did not remember that." However, Godwin confirmed that she owned a trucking

SL000969

company and had "met with several people (at the trucking office) over the years."

We also reached out to Ron Godwin, who's retired, but he did not respond.

## The Godwin/Falwell Connection

On February 10, 2020, as part of Kathy's effort to process all that had happened to her at Liberty, she reached out to Carol Godwin and requested a meeting.

Contrary to what Godwin told *The Roys Report*, Godwin replied to Kathy in an email the same day, which Kathy forwarded to us: "I do remember your painful situation," Godwin wrote. "Hopefully meeting, discussing and validating your feelings will help bring healing and closure."

Shortly afterward, Kathy met with Godwin, according to both Kathy and a staff member from Kathy's church, Bethany Ufema, who also attended the meeting.

That meeting was mostly disappointing, both women said. Godwin reportedly claimed she couldn't remember any details of her "counseling" with Kathy.

However, the women said Godwin offered Kathy a ray of hope. She suggested Kathy meet with Jonathan Falwell and gave Kathy his email.

In addition to his current position as Liberty's campus pastor and a longtime trustee, Falwell is the son of Liberty founder, Jerry Falwell, Sr. He's also the senior pastor of Thomas Road Baptist Church, which Falwell, Sr., also founded.

SL000970



The Rev. Jonathan Falwell speaks to Liberty students in October 2012. (Source: Liberty University)

If anyone could help Kathy seek justice, and prevent other students from suffering a similar fate, Kathy figured it was Jonathan Falwell.

What Kathy didn't realize at the time is that Jonathan Falwell has served on the board of the Liberty Godparent Foundation from its inception in 1984, along with Ron Godwin and Carol Godwin, who remains the foundation's president and chairman of the board.

The Liberty Godparent Foundation supports the Liberty Godparent Home, a residential maternity home in Lynchburg, Virginia, that provides housing, counseling, and case management services to single, pregnant women, aged 12 to 21.

When told by *The Roys Report* this month about both the Godwins' and Jonathan Falwell's connection to the home, Kathy was floored. She said the Liberty Godparent Home didn't have a good reputation among students as a caring environment.

When asked about the Godparent Home, Liberty University said it "has no relationship with the Liberty Godparent Foundation, other than both are ministries birthed from the same church (Thomas Road Baptist Church)."

### "Trust Me"

In September 2020, Kathy and two advocates met with Jonathan Falwell and another staff member from his church.

SL000971

One of the advocates was <u>Karen Swallow Prior</u>, a well-known author and speaker, who taught English at Liberty for 21 years. The other was Bethany Ufema.

At this point, Kathy's objective wasn't simply processing her own experience. Following the <u>revelations of scandal</u> involving Jonathan's brother, Jerry Falwell, Jr., and Falwell, Jr.'s <u>recent resignation</u>, Kathy was hoping for more.

According to Prior, the purpose of the meeting was to inform Liberty leaders, beginning with Jonathan Falwell, "that this kind of climate existed—and that we fear continues to exist—that does not support victims . . . or even covers up, the things that happens to them. So, this meeting would have been just one step toward that kind of accountability."

During the meeting, Kathy said she shared openly about her rape—and how Liberty officials had responded callously to her pleas for help.

"It was more devastating than I expected or realized," Prior said of Kathy's account during that meeting. "I didn't know how violent (the rape) was until I heard her describe it, and that was quite heartbreaking."

Falwell expressed sadness about what had happened to Kathy, the women said. And at the end of the meeting, Kathy and Ufema said they distinctly remember Falwell urging Kathy to trust him and to give him time to change things.

More specifically, Kathy and Ufema remember Falwell promising Kathy that she'd "have a seat at the table" at the upcoming independent investigation Liberty was conducting. (Prior said she remembered Falwell communicating something to that effect but wasn't sure of the exact wording.)

Kathy said that at the time, Falwell's response "finally gave me a glimmer of hope that someone at Liberty—not just someone, but someone carrying the Falwell name—was going to care."

Yet, when Liberty <u>announced its investigation</u> weeks later, the focus clearly was on business practices during Jerry Falwell Jr.'s tenure as president—not Liberty's treatment of sex abuse victims. And the firm hired to conduct the investigation was Baker Tilly US, a global forensic accounting firm.

Even so, Kathy said she submitted her account in early December through the website Baker Tilly provided for reporting misconduct. On December 20, Baker Tilly <u>closed</u> its online portal. And for the past five months, Kathy said she has heard nothing from Baker Tilly, Liberty, or Jonathan Falwell, concerning her case.

"Immediately, I want to say I wasn't shocked, but I was," Kathy said. "Like, I shouldn't be shocked, because this is this is how everything has always gone with Liberty—between hiding, or not talking about, or not discussing. But yeah, it was a shock, because Jonathan

SL000972

had told me, 'Trust me.'"

*The Roys Report* reached out to Jonathan Falwell through Liberty University for a response to Kathy's claims. Liberty responded, "Jonathan Falwell did not and does not control the investigation, so if (Kathy) did participate and was never followed up with, he does not know why. He simply shared the information he understood at that time that there would be an opportunity for people with concerns to reach out to the investigators."

Liberty General Counsel David Corry added that the investigation is "still very much underway."

Yet the lack of response concerning Liberty's investigation hasn't been Kathy's only shock.

During the September meeting, the women say Falwell claimed that he knew nothing about Kathy's horrific attack in 2005.

Yet several weeks after Kathy's meeting with Falwell, Kathy's roommate from Liberty forwarded Kathy an email that the roommate had sent in 2005 to both Jerry Falwell, Jr., and Jonathan Falwell.

The email stated, "My roommate was sexually assaulted last semester on East Campus" and urged both Falwells to add security cameras and call buttons in the tunnel where Kathy was attacked.

The email also warned that Liberty University seemed to be in violation of the Jeanne Clery Act for not reporting Kathy's assault.

Jonathan Falwell never responded to that email. And according to a recent statement by Liberty University, Jonathan Falwell has "no recollection" of the 2005 email describing the rape.

But Kathy says she's not buying Falwell's response. "That's his name on the frickin' email," she said.

She also said she's not giving Liberty any more chances but instead is exploring legal action.

"This past year has been hard with everything that's been revealed about Liberty . . . And the people who say, 'I care,' don't actually care—by their actions."

SHARE THIS:

## GET EMAIL UPDATES!

Keep in touch with Julie and get updates in your inbox!

Don't worry we won't spam you.

SL000973

More to explore



**EXCLUSIVE: Plaintiff in Class-Action Lawsuit Accuses Liberty U of 'Retraumatizing' & 'Insulting' Jane Does**

May 10, 2022 7 Comments

In an exclusive interview with The Roys Report (TRR), a rape victim and plaintiff in a highly publicized class-action lawsuit against Liberty

SHARE THIS:

Read More »



**New Lawsuit Accuses Liberty U of Retaliating Against Rape Victim**

April 28, 2022 9 Comments

SL000974

A former Liberty University student alleges in a new lawsuit that the institution "demonstrated systematic deliberate indifference" and "perpetuated a sexually hostile

SHARE THIS:

Read More »



## Liberty University Issued No Warnings After On-Campus Sexual Assaults, Students Say

December 15, 2021 1 Comment

Liberty University did not warn its student body after campus police were told in November that a professor had groped a student

SHARE THIS:

Read More »
discussion

## 9 thoughts on "Rape Victim Says Liberty University Deceived & Betrayed Her"

SL000975

1. *Sarah Leitner*

June 3, 2021 at 6:28 pm

Kathy I've pursued legal action because nothing else worked. This is scary because in some ways it's so similar to what happened to me. For me, all kinds of abuse but physical and sexual, tolerated by Liberty University COUNSELING faculty. I'm glad now I didn't email Jonathan, just lots of others people who didn't listen, including LUPD by phone snd Title IX many times. Somehow faculty seemed to think that when a PhD student, counseling clients in a prison, sent an email where she explicitly said she wasn't safe that that was an interpersonal problem or something similar. It was the most explicit of many emails I sent. Often there was no answer. Instead they expected me to keep returning to my internship site where each day, abuse occurred. If it it had been a "normal" internship site, that would have been bad enough.

But it was a site where the inspector General had found credible evidence that things you and I would call torture had happened. It was the place where American citizens, thought to be terrorists, were sent instead of GTMO.

Yet faculty at liberty told me it was "grace" that they didn't expel me. Constantly reiterated the words of the abuser to me.

Later, they expelled me because a Sex offender lied about me. I have audio where faculty claim I never told them about the abuse when it happened. I believe I calmly said I thought the emails I sent showed something far different. It's been too traumatic for me to listen to the audio again.

Today, I counsel using the state license they claim I didn't have, instead claiming it was "unethical" for me to advertise in Psychology Today without a license.

I thank the Lord for protecting me. I'm still alive, seeing clients, and functioning after extensive therapy. There was also the discrimination against me for having a child with a disability. Thank the Lord the child is better and our family is healing.

Kathy I pray for you, and right now pray I didn't throw you into a tailspin telling part of my story. God is with you. Even after all this, I still love Jesus.

I affix my name to this not only because of Julie's new policy, but also because it's not my fault I was abused. It's not my shame no matter how many times they said things that were not true about me. It's not my shame, no matter how many times I tried to show the evidence that the statements weren't true and didn't even receive a response.

I've been through things many would never imagine. That's made me strong. I'm going to keep advocating for safety at Liberty University. I'll probably work with sex offenders again. I show hope to clients with severe diagnoses. There is hope for ALL of us. We will overcome

SL000976

Reply

2. ***Rev. Robert Fritch***

June 3, 2021 at 7:23 pm
Dear Sarah,

Thank you for sharing your story especially with Kathy. I sent an email today to many associated with Liberty regarding this issue and other women who were sexually abused or harassed while at Liberty. I hope this will call them to account for I also emailed my email letter to Sean Hannity and Shannon Bream of Fox News who is also a Liberty graduate herself. Maybe this will get a lot of traction in the news and put fire to the feet of the leadership of Liberty. I also sent my email to the U.S. Dept of Education that handles Cleary Act complaints.

I pray that the Lord will bring great inner and emotional healing to yourself and Kathy and all the other women who have not come forward yet who were sexually assaulted or harassed while at Liberty, whether student or employee.

I graduated from the seminary there at Liberty but ashamed to even to be associated with that school at this time. I am thankful I received a solid biblical education for my undergraduate degree from Biola University.

Reply

SL000977

3. *Vance Snyder*

June 3, 2021 at 11:06 pm

I have seen this happen before....the wheels are starting to churn. It will not end up good for Liberty. Have we not learned anything concerning the Catholic Church abuse scandals? Has Liberty not seen the Houston Chronicle stories? Or even Paige Patterson's troubles?

There was a time, before word spread, that a priest/ lawyer warned the Bishops that they needed to face the clerical abuse head on and make amends or else it would cost them dearly. This was before Spotlight. Well, it is obvious that they did not listen to this wise priest. The thing is, the cost was exponentially greater that what the lawyer had even predicted.

I will pray that Kathy and Sarah will be surrounded by wise, gifted and loving people during these troubling times. You could not have found a better advocate that the Julie Roys Report team!

Also, thank you Rev. Fritch- it only takes a knowledgible person to get the word out to the right people to make things happen.

Reply

    1. *Sarah Leitner*

    June 4, 2021 at 2:17 pm

    Thank you all. It means a lot. If there wasn't so much going on this week I would write a longer reply. There is still good in the world. I really appreciate everyone's words here. I do not know what went wrong at Liberty but it has caused so many pain. If anyone would like to contact me please do. It is first name dot last name at gmail dot com

    Reply

        1. *Vance Snyder*

        June 4, 2021 at 8:57 pm

        Blessings to you Sarah.

        Reply

SL000978

4. *Charlie Westin*

June 4, 2021 at 8:34 am

Julie – I think you need to credit the podcast "Gangster Capitalism: Jerry Falwell Jr and Liberty University Episode 3 'Protecting The Brand'" (or GC Podcast). While you have a lot of references to support this article, the June 2, 2021 episode of the GC Podcast mostly covered Kathy's abuse and the coverup. In fact there are some quotes directly from that episode quoted here. The first example is the "Seat at the Table" comment from Jonathan Falwell. That was quoted verbatim in the GC Podcast. Second, your information and quotes regarding the Godwin family under "The 'Counseling' Session" (specifically paragraphs 5-9 beginning with "Kathy's former roommate, who also spoke with The Roys Report") is also quoted directly from the podcast.

I find it very interesting that the GC Podcast Episode 3 was available for download and listening on Wednesday, June 2 (via Apple Podcast) then this article was published on June 3. A lot of information from the podcast and your article coincides with one another and the time is undeniably questionable.

What has happened at LU is terrible and I hope they can recover from their failures, but I question some of the integrity in this article.

Reply

SL000979

1. I have been working cooperatively with Gangster Capitalism, but I had this story long before they did, and actually encouraged sources to speak with them. As you can see, my first story about Kathy's rape published June 1—before Gangster Capitalism published its podcast with Kathy's story. Also, at the end of my June 1 article, I note that my next story will cover the counseling session. I didn't get any of my information from Gangster Capitalism, but directly from primary sources. You also may note that the timing of the counseling session and Kathy's meeting with Ron Godwin is different in my report than GC. (In GC, the counseling came after meeting with Ron Godwin. However, that's a mistake. The counseling came first—and then the meeting with Ron Godwin.)

That said, GC did an amazing job on its podcast and I plan on writing about the podcasts at this site. I believe my interview with GC appears in the next episode.

Reply

   1. **Charlie Westin**

      June 4, 2021 at 9:09 am
      Thank you for your response, Julie. I appreciate the additional information provided and I apologize for missing the details in your response. Please note I respect your work and visit your site weekly. In my humble opinion, it's hard to find accurate and quality journalism these days. I look forward to hearing your interview on the GC Podcast.

      Reply

5. **Kimberly M. Chastain**

June 7, 2021 at 6:13 pm
Kathy and Sarah my heart weeps for you. What Liberty University did to you was as abusive as the rape. I applaud you for continuing to reach some kind of resolution with your situations. On the other hand, at this point I think you reject meeting with Liberty University or its' officials anymore. Unfortunately, the only thing you will get is more abuse and pain. Please know God hates this more than you do. As a therapist with over 30+ years of experience I have often walked with people injured and abused by the church. So many walk away from God in the process. My main goal is to separate God from the people who say they "represent" God. May you feel God's overwhelming love and care for you. I'm so thankful the sin and abuse of Liberty University is now coming to light.

Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

SL000980

Comments are limited to 300 words.

**Leave a Reply**

SL000981

# The 'Gang Rape' Liberty University Refuses to Acknowledge

📄 julieroys.com/the-gang-rape-liberty-university-refuses-to-acknowledge

June 1, 2021

By Julie Roys

- June 1, 2021
- 9:00 am CDT
- 19 Comments



Liberty University did not warn its student body after campus police were told in November that a professor had groped a student and trapped her in his office, students say. (Photo collage: TRR / Unsplash)

Around 10:30 p.m. on April 13, 2005, a Liberty University coed left her work at Jazzman's coffeeshop in the Arthur S. DeMoss Learning Center and walked toward her dorm on the east side of campus.

The student, who asked to be called "Kathy," said that as she exited a tunnel connecting the main campus to the east campus, three men attacked her.

She said the men grabbed her arms, ripping her shirt, and pulled her off the path and up an adjacent stairwell. She added that one of them smacked her on the head with something hard, possibly a two-by-four from the construction site nearby.

From that point on, Kathy said her memory is fuzzy. But she said she remembers clearly certain snapshots of the attack.

She remembers lying on her back in a ditch with her arms pinned to the ground, and the men forcing her to have oral sex with them. She also remembers being sexually violated with an object that caused ripping and bleeding.

Give a gift of $25 or more to The Roys Report this month, and you will receive a copy of "In Our Lives First: Meditations for Counselors" by Dr. Diane Langberg. To donate, click here.

The assault is possibly the most brutal crime ever committed on the campus of Liberty University in Lynchburg, Virginia. Yet it's one Liberty, which touts itself as one of the safest campuses in the nation, has never acknowledged.

Kathy tried to hold the school accountable 15 years ago by filing a complaint with a victim advocacy group.

This led to an investigation by the Department of Education (DOE) and a settlement in 2014, requiring Liberty to pay a $120,000 fine for failing to report the crime as required by the federal Jeanne Clery Act. According to the Clery Act, any college or university participating in federal financial aid must disclose information about crimes that occur on, or adjacent to, their campuses.

But in the settlement agreement, Liberty contended that it "did not receive a report of a crime that required an addition to the crime statistics, a timely warning, or a listing in the crime log."

The settlement also stated: "Nothing in this Agreement constitutes an admission of liability or wrongdoing by Liberty."

Liberty's position has not changed.

In a statement sent to *The Roys Report* on May 14, 2021, Liberty said it "believes it correctly reported zero forcible sex offenses on its campus in its Clery Act crime report statistics for 2005."

However, Kathy told *The Roys Report* that she and her roommate reported the sexual assault numerous times—not just to the Liberty University Police Department (LUPD), but to multiple Liberty administrators.

*The Roys Report* has obtained 16 pages of LUPD reports related to Kathy's case. We also have obtained dozens of emails between Kathy and/or her roommate to Liberty administrators in 2005—2006, which mention Kathy's sexual assault.

These documents, plus Department of Education (DOE) files and multiple interviews, show that by the deadline for reporting the 2005 crime, Liberty was well-aware of the alleged rape.

SL001094

Yet Liberty contends that its frustrated attempts to verify details concerning what happened on April 13, 2005, plus indications that the victim was dragged off-campus, absolve the school from reporting the crime.

The DOE and an expert on the Clery Act disagree.

## A Living Nightmare

Kathy said she barely saw her attackers on April 13, 2005, because the area where the attack took place was "pitch black." But she remembers hearing the men speak Spanish and a familiar smell.

Kathy told *The Roys Report* that about two months prior to the rape, she had gotten into a man's car when he offered to give her a ride home from a local store. She said this man had a distinctive smell, which was the same as one of her rapists.

She added that on the way home from the store, the man, who was Hispanic, pulled off to the side of the road and groped her and tried to force her to perform a sex act. But she said the man relented when she objected, and then he profusely apologized.

The next day, the alleged assailant reportedly called Kathy and begged her to give him a second chance and to come to a movie with him. Kathy, who now says she's appalled by her decision, consented.

Kathy added that at this point in her life, she was constantly putting herself in risky situations—something that's taken her years of counseling to understand.

Similarly, Kathy's roommate, who wished to remain anonymous, said Kathy was an enigma. "She didn't really care a lot about herself," the roommate said, "except to get straight As."

However, when the man groped her in the movie theater the second night, Kathy said she escaped to a bathroom and called her resident assistant, who picked her up.

The week after those assaults—on February 20, 2005—Kathy reported the crimes to LUPD, which were classified on the police report as "sexual battery."

From that time onward, Kathy said her life became a living nightmare.

She said her assailant called her constantly, showed up at her workplace, and followed her around campus.

In March 2005, Kathy reported the man to LUPD for stalking. According to the LUPD report, police questioned the alleged assailant and served him with an order banning him from campus.

SL001095

The report noted that the man admitted having sexual contact with Kathy, but said it was "mutual." However, the officer noted "many inconsistencies" in the man's story and said he believed the man was "lying."

Then the harassment escalated.

According to an LUPD report on April 9, 2005, Kathy told police that a "Mexican male" came to her work and threatened her, telling her not to talk to police again and to drop the charges against her alleged assailant. When asked what the man threatened her with, the victim said, "It's too bad to tell."

Kathy said that another time, her assailant and two of his friends jumped her while she was on campus and groped her outside her clothes. She said the men threatened to rape her if she talked to police again.

In a police report in April 2005, Kathy said she changed her work schedule to try and avoid the men.

At 5:00 p.m. on April 13, 2005—the day of the alleged rape—the protective order against Kathy's alleged assailant expired, according to an email from the victim's roommate to LUPD Officer Jennifer Jones.

Kathy said that her rape hours later left her bleeding, bruised, and severely traumatized. Even so, she got up afterwards and walked to her dorm.

Kathy's roommate said she found Kathy in the dorm hall that night, "dazed" and "sort of not there," wearing a ripped shirt and covered in clay.

Kathy's roommate said she immediately called LUPD, and Officer Jones arrived soon afterwards. In the meantime, the roommate said Kathy took a shower, though she urged her not to.

In her report, Officer Jones noted that when she arrived at the dorm, Kathy wouldn't speak to her. "She just sat on her bed and stared past me," Jones wrote.

Jones also noted that the student had a bump on her head, and on the floor of her room were ripped and dirty clothes. Jones also wrote that when asked where her bra and underwear were, Kathy said she had thrown them out. Jones wrote that she searched nearby trash cans and the tunnel for the items but didn't find them.

According to Kathy and her roommate, Jones convinced Kathy to go to the hospital where the women spent the majority of the next day. Both Kathy and her roommate said the nurses there were rude and seemed angry that Kathy had showered. As a result, Kathy said she never consented to a rape kit.

4/35

SL001096

Yet Kathy's roommate said it was clear to both herself and Officer Jones that Kathy had been raped.

"Jennifer and I both knew that night," the roommate said. "There was no doubt based on the clothes, the missing undergarments, based on the bump on the head . . . Neither one of us had any doubt."

This was corroborated by Security on Campus, the advocacy group that filed the complaint against Liberty with the Department of Education (DOE). The group noted in a letter to Liberty in 2006 that Officer Jones tried to facilitate a forensic exam, "clearly believing that a sexual assault had occurred."



The opening to the east side of the Liberty University tunnel in 2006, where the alleged assault began.
(Source: Security on Campus)

## Liberty Fails to Act Despite Multiple Reports

Kathy said that immediately following the assault she was too terrified to report the crime. She also was borderline suicidal.

"I think I was just in a fog of just not wanting to be in the world anymore," she said.

Even so, Kathy and her roommate said they met repeatedly with Officer Jones, and Kathy began to share more details about what had happened on April 13.

SL001097

On April 18, Kathy wrote a statement for LUPD about the assault. In it, she stated that she had been attacked by three men outside the tunnel and hit on top of the head with "a wooden type stick."

On May 20, an LUPD officer filed another report, stating that Kathy's roommate told police that Kathy had mentioned "gang rape" in one of their interactions.

The report also noted that police had received a call from Kathy, stating that the "three Hispanic men that sexually assaulted her told her she was not the only girl they have done this to." The report said Kathy stated that one of the other women mentioned by the men was a Liberty student and that they showed her a picture of "them doing something of a sexual nature" to one of the women.

Despite these reports, Liberty never issued a timely warning to its campus community about the April 13 crime, according to a 2010 Department of Education's Final Program Review Determination (FPRD).

The FPRD also found that Liberty failed to correctly characterize the crime in both its crime log and crime statistics.

Based on Kathy's description of being hit with a wooden object, the FPRD stated that the April 13 crime should have been classified as "Aggravated Assault, at a minimum." But the FPRD also noted that in the May 20, 2005, police report, Kathy had stated that she had been sexually assaulted.

Yet the LUPD police reports aren't the only evidence that Kathy reported a rape. There also are numerous emails from 2005, informing Liberty administrators of the crime and urging them to improve campus safety and make accommodations for Kathy. But these pleas apparently went unheeded.

## Pleas for Help Go Unheeded

On May 8, 2005, Officer Jones wrote Provost Boyd Rist, now deceased, informing him that a student "was sexually assaulted on campus." Jones added that the student feared going to class because "these males" knew her schedule and were physically harassing her.

Jones also informed Rist that Kathy's English professor, Jean Tweedy, who's still teaching at Liberty, "was not sympathetic at all" when Kathy tried to explain why she had missed several of Tweedy's classes.

Tweedy eventually failed Kathy from the course due to her absences, despite otherwise having an A in the course, Kathy said.

When asked about what happened, Liberty said it would not ask an adjunct professor to respond to "something that was written about her encounter with a student 16 years ago."

6/35

SL001098

In June 2005, Kathy's roommate sent an email to then-Executive Vice President Dave Young explaining that her friend was "assaulted and left" after being accosted by three men at the tunnel entrance on the east side of campus. Kathy's roommate urged Young to have Liberty install cameras and call boxes in the tunnel, and lights to the area outside the tunnel.

Young initially responded that he "was unable to corroborate" Kathy's assault. He added that "neither LUPD or the Lynchburg Police Department have a record of what you've described."

However, later emails indicate that Young arranged a meeting between Kathy and her roommate and several Liberty officials to discuss safety improvements. Emails show that Young also met with Kathy and her roommate the following October and directed his staff to look into the matter.

Yet on November 9, 2005, Kathy and her roommate noted in a letter to Liberty University Founder and President Dr. Jerry Falwell, Sr., that despite their efforts, "we have not seen much physical evidence of change."

The letter was delivered to Dr. Falwell's office, along with more than 30 pages of emails between the women and Liberty administrators about the requested improvements. The letter noted that Kathy had been "sexually assaulted" at Liberty and added, "We feel that the seriousness of the situation has been disregarded and we are both ready for action to be taken."

However, Falwell may have never received that packet.

In an email from Falwell's former personal secretary, Kathy Rusk, to former Vice President of Administration Sharon Hartless, Rusk writes that she took the packet from Kathy and her roommate "and really didn't tell them at the time that (Dr. Falwell) isn't going to see it." Rusk asks Hartless how Dave Young would like to handle the situation, adding, "I'm not in any hurry about it as I told (Kathy and her roommate) we are unable to schedule an appointment (with Dr. Falwell) at this time."

On November 16, 2005, Kathy and her roommate emailed Dr. Falwell directly, asking for an appointment, stating, "A girl *being raped on campus* is a very big deal, and we feel it is time to step up the action that is being taken in response, in order to prevent this from occurring again."

Kathy said that two weeks later, she saw Dr. Falwell in a hallway and told him what had happened to her and how Liberty was stonewalling her and her roommate's requests for safety improvements.

In an email from Kathy's roommate to Rusk, the roommate writes that Falwell told Kathy he "knew nothing about what is going on, which is very disappointing to me considering LU personnel have known about it since June."

SL001099



Jerry Falwell, Jr., (left) with his father and Liberty University founder, Jerry Falwell, Sr., at Liberty's graduation in May 2005. (Source: Liberty University)

On December 6, 2005, Kathy's roommate reached out to Dr. Falwell's sons—Jerry Falwell, Jr., Liberty's <u>former president</u>, who at the time was Liberty's vice chancellor, and Jonathan Falwell, who was, and is, a Liberty trustee. Jonathan also serves as <u>campus pastor</u>.

In the email, the woman writes that her roommate was "sexually assaulted last semester on East Campus" and requests that Jonathan and Jerry Falwell, Jr., "put safety measures into effect." Kathy's roommate specifically asks for "cameras/call buttons" in the tunnel that leads from East Campus.

Jerry Falwell, Jr., responds that the tunnel is "well lit and has good visibility" and is "not the best environment for criminal activity."

Kathy's roommate replies that her roommate was jumped by three men at the east entrance of the tunnel "where *she was raped*. Judging from that incident it seems that the tunnel IS an '*environment for criminal activity*.'"

SL001100



The inside of the tunnel connecting Liberty's main campus to its east campus (left) and the east entrance to the tunnel (right) in 2006. (Source: Security on Campus)

Falwell Jr. asks LUPD police chief Randy Smith to respond.

Smith replies, "Liberty has the lowest violent crime rate for our size University in the state." He then states that cameras are "not always the answer," and though lighting "is a big deterrent in crimes," the "tunnel is very well lit" and his officers patrol the area "on a regular basis."

VP Hartless, who was forwarded the thread by Falwell, Jr., responded to Falwell that Executive Vice President Ron Godwin would meet with Kathy and her roommate.

According to both women, that meeting was a disaster. Kathy said Godwin stated that he had been briefed on what had happened to her and he wasn't going to allow two students to run the administration. Kathy said Godwin then asserted that "Liberty is the safest campus on the East Coast, and if you don't like it, you can transfer."

Kathy said she stood up while Godwin was still speaking and walked out of the room crying.

SL001101

*The Roys Report* reached out to Godwin, who's now retired, for comment, but he did not respond.

*The Roys Report* also reached out to Jerry Falwell, Jr., who reviewed the emails and responded that he was Liberty's attorney at the time and didn't have any authority to make improvements to the campus. However, according to Liberty's IRS 990 form 990, Falwell, Jr., was Liberty's vice chancellor in 2005 with a salary of $181,102.

When asked about the discrepancy, Falwell said that the vice chancellor title "was ceremonial only" to specify that he would be next in line as CEO. He added that no employees reported to him.

Liberty University stated that Jonathan Falwell "reports no recollection" of the 2005 email.

## Liberty Denies Report of Rape; Expert "Dumbfounded"

Despite the police records, emails, and meetings, Liberty wrote in a statement about two weeks ago that Liberty correctly reported "zero forcible sex offenses on its campus . . . for 2005 because its campus security authorities did not receive a report of a crime that, in the judgment of its law enforcement professionals, was a forcible sex offense on its campus."

Liberty noted that in the initial report about the April 13, 2005, incident, the alleged victim provided no details of the attack to LUPD. The school added that the police report noting that the victim said she was sexually assaulted by three men failed to provide "any additional information on location or date."

Liberty also noted that in one report, the victim stated that she was dragged to a ditch by a dirt road during the assault, which was "likely off-campus."

Though the area east of the tunnel where the attack began is on Liberty property, the dirt road on the adjacent area above the tunnel belonged to the Virginia Department of Transportation. However, the Clery Act requires institutions to report crimes on adjacent public property.

SL001102



The dirt road above Liberty's tunnel in 2006, which belonged to the Virginia Department of Transportation. (Source: Security on Campus)

Liberty also contends that the emails to its administrators show that the victim failed on several occasions to say she was sexually assaulted, and when asked, failed to provide pertinent details.

In an email December 14, 2005, Jerry Falwell, Jr. wrote that Police Chief Randy Smith, "says that (Kathy) would never say that any sexual assault actually occurred."

Similarly in an email on November 30, 2005, Sharon Hartless wrote that Officer Jones verified that Kathy "never reported being raped on campus."

On December 14, 2005, Mark Hine—now Liberty's senior vice president for student affairs—wrote that Kathy "came short of saying the three guys (I remember her saying 4) sexually assaulted her. I recall her saying they shoved her around and threatened her."

In an interview last week, S. Daniel Carter, former senior vice president for the advocacy group Security on Campus, said he's "dumbfounded" that Liberty continues to deny the report of a rape in 2005.

He said that under the Clery Act, institutions must report crimes unless a report is determined to be "unfounded." According to the 2010 FPRD, there was "no evidence" that any police agency determined the reported crime was "unfounded."

SL001103

Also, according to the 2005 DOE Handbook for Campus Crime Reporting, institutions must report any crime that "is brought to the attention of a campus security authority . . . by a victim, witness, other third party, or even the offender." According to Carter, administrators or "anyone with significant responsibility for student and campus activities" qualify as a campus security authority.

Carter added that his letter to Liberty in March 2006, detailing evidence of Kathy's rape, would qualify under the Clery Act as a report of the crime. He said that news reports that published when his group filed the complaint against Liberty would also qualify as a report, as would the DOE's letter to Liberty, announcing the department's investigation into the matter.

Carter noted that all these reports were available to Liberty months before the DOE's reporting deadline for 2005 crime statistics, which was October 2006.

"The abundance of reporting to the institution that there was a rape is staggering," Carter said. "A national expert, the local press, the federal Department of Education—all before the reporting deadline occurred."

## "Things were swept under the rug"

About two years ago, Kathy began counseling to process everything that had happened to her in 2005. As part of the process, she requested her records from LUPD and reached out to Jennifer Jones, who is now employed by the Lynchburg Sheriff's Office.

In a text thread Kathy shared with *The Roys Report*, Jones replied, "I tried to advocate for u but I was basically told to stay out of it and mind my business in a polite but stern way."

SL001104



Likewise, about a year later, when Kathy reached out again, Jennifer responded: "At that time at LU, things were swept under the rug and people have to live with the decisions they made and things they didn't do anything about. I pray they have asked for forgiveness."

SL001105



*The Roys Report* called Jones for comment. But after hearing the purpose of the call, Jones responded, "I'm sorry. I cannot talk about this right now," and hung up. Jones also has not responded to repeated emails from *The Roys Report*.

However, Mark Tinsley, a former LUPD officer and Liberty University dean, told *The Roys Report* a story that confirms Jones' characterization of Liberty.

Tinsley, who now pastors a Methodist church near campus, said that sometime in 2002 or 2003, Liberty's head of human resources, Laura Wallace—the cousin of Jerry Falwell, Jr.—pressured Tinsley to drop charges against two young men.

Tinsley said he had arrested the men on campus for being drunk in public, and soon afterwards, Wallace called, telling him to drop the charges. (Tinsley added that Police Chief Randy Smith told him that the men who were arrested attended the church of an influential pastor, who was a trustee at Liberty.)

Tinsley said he refused to drop the charges and told Wallace that her request was not only unethical, but illegal.

Tinsley said Smith then dropped the charges against the men.

SL001106

*The Roys Report* was not able to locate Smith, who's no longer employed by Liberty, for comment.

However, Liberty said Laura Wallace, who remains Liberty's executive vice president for human resources, "completely denies this account and denies that she ever asked LUPD officers to drop charges."

Yet these accounts highlight a major issue with LUPD, which since 1997, has been a full police unit with full police powers. Unlike a city police department, which reports to an elected official, LUPD officers report to Liberty administrators.

According to Sergeant Todd Rodes of the Lynchburg Police Department, university policing systems have an inherent conflict of interest because universities want their campuses to appear safe to the public. As a result, they tend to minimize what's reported.

In 2005, LUPD Police Chief Randy Smith reported directly to Jerry Falwell, Sr. From 2008 through November 2020, the LUPD police chief reported either directly to Laura Wallace, or indirectly to Wallace through Associate VP of Security Ron Sloan.

This past November, Wallace was replaced at the top of the LUPD reporting structure by Acting President Jerry Prevo.

Tinsley, who worked as an officer in Waynesboro, Virginia, prior to serving with LUPD, said the LUPD has other problems, as well.

He said LUPD officers are poorly trained and not equipped to handle serious crimes, like rape. He said during his tenure, LUPD referred all felonies to the Lynchburg Police Department (LPD).

Liberty, however, denies that LUPD ever had a normal practice of referring felonies to LPD. "It was a case-by-case discussion about whether LUPD had the capabilities to handle the subsequent investigation."

According to Sergeant Rodes, LPD has no record of any rape involving the student victim on or around April 13, 2005.

Both Kathy and her roommate said they don't know why formal charges were never filed against any of Kathy's assailants and why nothing came of the case.

In an email in October 2005 to Young, Kathy's roommate mentions that she and Kathy had met with Commonwealth Attorney Gretchen Hutt "to pursue justice of these men."

*The Roys Report* contacted Hutt, who's now the assistant commonwealth attorney for Powhatan County, Virginia. Hutt responded that she does not speak publicly about any "victims/potential victims with whom I work unless it's in a courtroom."

SL001107

When Liberty was asked why no one was ever charged with Kathy's rape, it responded that it's not "in a position to undertake a full evaluation of actions of numerous individuals from over 16 years ago . . . Nor is it in a position to answer why the Commonwealth Attorney never charged anyone in a given incident."

Yet about a year ago, Kathy and several advocates met with a Liberty trustee, who reportedly promised Kathy that Liberty would investigate what happened.

Kathy also met last year with a woman to whom Liberty, in 2005, had sent Kathy to for counseling. According to a 2005 email, Kathy had asked to see a specialist "not associated with the school." Instead, she said she was sent to the wife of a Liberty administrator under false pretenses.

These stories are told in our next article on Liberty.

## Emails/Letters Cited in Story:

*Some files have more than one page. Hover cursor on bottom of page to reveal option to advance to next page.*

Page 1 of 2



**McCafferty, Jennifer D.**

From:    Rist, Boyd
Sent:    Monday, May 09, 2005 7:55 AM
To:      McCafferty, Jennifer D.
Subject: RE: Student ████

Dear Lt. Jones:

I was wondering whether ████ has talked to one of the female deans (student affairs) about this situation. My recommendation would be that she do so. I would like to have a recommendation from student affairs as to what to do academically given the problems ████ has been experiencing.

As an alternative, ████ could write to me directly with a request to be considered.

Dr. Rist

---

From: McCafferty, Jennifer D.
Sent: Sunday, May 08, 2005 10:10 PM
To: Rist, Boyd
Subject: Student ████

Dr. Rist, My name is Jennifer Jones and I am a Lieutenant with the Police Department. I am writing you on behalf of a student named ████████. To briefly sum up ████'s situation, Ms. ████ was sexually assaulted on campus by someone not associated with this campus or university. It actually got to the point ████ had to get a stalking/protective order out on one individual only to find she then started to get physically harassed by his friends. This also has been taking place on campus. ████ and I are in the process of still dealing with this situation that has been going on since February.

   The reason I am writing to you is because ████ is not receiving any help from some people around her. ████ stopped going to her English class, English 102 M, W, F at 3:20pm with Jean Tweedy, because these males were coming onto campus because they knew ████'s schedule and this is when they had access to her. Through all of this ████ has maintained an A in this class. Once I got involved and started to help ████, she returned to class. But as she was sitting in class one day, Jean Tweedy was handing out work and purposely passed over ████. When ████ tried to talk with her and explain as best as she could what was going on, Mrs. Tweedy would not listen and made a comment to ████ like, "maybe you should not have let them have your GPA." ████ had 7 absentness up until this point and they were all excused. Some were for Doctor's appointments all dealing with these incidents. ████ also has a 4.0 GPA at this point.

LU017

SL001109

**Hartless, Sharon**

| | |
|---|---|
| **From:** | ███ ██ █ |
| **Sent:** | Saturday, July 02, 2005 2:44 PM |
| **To:** | Young, David L. |
| **Subject:** | RE: Campus Security Concerns |

I am just writing to see if you got the information that you needed on the particular case I wrote to you about regarding the tunnel. I also was wondering if any thing was being talked about yet as far as taking care of the safety concern.
Thanks so much for your time!
████

**From:** Young, David L.
**Sent:** Sun 6/19/2005 9:20 PM
**To:** ████
**Subject:** RE: Campus Security Concerns

Dear ████.

We have looked into the situation and have been unable to corroborate what you have outlined below. Neither the Liberty University Police Department or the Lynchburg Police Department have a record of what you have described. If you can provide me with more detail, then perhaps we could investigate it further.

However, you have raised a potential concern regarding security on campus and we will continue to take measures to enhance security and the safety of our students.

Thank you for your concern and I will be happy to discuss this further with you if you wish.

Dave Young
Executive Vice President

**From:** ████
**Sent:** Monday, June 06, 2005 2:55 PM
**To:** Young, David L.
**Subject:** Campus Security Concerns

June 6, 2005

To Whom It May Concern:

I am writing in regards to the tunnel which connects Main Campus to Campus East, and the access road which crosses over top of it leading to the intramural fields. This past semester, a friend of mine was walking through the tunnel at night, and was cornered by 3 males at the tunnel. They were able to take her from the tunnel entrance on east campus side and up to the access road above it, where she was assaulted and left. This incident was reported to LUPD, along with Lynchburg police and they have been looking into the situation for the past few months.

Obviously, it is never a good idea for girls to walk at night alone no matter where they are on campus, yet the fact is that girls DO walk alone at night frequently, and many of them because they feel as if nothing can happen to them since they are on their college campus. I feel that the incident I

7/5/2005

LU188

SL001110

*This is what the girls dropped off for J.F.*          November 9, 2005

To Whom It May Concern,

The following is a set of e-mails written between June 6, 2005 and November 2005. They are the correspondence between ▇▇▇▇, ▇▇▇▇, and various Liberty University faculty. They have been arranged in the best order possible and have been printed to verify that we ▇▇ and ▇▇) have done as much as we could do to see action taken, and now have made the decision to contact Dr. Falwell on our own. We have been to many different meetings which is great, but meetings do not always equal action and due to the severity of this situation action needs to be taken.

Here are some reasons that we feel it is necessary that we meet with Dr. Falwell:

- We have met with Commonwealth Attorney **Gretchen Hutt, Jennifer Jones, Dave Caswell, Sgt. Hinkley, Dean Mink, Dave Young, Mark Hine, and Sharon Hartless** and although we have been treated kindly for the most part, we have not seen much physical evidence of change (mainly call buttons and *cameras* in the tunnel).
- The Hispanic men responsible for sexually assaulting ▇▇ work at ▇▇ restaurant and we feel that this is dangerous considering this particular restaurant is located directly across from an elementary, middle, and high school along with a university. We also do not feel that this restaurant needs to be supported by LU any longer.
- We believe strongly that Dr. Falwell can, and will do whatever he can do to see that change happens and the necessary means are taken to prevent this from occurring in the future so easily.
- We believe that this university is in direct violation of certain parts of the Jeanne Clery Act under the Higher Education Act of 1965, and would like to see improvement in this area.
- Dr. Falwell needs to know what is going on at his university. We also have seen over the years that he can get things done and if he is passionate

LU216

SL001111

**Rusk, Kathy**

| | |
|---|---|
| **From:** | Rusk, Kathy |
| **Sent:** | Monday, November 14, 2005 8:24 AM |
| **To:** | Hartless, Sharon |
| **Subject:** | ▮▮▮▮ |

Sharon,

Remember all the ▮▮▮▮▮, ▮▮▮▮▮ info?  Well they came by last week and dropped off a packet of info wanting JF to review it and get involved. (Emails, letters etc.) I took it and really didn't tell them at the time that he is not going to see it.

Anyway, ▮▮▮ is checking on it and I told her that we have the info they left, however, we are unable to schedule an appointment at this time.  I told her we'd have to get back to her.

Now,  how would Mr. Young like this to be handled?  Would you like me to fax copies of it to you and tell them that Dr. Falwell has referred this back to Mr. Young, would you like me to have Duke call them, or what do you think?  I can also tell them that Dr. Falwell is not getting involved as the Exec. VP and CEO has already reviewed it and is handling it for the University and therefore any further communication would need to go to him.

I'm not in any hurry about it as I told them we are unable to schedule an appointment at this time.  Just let me know what you think.  Thanks.

Kathy Rusk
Office of the Chancellor
434-582-2962

*"I shall not live until I see God, and when I have seen Him, I shall never die."  John Dodde*

11/14/2005

LU212

SL001112

Page 3 of 3

**From:** [redacted]
**Sent:** Wednesday, November 30, 2005 12:44 PM
**To:** Young, David L.; Mink, Hope A. (Dean of Women); Hine, Mark (VP StudentAffairs); Hartless, Sharon
**Subject:** Follow up

I am writing because I would like to know what has been done at LU in the way of security cameras, and call buttons. I don't know which of you will know the answer, so I just went ahead and sent this to you all. My roommate ([redacted]) ran into Dr. Falwell today and discussed the situation in small part with him. She and I were both very disappointed to find that he knew nothing of our situation when we have gone out of our way to let him know, and LU personnel have known since June.

I really thought that someone would have informed him by now of the situation. Hopefully we will get to meet with him now and see change, but I wanted to see if anything HAD changed that I was not aware of regarding this situation and the safety concerns.

Thank you all.

[redacted]

757[redacted]

**From:** Rusk, Kathy
**Sent:** Monday, November 14, 2005 8:10 AM
**To:** [redacted], [redacted]
**Subject:** RE: Question

[redacted],

We have the information you left, however, we are unable to schedule an appointment at this time. We'll get back to you.

Mrs. Rusk
**From:** [redacted], [redacted]
**Sent:** Wednesday, November 16, 2005 3:49 PM
**To:** Falwell, Jerry Dr.
**Subject:** A Question for Dr. Falwell

Dr. Falwell,

[redacted] and I wanted to write to you again, to find out if your office was in the process of setting up an appointment with us. We also wanted to let you know that if you have any questions about the severity or validity of the reports we wrote to you, then please contact LT. Jennifer Jones of LUPD and she can verify anything. There are people who have dealt with this situation very well and others who have treated it as if it was just an everyday occurence. We both feel it is necessary to meet with Dr. Falwell himself to discuss all that has gone in on his campus. A girl being raped on campus is a very big deal, and we feel that it is time to step up the action that is being taken in response, in order to prevent this from occuring again. We both feel that certain parts of the Jeanne Clery Act have been violated in the past 10 months at LU also. Our agenda is to see change, a safer campus, and a response that shows that LU is a school that cares about each student individually.

[redacted] and [redacted]

757-[redacted]
570-[redacted]

12/14/2005

LU200

SL001113

**From:** ▓▓▓▓, ▓▓▓▓ [▓▓▓▓▓@liberty.edu]
**Sent:** Tuesday, December 06, 2005 3:12 PM
**To:** Falwell, Jonathan; Falwell, J.L. JR
**Subject:** Concerns from a Student

To Whom it May Concern,

I am writing to you regarding concerns that my roommate and I have about Liberty and its safety. Before I go further I will say that I have presented this issue to everyone I could at Liberty before writing to you. My roommate and I have talked to Dave Young, Mark Hine, LUPD, Dean Mink, and we have also left information for Dr. Falwell to read, which I am under the impression he has not received yet. We both feel that if you, or Dr. Falwell get the details you will be sure to put safety measures into effect.

Our concern is that there need to be security cameras/ call buttons put into the tunnel that leads to and from East Campus. There also needs to be better lighting on main campus and East Campus. My roommate was sexually assaulted last semester on East Campus and I feel things wouldnt have been so bad, had there been better safety measures. I am asking that you look into this situation. ▓▓▓▓ and I have explained this whole thing over and over again, so I am not going to go into it again because it is exhausting. You can get any information regarding the assault case from LUPD via Lt. Jennifer Jones. She has worked with us extensively on the situation. You can also get information from Dave Young, as we have talked with him quite a bit or you can contact us.

I am emailing you because I know we might have a better chance of getting these issues taken care of this way. ▓▓▓▓ and I are both disappointed in how our concerns have been treated, and we would like to meet with someone who will put things into ACTION. Please give me whatever help you can. I believe ▓▓▓▓ ran into Dr. Falwell the other day and mentioned this to him. There is a packet of information that explains the whole situation and we left it with Kathy Rusk weeks ago, but Dr. Falwell has not received it. The front page of the information lays out what it is that we are asking be done in detail.

Also- it seems that LU is in violation of The Jeanne Clery Act, which is also a concern. A lot of things need to change, because safety is important, and it it gets harder and harder to watch my roommate be treated as if her situation does not matter. We have been in contact with LU personnel about getting safety taken care of since June. That is too long and I would appreciate if YOU could help us out.

Please look into this situation and help us however you possibly can.

Thank you!
▓▓▓▓▓▓ 757-▓▓-▓▓

12/14/2005

LU207

22/35

SL001114

Page 1 of 4

## Hartless, Sharon

**To:** J. L. Falwell, Jr.
**Cc:** Mark Hine; Dave Young; Mink, Hope A. (Dean of Women); Godwin, Ron AOL forwarding
**Subject:** RE: Concerns from a Student

JJ,

Ron Godwin was going to meet with ████ and ████ this afternoon, but ████ is already in Pennsylvania for the holidays. He will meet with them when they return for next semester. ████ ██ 's role in all of this is a concerned roommate who as you can see below has gotten more involved than ████.

I have a file if you want to review it, police reports, emails and information from the student file in the dean of women's office.

Sharon

**From:** J. L. Falwell, Jr. [mailto:████@s████.net]
**Sent:** Wednesday, December 14, 2005 2:06 PM
**To:** Hartless, Sharon
**Subject:** FW: Concerns from a Student

**From:** Smith, Randall E (Chief of Police) [mailto:████@liberty.edu]
**Sent:** Wednesday, December 14, 2005 12:31 PM
**To:** J. L. Falwell, Jr.; Spence, Charles P.; ████████
**Subject:** RE: Concerns from a Student

Ms. ████,

Liberty University has always been concerned with the safety of the students and staff. I have been here for 13 years and each year security/safety has improved and continues to improve. We have officers who patrol on bike, foot and vehicle. Liberty has the lowest violent crime rate for our size University in the state. Although cameras do provide a help in security coverage, they are not always the answer. Lighting is a big deterrent in crimes and I know that Mr. Spence has been working on this issue for awhile. Our officers, on patrol write up lighting problems and they are fixed immediately. We also recommend where lighting should be and that the University has always taken care of these needs. The tunnel is very well lit, but we still patrol this area on a regular basis, as well as patrolling the remote areas of campus. I have visited many Colleges and Universities to see how we can better improve our security/safety at LU, and I feel that we have a very secure campus. I will make sure that I cover these areas of concerns with our officers and the administration, so that we continue to provide the best safety and security environment for the LU community.

Chief Smith
LUPD

**From:** J. L. Falwell, Jr. [mailto:████@████.net]
**Sent:** Friday, December 09, 2005 4:33 PM
**To:** ████ ████
**Cc:** Smith, Randall E (Chief of Police); Spence, Charles P.

12/14/2005

LU204

SL001115

SHARE THIS:

**GET EMAIL UPDATES!**

Keep in touch with Julie and get updates in your inbox!

Don't worry we won't spam you.

More to explore



## EXCLUSIVE: Plaintiff in Class-Action Lawsuit Accuses Liberty U of 'Retraumatizing' & 'Insulting' Jane Does

May 10, 2022 7 Comments

In an exclusive interview with The Roys Report (TRR), a rape victim and plaintiff in a highly publicized class-action lawsuit against Liberty

SHARE THIS:

Read More »

SL001116



## New Lawsuit Accuses Liberty U of Retaliating Against Rape Victim

April 28, 2022 9 Comments

A former Liberty University student alleges in a new lawsuit that the institution "demonstrated systematic deliberate indifference" and "perpetuated a sexually hostile

SHARE THIS:

Read More »



## Liberty University Issued No Warnings After On-Campus Sexual Assaults, Students Say

December 15, 2021 1 Comment

Liberty University did not warn its student body after campus police were told in November that a professor had groped a student

SL001117

SHARE THIS:

Read More »
discussion

## 19 thoughts on "The 'Gang Rape' Liberty University Refuses to Acknowledge"

1. ***Joe Miller***

   June 1, 2021 at 10:02 am
   They couldn't offer a scholarship large enough for me to even consider sending one of my kids there. I feel so sorry for the students there who are still attending in the evil culture that seems to prevail there, as well as any good and honest staff that remains there. LU sure seems to be an abomination, and a continuing pit of such ungodly upper level management. Sad!

   Reply

2. This is an excellent article on so many fronts.

   1. It really helps with the idea of the "perfect victim" problem in the Evangelical world. I am sure we will get the usual plethora of responses about how Kathy brought this all on herself etc. She was not a good enough victim to warrant compassion and justice.

   In a recent support group in Finland a group of Muslim men could not accept that if a girl was walking unescorted at 3 am in the city wearing a mini skirt that she was as protected under the law from sexual harassment as a woman dressed like a Nun.

   In India, after the dreadful rape and murder of a young woman on a Bus the perp. said it was the girls fault as she should not have been out that late without a male family member.

   Maybe Falwell's Fighting Fundies gave them lessons.

   2. The second point is not uniquely American but it is probably uniquely American Evangelical and that is the "Greater Good" of the institution must be protected from the "lesser good" of these "grey area" cases by protecting the image of the Institution.

   3. How could anyone in their right mind could not believe that we need a "Feminist" restoration movement in the Evangelical Church to offset the utter mess that White Men with Easy Answers have created. I think the time has come for every leadership position in every American Evangelical structure to have a female Associate Leader.

   Reply

SL001118

3. *Brian Patrick*

June 1, 2021 at 10:26 am

Falwell Sr. was the real problem, not his son. The rot started from the top, from the beginning. Remember that Falwell's first moral crusade was for segregation, not any Christian cause.

What I want to know is if the rapist was actually a Liberty student or employee. He certainly looks to have had friends in high places at Liberty.

Reply

1. *Ryan Osborne*

June 1, 2021 at 11:58 am

This is a valuable point that I think many people lose sight of due to the seemingly unending new examples of ways Jr finds to screw things up. I'm always reminded of the the perspective the Tweet below provides, though it doesn't excuse his behaviors one bit.

https://ryanosborne.net/images/falwells-family-legacy.jpg

Reply

1. *Brian fox*

June 1, 2021 at 4:41 pm

Who feeds a person their own pet!?

That's twisted!

Reply

4. *Warren Millard Roy*

June 1, 2021 at 1:08 pm

It makes me sick when rape is more or less kept covered by churches, Christian Schools, etc.
I believe that such crimes should be SEVERILY dealt with and NOTHING done.
If anyone is sexually assaulted on church grounds or the grounds of a Christian College, etc it needs to be dealt with quickly
and not covered up!
If they think covering up for rape or sexual molestation will help avoid a reproach they are wrong! It is covering that causes the worst reproach!

Reply

SL001119

5. *VANCE SNYDER*

June 1, 2021 at 1:48 pm

I am so so sorry for what happened to you Kathy. Words cannot even begin to... I am speachless! I pray that you are doing better and I hope that justice will be served in your case. The jaded responses from university administration are "UNBELIEVABLE", what utterly cold-hearted responses. I cannot imagine a public university even stooping this low.

Reply

6. ***Ron Whited***

June 1, 2021 at 3:49 pm

It is appalling that this university identifies as a "Christian" university. What exactly do lies, cover-ups, and more lies have to do with being Christian? The leadership of Liberty that included Falwell senior was nothing less than wolves in sheep's clothing. Apparently, that description fits as accurately today as it did when this poor girl was raped. How any parent could send their child to such a place is beyond me.

Reply

SL001120

7. *Mr. Ralph Jesperson*

June 1, 2021 at 7:03 pm

Jesus said that what you do to the least of these you have done to Me! I do not think there is an English word foul enough to accurately describe what Liberty U Admin people have done to Jesus Christ. What really gets me though is how many "Christians" could care less about these things. They will praise the institution. They will praise the godless man who created this whole mess, (This article does a clear job of describing Sr. as every bit as wicked as anyone else.)

I have seen a holding cell in hell reserved for the goats or false Christians. It was the most real place I have ever experienced, it scared the hell out of me. This article describes why such a place has to exist. Without that there is no justice and because that is the foundation of God's rule there would be no God…

Reply

SL001121

1. *Tammy Davis*

June 1, 2021 at 8:08 pm

Hold up....you say u literally saw the holding cell for phony "Christians" ??!! Do u mean this literally??? What the frick?? I mean Kathy's story is horrific n sadly very common but..what did you see in hell??

Reply

1. *Mr. Ralph Jesperson*

June 1, 2021 at 9:36 pm

Yes I did, the year that my brother died. It was a warning to my brother who had gotten saved at a summer camp as a kid, but soon grew very angry and rebellious. He was undergoing treatment for Leukemia at the time. He did whatever he wanted to and totally ignored Christ as an adult.

The dream is written down and is lengthy but the short of it was travelling, the having my life flash before me, then finding myself in a dark room when I was expecting to meet God and see heaven. I was in a pit with blood red translucent walls. There was a reminder there of when I was supposed to have gotten saved. The only light came from two vents at the bottom of the room with a far off flickering from a lake of fire. Then I noticed I was not alone but there was a demon much stronger than I in there with me. Very creepy and real.

Thanks for taking this seriously. I talk about this periodically when the topic is appropriate but people just ignore it. It is the last thing they should ignore! Jesus talked about a real place but we would prefer to believe in heaven and ignore the alternative.

Reply

SL001122

8. *Sarah Leitner*

June 1, 2021 at 8:49 pm

There is always a reason. I reported the abuse I went through to Title IX on multiple occasions between 2016 and 2019; each report was deemed "incomplete". When I tried to ask what else they wanted from me, I never received a meaningful answer. This is a huge problem at Liberty and has to stop. I already knew of several stories like this. I mourn again. Too many are being sacrificed. Julie, if you want to contact me, email me. My advocacy, and that of others, will continue. Kathy, I pray for you tonight.

Reply

1. *Vance Snyder*

June 2, 2021 at 11:59 am

Thank you Sarah,

I am truly sorry. These experiences mark ones life. May God's grace be upon you. I will pray for you as well.

Reply

SL001123

9. ***Joy Henry***

<u>June 2, 2021 at 8:22 am</u>

Jesse Mathews was a football player on the LU football team in 2002 when he was accused of rape by a student. He was not charged due to "lack of evidence". He was kicked off of the football team and out of school. This became known after he raped and murdered at least two college students from nearby colleges in Virginia a decade later. Not sure if Liberty had any part in him not being charged. I pray not.

<u>Reply</u>

1. Yes, the Matthew story is a tragic tale that points to the same pattern. I wasn't able to include this information in the article because it was already so long. But Mark Tinsley was one of the LUPD officers that responded to a report of a rape in progress on October 17, 2002–the day Matthew reportedly raped a Liberty student. Tinsley said that by the time the officers arrived at the scene on campus, no one was there. However, Tinsley said he's positive that he wrote and filed a report with LUPD. When I asked Liberty for the reported rape on Oct. 17, 2002, Liberty said they did not have a report. However, Lynchburg Police Department (LPD) was able to produce a report for that night because LUPD referred the matter to LPD. You can view the LPD report here:

   <u>https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:9d597b1a-6f70-47b4-aca8-8abf1d6bae59</u>

   It is absolutely tragic that this rape victim did not go forward with the case. I hope some day she comes forward and tells her story of why she didn't press charges.

   <u>Reply</u>

10. ***Drennan Spitzer***

<u>June 3, 2021 at 4:04 pm</u>

This is all so vile and disgusting. It breaks my heart. I want to somehow write it off as being the outcome of bad theology. But it feels like there's something more insidious than this going on here. So very sad.

<u>Reply</u>

SL001124

11. *Ted Koehl*

June 3, 2021 at 4:22 pm
Respectfully, to all parties involved in this incident.

As a very experienced criminal investigator, this report creates many more questions than it seems to answer.
1. Why did the victim hitch a ride with a stranger (Hispanic male) in the early morning hours-and then Not report immediately when the subject tried to grope her (sexual assault)?
2. Why would the same victim consent to going on a date to a movie soon thereafter, where she alleges she was groped again (second sexual assault) by the same subject-and Not report it to the police?
3. Why would the victim Not report harassment (stalking) by the same subject in the following days?
4. Given the propensity of sexual assaults, harassments, stalking and other threats, why would the victim be leaving her workplace or walking around Alone on the campus???
5. Most college and university campuses have student/faculty escort services consisting of trained students working for the campus police or campus security. Why wasn't this avenue explored, especially given the recent threats to the victim's safety?
6. While another student called the Liberty Police to report a "possible" sexual assault, why was only a single officer dispatched? Where were the detectives/investigators?
7. Why did the victim "need" to shower right away and thus damage and/or destroy critical evidence of a sexual assault?
8. Why did the victim throw away her underclothes? Did she go anywhere from the crime scene to the dorm room?
9. Why wasn't the entire crime scene searched by competent, experienced law enforcement personnel?
10. Why wasn't the Lynchburg PD notified to be on the lookout for suspects/ evidence/ and to possibly assist with the crime scene and subsequent investigation?
11. Why wasn't the Virginia State Police Crime Scene Unit called (available to ALL agencies) to respond and process the crime scene, and if asked, to conduct the criminal investigation?
12. Why did the victim Not consent to a Physical Evidence Recovery Kit (PERK) for trained medical personnel at the hospital to document injuries to the victim, and to collect essential physical evidence of a rape/sexual assault? It can be understandable that the victim might "feel" the medical staff was rude, although, given the seriousness of the crime, this seems unlikely. Either way, critical evidence was not collected from the victim.
13. While it seems easy to make allegations against a university or agency Years later for supposed inaction, the case seems to be lacking the very basics needed to actually document a crime, process the scene for evidence, interview at least one or more suspects "known" to the victim-she called and had conversations with this subject,

SL001125

along with repeated meetings, insults, harassments, etc.

Why wasn't the suspect given more than a cursory interview-where he admitted to having "consensual sex" with the victim. Why did she not report an episode of "consensual sex?"

14. The Cleary Act violation and fine for $120k appears to be nothing more than a simple "go away payment." Often, contesting such opinion, politically driven cases through the courts can take millions of dollars and many years to overcome, even if the defendant did nothing wrong. The "process IS the punishment," and it is a well known fact by most attorneys and corporate executives. A simple payoff is much cheaper-and, as in this case-there was Zero admission of guilt or wrong doing, or liability on the part of the university.

15. Last-nothing in the above questions should infer that either the university or the victim or any of the other people involved acted improperly or were negligent. Rape IS a serious violent crime and should be treated as such, both from the complaining victim and the law enforcement agency responsible for properly documenting the incident.

Reply

12. I hold so much admiration in my heart for people like Kathy and her roommate who Do. Not. Give. Up. I'm privileged to personally know one or two people like that with similar stories.

You amaze and inspire me with your tenacity and perseverance for justice and truth in the face of obfuscation and lies and deceit and coverups and downright corruption.

Thank you.

Reply

13. **Susan lancaster**

March 24, 2022 at 3:23 pm

Why would a woman get in a car with a stranger who then gropes you and then you give him your phone number and accept a date from him?? No person deserves rape or stalking. Please ladies use some discretion and discernment. Avoid putting yourself in this horrible situation.

Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

Comments are limited to 300 words.

## Leave a Reply

SL001126

35/35

SL001127