| From: | Chris Seigel | Wondery <chris@wondery.com> |
|---|---|
| Sent: | Monday, April 12, 2021 1:06 PM |
| To: | Lamb, Scott <scottlamb@liberty.edu> |
| Cc: | Maeve McGoran <maevemcgoran@gmail.com> |
| Subject: | Re: [External] Liberty University Press Request - Wondery |

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



**From:** "Lamb, Scott" <scottlamb@liberty.edu>

Lamb Rule 41
Exhibit 15(a)

LU004047

**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.
We will decline this opportunity, but thank you for asking.

-Scott

**Scott Lamb**
*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771
Office (434) 592-6836



*Liberty University | Training Champions for Christ since 1971*

On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,
Chris Seigel

--
**Chris Seigel**
**Producer, Miniseries**
Office: 424-324-2628
Cell: 317-690-2824
Download the new Wondery App today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



| From: | Chris Seigel | Wondery <chris@wondery.com> |
|---|---|
| Sent: | Tuesday, June 29, 2021 12:11 PM |
| To: | Lamb, Scott <scottlamb@liberty.edu> |
| Cc: | Maeve McGoran <maevemcgoran@gmail.com> |
| Subject: | Re: [External] Liberty University Press Request - Wondery |

Hi Scott,

We are continuing our Wondery series involving Liberty and want to give Liberty University the opportunity to respond to relevant questions. We ask for a response by next Monday, July 5th. Below is the list of questions. Thanks!

Chris

- Do you have any comment on the Title IX class action lawsuit filed by the Religious Exemption Accountability Project against the Department of Education, and its potential impact on Liberty and other religious universities that REAP says discriminate against LGBTQ students? How much funding would Liberty lose, and how much of problem would it be to make up that amount with other funds?
- We've talked to a number of former Liberty students who did conversion/reparative therapy (they met with Dane Emerick, attended Band of Brothers) at Liberty University. They felt it wasn't based on science and resulted in emotional and psychological harm to them, and we wanted to give you the chance to comment on that.
- We've been told that in the past, Liberty has singled out employees suspected of being gay and fired them - can you comment on that?
- Both students and former employees have told us they believe Liberty's IT department accessed their accounts without permission. Is this allowed at Liberty?
- We've talked to numerous people who said that Liberty has not created an environment that is safe for students. Do you have a response to that assertion?
- A student who started at Liberty around 2017 said they didn't get safety advice at Liberty. Do you have a response?
- We've talked with former students who have told us they were taught that wives should submit to their husbands and that girlfriends should submit to their boyfriends. We want to give you a chance to respond to that claim.
- Are you confident in the accuracy of Liberty's Clery Act records? Many years show no crimes of any kind committed against Liberty students off-campus.
- When Jerry Falwell Jr invited students to his farm on the night of April 29th, was there a response from Liberty? What was it?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Monday, April 12, 2021 at 10:06 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

Lamb Rule 41
Exhibit 15(b)

LU004332

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** "Lamb, Scott" <scottlamb@liberty.edu>
**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.
We will decline this opportunity, but thank you for asking.

-Scott

*
**Scott Lamb**
*Senior Vice President of Communications and Public Engagement*


Cell (434) 262-2771
Office (434) 592-6836



*Liberty University  |  Training Champions for Christ since 1971*


On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

LU004333

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,
Chris Seigel

—
**Chris Seigel**
**Producer, Miniseries**
**Office:** 424-324-2628
**Cell:** 317-690-2824
**Download the new Wondery App today**
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



LU004334

| From: | Chris Seigel | Wondery <chris@wondery.com> |
|---|---|
| Sent: | Thursday, July 8, 2021 3:53 PM |
| To: | Lamb, Scott <scottlamb@liberty.edu> |
| Cc: | Maeve McGoran <maevemcgoran@gmail.com> |
| Subject: | Re: [External] Liberty University Press Request - Wondery |

In addition to the previous questions, we have a few more.

- A former student told us photographs of injuries she says were caused during a sexual assault were removed from the evidence to be presented to the Title IX committee considering her case. She says a Liberty staff member told her they were removed because they were too explicit and she had to petition to have them reinstated - can you comment on that?
- A former student said she was advised by a Liberty counselor to have herself admitted to the psych ward of a hospital for observation in order to be prescribed psychiatric medication - do you have any comment on that?
- A former student told us an RA advised her not to open a Title IX investigation concerning a sexual assault because she had been drinking and would be punished because she broke the Liberty Way. Can you comment on this?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Tuesday, June 29, 2021 at 9:11 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

We are continuing our Wondery series involving Liberty and want to give Liberty University the opportunity to respond to relevant questions. We ask for a response by next Monday, July 5th. Below is the list of questions. Thanks!

Chris

- Do you have any comment on the Title IX class action lawsuit filed by the Religious Exemption Accountability Project against the Department of Education, and its potential impact on Liberty and other religious universities that REAP says discriminate against LGBTQ students? How much funding would Liberty lose, and how much of problem would it be to make up that amount with other funds?
- We've talked to a number of former Liberty students who did conversion/reparative therapy (they met with Dane Emerick, attended Band of Brothers) at Liberty University. They felt it wasn't based on science and resulted in emotional and psychological harm to them, and we wanted to give you the chance to comment on that.
- We've been told that in the past, Liberty has singled out employees suspected of being gay and fired them - can you comment on that?
- Both students and former employees have told us they believe Liberty's IT department accessed their accounts without permission. Is this allowed at Liberty?
- We've talked to numerous people who said that Liberty has not created an environment that is safe for students. Do you have a response to that assertion?
- A student who started at Liberty around 2017 said they didn't get safety advice at Liberty. Do you have a response?
- We've talked with former students who have told us they were taught that wives should submit to their husbands and that girlfriends should submit to their boyfriends. We want to give you a chance to respond to that claim.
- Are you confident in the accuracy of Liberty's Clery Act records? Many years show no crimes of any kind committed against Liberty students off-campus.
- When Jerry Falwell Jr invited students to his farm on the night of April 29th, was there a response from Liberty? What was it?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Monday, April 12, 2021 at 10:06 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--
Chris Seigel
Producer, Miniseries
Office: 424-324-2628
Cell: 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!

LU004338



**From:** "Lamb, Scott" <scottlamb@liberty.edu>
**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.

We will decline this opportunity, but thank you for asking.

-Scott

**Scott Lamb**
*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771
Office (434) 592-6836



*Liberty University | Training Champions for Christ since 1971*

On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,
Chris Seigel

--
**Chris Seigel**
**Producer, Miniseries**
**Office:** 424-324-2628
**Cell:** 317-690-2824
Download the new **Wondery App** today
Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



| From: | Maeve McGoran <maevemcgoran@gmail.com> |
|---|---|
| Sent: | Tuesday, July 20, 2021 3:11 PM |
| To: | Chris Seigel \| Wondery <chris@wondery.com> |
| Cc: | Lamb, Scott <scottlamb@liberty.edu> |
| Subject: | Re: [External] Liberty University Press Request - Wondery |

Hi Mr. Lamb, may we also request any statement you might release on any of the recent Title IX lawsuits against Liberty?

Thank you!
Maeve

On Thu, Jul 8, 2021 at 3:53 PM Chris Seigel \| Wondery <chris@wondery.com> wrote:

In addition to the previous questions, we have a few more.

- A former student told us photographs of injuries she says were caused during a sexual assault were removed from the evidence to be presented to the Title IX committee considering her case. She says a Liberty staff member told her they were removed because they were too explicit and she had to petition to have them reinstated - can you comment on that?
- A former student said she was advised by a Liberty counselor to have herself admitted to the psych ward of a hospital for observation in order to be prescribed psychiatric medication - do you have any comment on that?
- A former student told us an RA advised her not to open a Title IX investigation concerning a sexual assault because she had been drinking and would be punished because she broke the Liberty Way. Can you comment on this?

--

Chris Seigel

Producer, Miniseries

**Office:** 424-324-2628

**Cell:** 317-690-2824

**Download the new Wondery App today**

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** Chris Seigel \| Wondery <chris@wondery.com>
**Date:** Tuesday, June 29, 2021 at 9:11 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

We are continuing our Wondery series involving Liberty and want to give Liberty University the opportunity to respond to relevant questions. We ask for a response by next Monday, July 5th. Below is the list of questions. Thanks!

Lamb Rule 41
Exhibit 15(d)
LU004351

Chris

- Do you have any comment on the Title IX class action lawsuit filed by the Religious Exemption Accountability Project against the Department of Education, and its potential impact on Liberty and other religious universities that REAP says discriminate against LGBTQ students? How much funding would Liberty lose, and how much of problem would it be to make up that amount with other funds?
- We've talked to a number of former Liberty students who did conversion/reparative therapy (they met with Dane Emerick, attended Band of Brothers) at Liberty University. They felt it wasn't based on science and resulted in emotional and psychological harm to them, and we wanted to give you the chance to comment on that.
- We've been told that in the past, Liberty has singled out employees suspected of being gay and fired them - can you comment on that?
- Both students and former employees have told us they believe Liberty's IT department accessed their accounts without permission. Is this allowed at Liberty?
- We've talked to numerous people who said that Liberty has not created an environment that is safe for students. Do you have a response to that assertion?
- A student who started at Liberty around 2017 said they didn't get safety advice at Liberty. Do you have a response?
- We've talked with former students who have told us they were taught that wives should submit to their husbands and that girlfriends should submit to their boyfriends. We want to give you a chance to respond to that claim.
- Are you confident in the accuracy of Liberty's Clery Act records? Many years show no crimes of any kind committed against Liberty students off-campus.
- When Jerry Falwell Jr invited students to his farm on the night of April 29th, was there a response from Liberty? What was it?

--

**Chris Seigel**

**Producer, Miniseries**

**Office:** 424-324-2628

**Cell:** 317-690-2824

**Download the new Wondery App today**

**Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows** including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Monday, April 12, 2021 at 10:06 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

LU004352

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

LU004353

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--

**Chris Seigel**

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!

WONDERY

---

**From:** "Lamb, Scott" <scottlamb@liberty.edu>
**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.

We will decline this opportunity, but thank you for asking.

-Scott

.

**Scott Lamb**

*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771

Office (434) 592-6836

LU004354



*Liberty University | Training Champions for Christ since 1971*

On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,

Chris Seigel

--

**Chris Seigel**

**Producer, Miniseries**

**Office:** 424-324-2628

**Cell:** 317-690-2824

**Download the new Wondery App today**

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!

| **From:** | Maeve McGoran <maevemcgoran@gmail.com> |
|---|---|
| **Sent:** | Tuesday, July 20, 2021 4:38 PM |
| **To:** | Lamb, Scott <scottlamb@liberty.edu> |
| **Cc:** | Chris Seigel | Wondery <chris@wondery.com> |
| **Subject:** | [External] Re: Liberty University Statement Regarding Jane Does' Lawsuit July 20 2021 |

---

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

---

Thank you, Scott!

Maeve

On Tue, Jul 20, 2021 at 4:24 PM Lamb, Scott <scottlamb@liberty.edu> wrote:
> See attached.
>
>
> **Scott Lamb**
> *Senior Vice President of Communications and Public Engagement*
>
> Cell (434) 262-2771
> Office (434) 592-6836
>
> 
>
> *Liberty University  |  Training Champions for Christ since 1971*
>
>
> On Jul 20, 2021, at 3:10 PM, Maeve McGoran <maevemcgoran@gmail.com> wrote:
>
>> Hi Mr. Lamb, may we also request any statement you might release on any of the recent Title IX lawsuits against Liberty?
>>
>> Thank you!
>> Maeve
>>
>>
>> On Thu, Jul 8, 2021 at 3:53 PM Chris Seigel | Wondery <chris@wondery.com> wrote:
>>
>>> In addition to the previous questions, we have a few more.
>>>
>>> - A former student told us photographs of injuries she says were caused during a sexual assault were removed from the evidence to be presented to the Title IX committee considering her case. She says a Liberty staff member told her they were removed because they were too explicit and she had to petition to have them reinstated - can you comment on that?
>>> - A former student said she was advised by a Liberty counselor to have herself admitted to the psych ward of a hospital for observation in order to be prescribed psychiatric medication - do you have any comment on that?
>>> - A former student told us an RA advised her not to open a Title IX investigation concerning a sexual assault because she had been drinking and would be punished because she broke the Liberty Way. Can you comment on this?
>>>
>>>
>>>
>>>
>>> --
>>>
>>> Chris Seigel
>>>
>>> Producer, Miniseries
>>>
>>> Office: 424-324-2628
>>>
>>> Cell: 317-690-2824
>>>
>>> Download the new **Wondery App** today
>>>
>>> Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!

Lamb Rule 41
Exhibit 15(e)
LU004360



**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Tuesday, June 29, 2021 at 9:11 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

We are continuing our Wondery series involving Liberty and want to give Liberty University the opportunity to respond to relevant questions. We ask for a response by next Monday, July 5th. Below is the list of questions. Thanks!

Chris

- Do you have any comment on the Title IX class action lawsuit filed by the Religious Exemption Accountability Project against the Department of Education, and its potential impact on Liberty and other religious universities that REAP says discriminate against LGBTQ students? How much funding would Liberty lose, and how much of problem would it be to make up that amount with other funds?
- We've talked to a number of former Liberty students who did conversion/reparative therapy (they met with Dane Emerick, attended Band of Brothers) at Liberty University. They felt it wasn't based on science and resulted in emotional and psychological harm to them, and we wanted to give you the chance to comment on that.
- We've been told that in the past, Liberty has singled out employees suspected of being gay and fired them – can you comment on that?
- Both students and former employees have told us they believe Liberty's IT department accessed their accounts without permission. Is this allowed at Liberty?
- We've talked to numerous people who said that Liberty has not created an environment that is safe for students. Do you have a response to that assertion?
- A student who started at Liberty around 2017 said they didn't get safety advice at Liberty. Do you have a response?
- We've talked with former students who have told us they were taught that wives should submit to their husbands and that girlfriends should submit to their boyfriends. We want to give you a chance to respond to that claim.
- Are you confident in the accuracy of Liberty's Clery Act records? Many years show no crimes of any kind committed against Liberty students off-campus.
- When Jerry Falwell Jr invited students to his farm on the night of April 29th, was there a response from Liberty? What was it?

–

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



LU004361

**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Monday, April 12, 2021 at 10:06 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

LU004362

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** "Lamb, Scott" <scottlamb@liberty.edu>
**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.

We will decline this opportunity, but thank you for asking.

-Scott

**Scott Lamb**

*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771

Office (434) 592-6836

# LIBERTY
UNIVERSITY

*Liberty University | Training Champions for Christ since 1971*

On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

_____

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

_____

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,

Chris Seigel

‐

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



LU004364

| From: | Lamb, Scott </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9486496F07C9437183FC56652C82AB09-WSLAMB1> |
|---|---|
| Sent: | Tuesday, July 20, 2021 4:25 PM |
| To: | Maeve McGoran <maevemcgoran@gmail.com> |
| Cc: | Chris Seigel | Wondery <chris@wondery.com> |
| Subject: | Liberty University Statement Regarding Jane Does' Lawsuit July 20 2021 |
| Attach: | image001.png; image002.png; image003.png; image004.png; image005.png; LIBERTY UNIVERSITY STATEMENT REGARDING JANE DOES' LAWSUIT July 20 2021.pdf |

See attached.

**Scott Lamb**
*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771
Office (434) 592-6836



*Liberty University | Training Champions for Christ since 1971*

On Jul 20, 2021, at 3:10 PM, Maeve McGoran <maevemcgoran@gmail.com> wrote:

Hi Mr. Lamb, may we also request any statement you might release on any of the recent Title IX lawsuits against Liberty?

Thank you!
Maeve

On Thu, Jul 8, 2021 at 3:53 PM Chris Seigel | Wondery <chris@wondery.com> wrote:

In addition to the previous questions, we have a few more.

- A former student told us photographs of injuries she says were caused during a sexual assault were removed from the evidence to be presented to the Title IX committee considering her case. She says a Liberty staff member told her they were removed because they were too explicit and she had to petition to have them reinstated - can you comment on that?
- A former student said she was advised by a Liberty counselor to have herself admitted to the psych ward of a hospital for observation in order to be prescribed psychiatric medication - do you have any comment on that?
- A former student told us an RA advised her not to open a Title IX investigation concerning a sexual assault because she had been drinking and would be punished because she broke the Liberty Way. Can you comment on this?

—

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



Lamb Rule 41
Exhibit 15(f)

LU004786

**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Tuesday, June 29, 2021 at 9:11 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

Hi Scott,

We are continuing our Wondery series involving Liberty and want to give Liberty University the opportunity to respond to relevant questions. We ask for a response by next Monday, July 5th. Below is the list of questions. Thanks!

Chris

- Do you have any comment on the Title IX class action lawsuit filed by the Religious Exemption Accountability Project against the Department of Education, and its potential impact on Liberty and other religious universities that REAP says discriminate against LGBTQ students? How much funding would Liberty lose, and how much of problem would it be to make up that amount with other funds?
- We've talked to a number of former Liberty students who did conversion/reparative therapy (they met with Dane Emerick, attended Band of Brothers) at Liberty University. They felt it wasn't based on science and resulted in emotional and psychological harm to them, and we wanted to give you the chance to comment on that.
- We've been told that in the past, Liberty has singled out employees suspected of being gay and fired them - can you comment on that?
- Both students and former employees have told us they believe Liberty's IT department accessed their accounts without permission. Is this allowed at Liberty?
- We've talked to numerous people who said that Liberty has not created an environment that is safe for students. Do you have a response to that assertion?
- A student who started at Liberty around 2017 said they didn't get safety advice at Liberty. Do you have a response?
- We've talked with former students who have told us they were taught that wives should submit to their husbands and that girlfriends should submit to their boyfriends. We want to give you a chance to respond to that claim.
- Are you confident in the accuracy of Liberty's Clery Act records? Many years show no crimes of any kind committed against Liberty students off-campus.
- When Jerry Falwell Jr invited students to his farm on the night of April 29th, was there a response from Liberty? What was it?

—

Chris Seigel

Producer, Miniseries

**Office:** 424-324-2628

**Cell:** 317-690-2824

**Download the new Wondery App today**

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** Chris Seigel | Wondery <chris@wondery.com>
**Date:** Monday, April 12, 2021 at 10:06 AM
**To:** "Lamb, Scott" <scottlamb@liberty.edu>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

LU004787

Hi Scott,

Thank you for your response! We want to give Liberty University the opportunity to respond to questions relevant to our series. We ask for a response by next Monday, April 19th. Below is the list of questions. Thanks!

-Why did the board ask for Jerry Falwell Jr's resignation on August 24th, 2020?

-A number of members of the Falwell family work at Liberty. What are Liberty's policies concerning the hiring of relatives of administrators?

-Is there any policy about members of Liberty's Board of Trustees being related to one another?

-Has Liberty ever contracted University work to members of its Board of Trustees or relatives of Board members? Has Liberty awarded scholarships to relatives of Board members?

-What is the status of the Baker Tilly investigation into President Jerry Falwell Jr's tenure at Liberty? Are any other investigations underway?

-There were press reports, citing anonymous sources, that questioned Mrs. Falwell's conduct with former students - is the University attempting to investigate any of those claims?

-Why did Liberty loan funds to Bobby Moon to set up Construction Management Associates?

-Why did the university decide not to use or hire its own employees to oversee construction projects, rather than contracting with an outside company? Was there a bidding process before the university contracted with CMA?

-How many loans has the university made to CMA? Who approved them? Were those funds secured?

-What work did CMA perform for the University?

-We've been told some construction projects at Liberty incurred rush fees. Who approved those additional charges and why?

-A number of news organizations have reported on Liberty's real estate deals with a former student, Ben Crosswhite. Did anyone at Liberty besides Mr. Falwell approve those deals or have oversight of them?

-Why has Liberty invested in private companies? Who is involved in the decision-making process as to which individuals and companies to invest in?

-Who at Liberty had oversight of Mr. Falwell's spending and travel?

-How often did Mr. Falwell use University-owned or University-chartered aircraft for personal travel? Did anyone other than Mr. Falwell determine which trips were personal? How many trips were personal? When Mr. Falwell reimbursed the University for personal travel, what was he charged?

LU004788

-Why did Liberty University build a tunnel under railroad tracks to link to an adjacent shopping center?

-Are there any restrictions on university employees working on projects or companies affiliated with the university, in addition to their regular jobs? Are there any restrictions on projects or companies affiliated with the university hiring university employees?

-Has Liberty provided homes for any university employees?

-What policies has Liberty had in place covering workplace behavior, sexual harassment, etc? What is the complaint process? Who assures that these policies are in compliance with Title IX?

--

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!



---

**From:** "Lamb, Scott" <scottlamb@liberty.edu>
**Date:** Friday, March 26, 2021 at 11:21 AM
**To:** Chris Seigel | Wondery <chris@wondery.com>
**Cc:** Maeve McGoran <maevemcgoran@gmail.com>
**Subject:** Re: [External] Liberty University Press Request - Wondery

EXTERNAL MESSAGE: Use caution when clicking links or attachments.

We will decline this opportunity, but thank you for asking.

-Scott

**Scott Lamb**

*Senior Vice President of Communications and Public Engagement*

Cell (434) 262-2771

Office (434) 592-6836

LU004789



*Liberty University | Training Champions for Christ since 1971*

On Mar 26, 2021, at 2:18 PM, Chris Seigel | Wondery <chris@wondery.com> wrote:

_____

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

_____

Hello Scott,

I'm a producer at Wondery. We've produced critically acclaimed podcast series partnering with the LA Times, the Boston Globe, and Bloomberg. Our series include Dr. Death, Apology Line, The Shrink Next Door, and WeCrashed.

We're currently working on a project about the Falwell family and Liberty University. We'd like to submit an interview request - can you help us with that?

Either myself, the reporter on this series - Maeve McGoran (CCd), or one of our executive producers would be happy to jump on a phone call to answer any questions.

Thank you,

Chris Seigel

--

Chris Seigel

Producer, Miniseries

Office: 424-324-2628

Cell: 317-690-2824

Download the new **Wondery App** today

Join Wondery+ for ad-free listening, exclusives, and early access to our binge-worthy shows including Against the Odds, Dr. Death, Even the Rich, Business Wars and more!

**LIBERTY UNIVERSITY STATEMENT REGARDING JANE DOES' LAWSUIT**

July 20, 2021

The allegations in the Jane Doe 1-12 v. Liberty University lawsuit are deeply troubling, if they turn out to be true.  Many of the claims are the complete opposite of how the University's policies and procedures were designed to operate over the years.  Liberty has invested mightily in programs and personnel to help maintain a safe campus and to support any and all victims of sexual assault who came forward.  Liberty has a robust non-discrimination policy, which includes an amnesty policy to encourage victims to make reports without fearing that their involvement in other activities like drinking alcohol or extramarital sex will be disciplined under the student honor code.  That policy includes a fair process for resolving disputes about rape, sexual harassment, sex discrimination and retaliation, as well as providing supportive measures as appropriate.  It would be heartbreaking if those efforts had the results claimed in this lawsuit.  We will immediately look into each of these claims to determine what needs to be done to make things right, if they turn out to be true.  Because the claims are made anonymously and go back many years, in one case over two decades, it will take some time to sort through.

LU004791

## 'In God We Lust' Is a Gossipy Take on the Falwell Saga. We Need More

**sojo.net**/articles/god-we-lust-gossipy-take-falwell-saga-we-need-more

August 3, 2021

CommentaryArts & Culture
By Devi Abraham



Aug 3, 2021

Share

In a 2019 phone call, Michael Cohen — the former personal lawyer and fixer for then-President Donald Trump — joked to comedian Tom Arnold that "the evangelicals are kinkier than Tom Arnold." A recording of that call, which was made without Cohen's knowledge, airs during episode four of *In God We Lust*, a new podcast from Wondery about the scandal that led Jerry Falwell Jr. to resign as president of Liberty University last year. While the show's gossipy tone offers an entertaining portrait of the affection Falwell and his wife had for, shall we say, the things of this world, listeners may find themselves wanting more. I know I did.

After years of related rumors, the news broke in August 2020 that former pool attendant Giancarlo Granda said he had an affair with Becki Falwell and that Falwell watched. Falwell was already on a forced leave of absence from Liberty University at the time because of an

Lamb Rule 41
Exhibit 15(g) 1/4

SL000486

Instagram photo (more on this later), but the news of the affair is what catalyzed his eventual resignation as president.

It's easy to understand why the Falwell story captured headlines. He was the president of one of the largest Christian universities in the world, a school where students had to abide by "The Liberty Way": No plagiarism, no alcohol, no drugs, no cigarettes, and of course, no sex outside of a heterosexual marriage. Falwell and his family flouted their own institution's rules in an over-the-top way. It's a story we know well: the rich guy who did whatever he wanted.

That's the angle of *In God We Lust*. Hosted by comedians Brooke Siffrinn and Aricia Skidmore-Williams, the podcast covers the lows of the eight-year-long Falwell-and-pool-boy saga. The show is a spinoff of their main gig, a podcast called *Even the Rich*. *In God We Lust* relies heavily on the main articles that covered the Falwell affair. It's a conversational format; Siffrinn spills the tea and Skidmore-Williams gasps in response (there is a lot to be shocked about).

*In God We Lust* gave me a better understanding of the impact the affair had on Granda. In the podcast, reporter Josh Kovensky speaks extensively to the almost addictive nature of the relationship and the way the Falwells groomed Granda. The show would have benefitted from the input of a therapist or psychologist here, someone who could have spoken to co-dependent relationships, particularly relationships where there is sex and business involvement and a large age gap.

The stories of Liberty University students are a highlight. This is where we discover the toll that the Falwells' choices had on individuals. Former student Callum Best put it this way in episode six: "You start to realize the kind of rot that's at the bottom of your community. And the idyllic nature of the place starts to feel more like decadence."

It's easy to believe him, especially those of us who grew up evangelical and understood that there were things you could never do without consequences. Former Liberty journalist Erin Covey lost her job as news editor of the student newspaper after she talked to national reporters about conflict between students and university administrators. LeeQuan McLaurin describes his shock when Falwell tweeted a photo with blackface and Ku Klux Klan imagery. McLaurin worked as an associate director of student engagement and director of diversity retention at the university from 2018 to 2020 but resigned after the tweet saga. Both of these stories point to deeper problems at Liberty University, but the show only dips its toes into the complexity of those issues, focusing instead on the Granda angle.

READ: Their Generation Was Shamed by Purity Culture. Here's What They're Building in its Place
The hosts point out that despite pushback from faculty and alumni, the Liberty board tolerated Falwell's many mistakes over the years, like the overtly racist tweet. It took the posting of a certain crude and strange photo for things to change.

SL000487

I was on Twitter when a <u>tweet</u> from Houston Chronicle religion reporter Robert Downen interrupted my scrolling: "Wut is happening," he wrote alongside a screenshot from Falwells Instagram. Falwell had posted a photo of himself, pants unzipped, belly hanging out, with his arm around a young woman who also had her pants unzipped and belly out.

For people on the outside, this photograph symbolizes all the problems with white evangelical culture: displays of wealth in the middle of a global pandemic, hypocrisy, terrible taste. But people inside of evangelicalism (especially Liberty students who had tried to follow the Liberty Way) also recognized something else in the photo. Public evidence of sexual impropriety is the beginning of the end.

We know because we lived through purity culture, which has projected implicit messages to our generation that there's no coming back from personal sexual indiscretion. It's the one thing you cannot do. When the news broke a few weeks later about Becki Falwell and Granda's affair, which involved Falwell looking on according to Granda, we knew that Falwell's time at Liberty University was over.

In evangelicalism, you can come back from an <u>abuse cover-up</u>, you can come back from overtly racist statements, but you can't come back from watching your wife have sex with another man.

Falwell denied his participation in the affair, claiming it was between his wife and Granda alone. In a statement he released, he wrote, "Becki had an inappropriate personal relationship with this person, something in which I was not involved." Becki Falwell went on to say that her husband was the most forgiving person she knew.

In an email to Sojourners, Calvin University history professor Kristin Kobes Du Mez said, "It's one thing to be the wronged husband who steps up and forgives his wife while noting he isn't perfect, either. There is a certain nobility to it. And it keeps him morally pure, and thus not disqualified from leadership."

Du Mez's recent bestseller, *Jesus and John Wayne,* explores the impact of militaristic masculinity and its impact on white evangelical culture. Falwell's explanation for the events could be categorized as his attempt to appear more masculine.

"The other story — that of him watching his wife have sex with another man — is the worst of both worlds. It undercuts his masculine prowess, and it places him in a morally indefensible position, and least in the eyes of evangelicals," Du Mez wrote.

*In God We Lust* is entertaining and engaging, but I wonder if this is what we need from the Jerry Falwell Jr. story. Yes, we can enjoy leering at it from a distance. Yes, we can marvel at the hypocrisy. But the story is also an invitation to reflect on the systems that allowed someone like Falwell to prosper for so long. I'm not sure that the gaze this show takes allows for that.

SL000488

In the final episode, we hear Callum Best acknowledge that what happened with Falwell is about more than the affair. He says, "We want the board to say they're sorry, but to say they're sorry they'd have to admit they stood by for years and just failed as trustees. They turned a blind eye. They did nothing."

Religious organizations in the United States are grappling with the impacts of abuse of power. Catholics, Southern Baptists, and so many other Christians could say to their current leaders, "You turned a blind eye. You did nothing." Falwell's scandal represents a bigger story of hypocrisy, purity culture, and corruption. It's one worth examining with a sober gaze.

<u>Devi Abraham</u>
Devi Abraham is a freelance writer and co-host of *Where Do We Go From Here?* a podcast that untangles sex, dating, and relationships for a new generation of Christians. She lives and works on Wurundjeri land of the Kulin Nations in Melbourne, Australia.



Got something to say about what you're reading? We value your feedback!

Becki Falwell and her husband Jerry Falwell Jr. in 2018.

<u>Public evidence of sexual impropriety is the beginning of the end.</u>

## Get Inscribed!

A monthly newsletter of art, culture, and social justice — straight to your inbox!

4/4

SL000489