**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| WALTER SCOTT LAMB, ) <br> Counterclaim Defendant ) <br> v. ) <br> ) <br> LIBERTY UNIVERSITY, INC., ) <br> a Virginia corporation, ) <br> Counterclaim Plaintiff. ) | Case No. 6:21-cv-00055 <br> Hon. Norman K. Moon |

**SEALED EXHIBIT FOR LAMB'S MEMORANDUM IN RESPONSE TO LIBERTY
UNIVERSITY'S MOTION TO DISMISS**

Exhibit 16 – LU-6153 to -6165