## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

WALTER SCOTT LAMB,                      )
       Counterclaim Defendant          )
      v.                                   )     Case No. 6:21-cv-00055
                           )     Hon. Norman K. Moon
LIBERTY UNIVERSITY, INC.,               )
a Virginia corporation,                 )
       Counterclaim Plaintiff.         )

### SEALED EXHIBIT FOR LAMB'S MEMORANDUM IN RESPONSE TO LIBERTY UNIVERSITY'S MOTION TO DISMISS

# Exhibit 19 – LU-4194 to -4196, -4297 to -4310, -4911 to -4912, -4953, -5966 to -6004