IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| WALTER SCOTT LAMB, ) | |
|     Counterclaim Defendant ) | |
| v. ) | Case No. 6:21-cv-00055 |
| ) | Hon. Norman K. Moon |
| LIBERTY UNIVERSITY, INC., ) | |
| a Virginia corporation, ) | |
|     Counterclaim Plaintiff. ) | |

**SEALED EXHIBIT FOR LAMB'S MEMORANDUM IN RESPONSE TO LIBERTY UNIVERSITY'S MOTION TO DISMISS**

Exhibit 21 – LU-6005 to 6033